# EXHIBIT 1

EXHIBIT A
DEEP WOOD LEASES
## Deep Wood Mining, LLC
Lease Schedule Summary for Stray Branch/Cane Creek Permit #813-0264

| Lessor name | Address | Approximate Acres | Fee or WG | Royalty and Anniversary date | Term | Wheelage | phone |
|---|---|---|---|---|---|---|---|
| Zeta Keith | 3700 Hampton Place Middletown, Ohio 45042 | 262 | WG | June 4, 2001  $1000 paid 5 yrs Total $5000 PD $.50 per ton | 5+ | | 513-422-4023 |
| Fred Russell | 7432 Islander Ln. Hudson, Fl. 34667 | 100 on two tracts | FEE | August 9, 2001 $5000 PD $2.00 per ton $1000 per year | 5+ | $.15 per ton | 727-869-5039 cell 267-0792 |
| Glenn Neace** ****** *sold to Frankie Robinson in 03 | 185 Hoss Cat Lane Hazard, Ky 41701-7350 ************ 16 Lonnie Ln. Jackson, Ky 41339 | 110 | WG | June 26, 2001 $5000 PD $.50 per ton $1000 yr *********** Frankie deceased 05 | 5+ | | 606-439-4987 ******** 666-9716 |
| James Herald | 1147 Curt Rd Jackson, Ky 41339 | 68 | FEE | July 8, 2001 $5000 PD $2.00 per ton $1000 per year | 5+ | | 606-295-2610 |
| Charles R. Keith | 1050 Stray Branch Rd Jackson, Ky 41339 | 50 | WG | August 18, 2001 $5000 PD $.50 per ton $1000 yr | 5+ | | 606-666-5141 |
| Charles Moore | 2114 Stray Branch Rd Jackson, Ky 41339 | 55 | WG | June 26, 2002 $550 per year $.50 per ton $2750 pd | 5+ | | 606-666-8711 |
| | | | | | | $.15 per | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ernest Shouse | 809 Curt Rd Jackson, Ky 41339 | 300+ | FEE | July 27, 2001 $2500 per year $2.00 per ton $12,500 pd | 5+ | ton | 606-295-3168 |
| Ida Spicer (Reed) | 667 Curt Road, **PO Box 366,** Jackson, Ky 41339 | 169 | FEE | July 7, 2001 $1500 per year $2.00 per ton $7500 pd | 5+ | | 606-295-3181 |
| Ervin Napier | 1261 Curt Rd Jackson, Ky 41339 | 160 | FEE | July 8, 2001 $2500 per year $2.35 per ton $12,500 pd | 5+ | | 606-295-5824 |
| \*\*\*\*\*\*\* Tim Gross and Earl Gross | 341 Bethlehem Rd Jackson, Ky 41339 | 56 | WG | June 15, 2001 $1000 per year (500 each) $.50 per ton $5000 pd 3 yr extension given 8/9/05 | 5+ | | 606-666-2926 606-666-5954 |
| <u>**INTENTIONALLY DELETED**</u> | | | | | | | |
| Gary Herald | 2277 Hwy 1110 Jackson, Ky 41339 | 47 | FEE | June 15, 2001 $1000 per year $2.00 per ton $5000 pd | 5+ | $.25 per ton | 606-666-9037 |
| Earnest Howard et al | 5105 Ormanton Drive Ghanna, Ohio 43230-6000 | 81 | WG | June 23, 2001 $1000 per year $.50 per ton $5000 pd-mining must begin yr 3 or no recoupables | 5+ | $.25 per ton | 614-794-3216 |

| Name | Address | Acres | Type | Date/Terms | Years | Royalty | Phone |
|---|---|---|---|---|---|---|---|
| Verlin Howard et al | 3137 North Street—Rt 123 Lebanon, Ohio 45036 | 208 | WG | June 23, 2001 $2000 per year $.50 per ton $10,000 pd-mining must begin yr 3 or no recoupable | 5+ | $.25 per ton | 937-746-9595 |
| Walker Robinson | 95 Fire Trail Rd Jackson, Ky 41339 | 75 | WG | May 30, 2001 $1000 per year $.50 per ton $2000 pd (he did not receive 04 payment) | 5+ | | 606-666-5338 |
| Rose Mary Gross | 739 Stray Branch Rd—**PO BOX 549** Jackson, Ky 41339 | 110 | WG | July 5, 2001 $1000 per year $.50 per ton $5000 pd 3 yr extension given 9/05 | 5+ | | 606-666-7951 |
| Amos Richardson | 735 Markham Fork Rd Jackson, Ky 41339 | 137 | WG | May 26, 2001 $1000 per year (PAID 3 Years) $.50 per ton $3000 pd (cancelled) may renew if mining starts) | 3+ | $.15 per ton includes both tracts | 606-295-5471 |
| Amos Richardson and Mary Bailey | same | 50 | WG | July 14, 2001 $833.33 per year *****PD 5 yrs $4166.65 | 5+ | | 606-295-7145 |
| Cora Smith- sold to Doug Terry 3/05 | P O Box 134 Mount Orab, Ohio 45154 | 70 (two tracts) | FEE | June 20, 2001 $1000 per year $2.00 Fee $5000 pd | 5+ | | 937-444-3076 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Clarence Hall | 1812 Stray Branch Rd Jackson, Ky 41339 | 142 | WG | May12, 2001 $1000 per year $.50 per ton $5000 pd | 5+ | | 606-666-5654 |
| Eddie Reynolds | 94 Reynolds Drive Jackson, Ky 41339 | 75 | FEE | January 2002 $1000 per year $2.00 per ton $4000 pd | 5+ | $.15 per ton wheelage Must build Bridge | 606-295-7148 |
| Hobert Fletcher | 10165 Gratis-Jacksonburg Rd. Summerville, Ohio 45064 | 125 | Coal Harbor Hollow — may be WG — | Nov 2002 $2500 per year $7500 advance paid for three years royalty $2.50 Fee Surface $1.00 per ton Due 11-30-05 Williams Branch Fee | 3+ | $.25 per ton | 937-787-4326 |
| Simon Turner | 409 Canter-bury Circle Canton, Michigan 48187-3801 | 125 | WG | $750 Year $.50 per ton July 12, 2002 $4000 pd | 4+ | | 734-844-0049 |
| Diamond May Coal Company Stephen Dicks | 1876 Yellow Creek Rd Sassafras, Ky 41759 | 350 | WG owns coal | 3/11/05 $10,000 per year $.50 ton or 2% whichever is greater for surface use above 1120 (5a) | 3 years plus | $.10 per ton or (0.5%) | 606-435-7004 |
| Howard Spicer | 10116 Crescent Drive Florence, Ky 41042 | 38 | FEE | March 27, 2002 $2.25 per ton $700 per year $2800 pd | 4+ | | 859-371-5886 |
| WG Coal Sales | Box 89 Hazard, Ky 41701 | 1700 | Mineral Owner | July 21, 2001 $20,000 per year $2.00 per ton or eight percent | 5+ | | 606-633-4486 |

|  |  |  |  | $100,000 pd |  |  |  |
|---|---|---|---|---|---|---|---|
| Luther Herald, et al | Box 499 Jackson, Ky. 41339 | 30 | Fee | July 1, 2003 $500 yr $2.35 ton $1800 pd to Rocky/Luther (ownership may be disputed) | 5+ |  | 606-693-0846 |

TOTAL SURFACE ACRES=3200 as of 7/14/05
TOTAL RECOUPABLE ROYALTIES > 256,583 as of 9/5/05