# EXHIBIT 6

Bob Conway, P.E., P.L.S.
DBA CO&GMS
490 Bailey Dr
Speedwell, TN 37870


May 1, 2012

Mr. Will Brownlow
@ Will.Brownlow@gmail.com

**RE:  Lost Royalty Estimate of the Five Mile Energy Permit in Breathitt
County, KY**

Dear Mr. Brownlow:

Pursuant to your request, I am responding to provide my best professional
judgment on the Fivemile Energy permitted areas of Breathitt County, Kentucky.
It is my professional opinion that the estimated coal reserves underlying the
subject properties, at **18,601,000  tons** of in situ reserves, more or less, underlying
the Five Mile Energy permitted areas.  This estimate was formulated from the best
available information at the time, circa 2003.  No new information is known to this
writer at this time.  This estimate includes multiple seams at multiple elevations.

In the formulation of the subject permits the mining method was area surface
mining and was approved by the regulators, state and federal.  The standard 10:1
ratio of overburden to tons of coal was for the most part adhered to except for one
area.     It is reasonable to assume recovering 90% of the estimated reserves.
Those numbers are:   For Five Mile Energy:  **16,740,000 tons** at 90% recovery.

Based upon the above amounts of recoverable coal, I estimate the lost royalty that
NLTM would have received but for the default of Kentucky Fuel (and the $1.00
per ton royalty rate in the Fourth Amendment) the total royalties on Fivemile on
**16,740,900** tons of coal are **$16,990,900**.

**Disclaimer:** This report is made in my role as independent arbiter pursuant to Article 7 of the Fourth Amendment of the Assignment of Leases and Permits from New London Tobacco Market to Kentucky Fuel. This report is to be used for that purpose only and for no other purpose without my express approval.

Bob  Conway, P.E., P.L.S.