UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

ELECTRONIC FILING ATTORNEY REGISTRATION FORM

This form is used to register for an account on the Eastern District of Kentucky Electronic Filing System (the system). Registered attorneys will have privileges to electronically submit documents and to view the electronic docket sheets and documents. By registering, attorneys consent to electronic service of all documents through the court's transmission facilities in accordance with the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the joint local rules of this Court. The following information is required for registration (please type):

| Last Name | Lucas | First Name | John |
|---|---|---|---|
| Middle Name | Allen | Generation | |
| Last four digits of Social Security Number (for security purposes) | | | 7166 |
| KY or other State Bar Number | | | TN 011198 |
| Firm Name | Merchant & Gould | Street Address | 110 Tyson Blvd. |
| Suite No. | 203 | P.O. Box | |
| City & State | Alcoa, TN | Zip Code | 37701 |
| Telephone | 865.380.5960 | Fax | 865.380.5999 |
| Primary E-Mail Address | | | jlucas@merchantgould.com |

Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court for the Eastern District of Kentucky pursuant to Joint Local Rules.

Are you admitted to practice in this Court?   ☐ Yes   ☑ No
If admitted pro hac vice give case number in which pro hac vice status was granted:

By signing this form, you will certify that you have read and are familiar with the rules of practice and the administrative procedures guide governing electronic filing, which may be found at www.kyed.uscourts.gov and that you have a PACER account. Visit the PACER web site at http://pacer.psc.uscourts.gov to establish a PACER account.

Please verify your method of training: ☐ web page tutorial;   ☐ to be provided by EDKY court personnel;
☐ provided by an in-house certified trainer;   ☑ court training in other court: EDTN   (Other Court)

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system.

The combination of user id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the Court if they learn that their password has been compromised.

_____                    May 7, 2012
Signature of Registrant                                      Date

Return this completed registration form <u>via hand delivery to any Clerk's office in the Eastern District of Kentucky or U. S. Mail</u> to:

Leslie G. Whitmer, Clerk
United States District Court
Attention: Electronic Filing System Registration
P.O. Drawer 3074
Lexington, KY 40588-3074

Your login and password to access the system will be e-mailed to you at a time that the Court determines to be appropriate. Information regarding training offered by court personnel for you and/or your designee, web site tutorials, and other information important to you prior to becoming a Filing User are available for downloading when you access the system via the Internet.

If you have any questions concerning the registration process or the use of the electronic filing system, you may contact the Electronic Filing Help Desk in the Clerk's Office at 1-866-485-6349.