UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO. 6:12-CV-0091-GFVT

NEW LONDON TOBACCO MARKET, INC.                               PLAINTIFF

VS.

KENTUCKY FUEL CORPORATION and
JAMES C. JUSTICE COMPANIES, INC.                              DEFENDANTS

## ANSWER

* * * * * * * * * * *

Come the Defendants, Kentucky Fuel Corporation and James C. Justice Companies, Inc., by and through counsel, and for their Answer to the Complaint herein, state as follows:

### FIRST DEFENSE

1.  The Complaint filed herein fails to state a cause of action upon which relief can be granted and therefore, should be dismissed.

### SECOND DEFENSE

2.  The Defendants are without sufficient knowledge to admit or deny the allegations set out in Paragraph No. 1 of the Complaint and therefore, deny the same.

3.  The Defendants admit the allegations set out in Paragraph No. 2 of the Complaint.

4.  In response to the allegations set out in Paragraph No. 3 of the Complaint, the Defendant, Kentucky Fuel, admits that it is a Delaware

corporation; however the Defendant denies the remaining allegations set out in Paragraph No. 3 of the Complaint.

5. The Defendants deny the allegations set out in Paragraph Nos. 4 and 5 of the Complaint.

6. The Defendants are without sufficient knowledge to admit or deny the allegations set out in Paragraph Nos. 6 and 7 of the Complaint and therefore, deny the same.

7. In response to the allegations set out in Paragraph Nos. 8, 9 and 10 of the Complaint, the Defendants state that any agreement or written document referenced therein speaks for itself. If further response is required, the Defendants deny the allegations contained therein.

8. The Defendants deny the allegations set out in Paragraph Nos. 11, 12 and 13 of the Complaint.

9. The Defendants are without sufficient knowledge to admit or deny the allegations set out in Paragraph No. 14 of the Complaint and therefore, deny the same.

10. In response to the allegations set out in Paragraph Nos. 15 and 16 of the Complaint, the Defendants state that any agreement or written document referenced therein speaks for itself. If further response is required, the Defendants deny the allegations contained therein.

11. The Defendants deny the allegations set out in Paragraph Nos. 17 and 18 of the Complaint.

12. In response to the allegations set forth in Paragraph No. 19 of the

Complaint, the Defendants reassert, re-allege, and re-plead any and all admissions and denials previously set out in Paragraph Nos. 1-11 herein.

13. The Defendants deny the allegations set out in Paragraph Nos. 20, 21, 22 and 23 of the Complaint.

14. In response to the allegations set forth in Paragraph No. 24 of the Complaint, the Defendants reassert, re-allege, and re-plead any and all admissions and denials previously set out in Paragraph Nos. 1-13 herein.

15. The Defendants deny the allegations set out in Paragraph Nos. 25, 26 and 27 of the Complaint.

16. The Defendants deny the allegations set out in Paragraph Nos. 28, 29, 30, 31, 32, 33 and 34 of the Complaint.

17. The Defendants deny each and every other allegation set out in the Complaint, previously not admitted thereto.

### THIRD DEFENSE

18. The Defendants assert all affirmative defenses set forth in Kentucky Civil Rule 8 which are supported by the facts, whether known at this time, and specifically reserve the right to assert any and all affirmative defenses that arise or become known to the Defendants through the course of discovery.

### ADDITIONAL AFFIRMATIVE DEFENSES

19. By way of additional affirmative defenses, the Defendants would plead waiver, estoppel and/or equitable estoppel, failure of consideration, breach of contract and failure by plaintiff to honor all of its own contractual obligations to Defendants, unclean hands, comparative negligence, contributory negligence,

accord and satisfaction, payment and release, and laches as a complete bar to any and all of the Plaintiffs claims herein.

WHEREFORE, the Defendants pray as follows:

1. That the Plaintiff's Complaint be dismissed and that the Plaintiff take nothing thereby.

2. For their costs herein expended, including a reasonable attorney's fee.

3. For all other proper relief.

                    Respectfully submitted,

                    /s/ Billy R. Shelton
                    BILLY R. SHELTON, ESQ.
                    WHITNEY L. LUCAS, ESQ.
                    Jones, Walters, Turner & Shelton PLLC
                    151 N. Eagle Creek Drive, Ste. 310
                    Lexington, KY 40509
                    859.294.6868
                    859.294.6866 Facsimile

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on June 19, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all counsel of record who are certified for electronic filing and that a true and correct copy was also duly mailed to the following:

Hon. Scott M. Webster
Jensen, Cessna, Benge & Webster
303 South Main Street
London, KY 40741
scottwebster@windstream.net

Hon. John A. Lucas
MERCHANT & GOULD, P.C.
110 Tyson Blvd., Suite 203
Alcoa, TN 37701
jlucas@merchantgould.com


/s/ Billy R. Shelton
BILLY R. SHELTON