UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| NEW LONDON TOBACCO MARKET, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 6:12-CV-91-GFVT-HAI |
| v. | ) ) ) | ORDER |
| KENTUCKY FUEL CORPORATION and JAMES C. JUSTICE COMPANIES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Due to technical difficulties with the teleconferencing system, the Court was unable to conduct the February 25, 2013 telephonic conference. Following the aborted call, court personnel conducted a test of the teleconferencing system and found it in working order. Therefore, the Court **ORDERS** that the telephonic conference is **RESCHEDULED** for **Wednesday, February 27, 2013**, commencing at **3:30 p.m.** to discuss the pending discovery dispute. The parties **SHALL** refer to the Court's prior Order for dial-in instructions. *See* D.E. 33-1. This call, which the Court will conduct on the record in Chambers in London, Kentucky, **requires a Court Reporter**. **As a precaution, all persons SHALL utilize a land line to access the AT&T Teleconferencing service.**

This the 26th day of February, 2013.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge