IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| NEW LONDON TOBACCO MARKET, INC. ) <br> and FIVEMILE ENERGY, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KENTUCKY FUEL CORPORATION, and ) <br> JAMES C. JUSTICE COMPANIES, INC. ) <br> Defendants. ) | Docket No. 6:12-cv-0091-GFVT |

## MOTION FOR SUBSTITUTION OF COUNSEL

New London Tobacco Market, Inc., and Fivemile Energy, LLC, move the Court for the entry of and Order substituting Wagner, Myers & Sanger, P.C. ("WMS"), as counsel in the stead of Merchant & Gould, P.C. ("M&G")  As cause for this Motion, Movants state that attorney John A. Lucas, Esq., formerly of the firm of M&G has resigned from that firm and has joined the firm of WMS and that Movants wish to continue being represented by Mr. Lucas and WMS and to relieve M&G of further responsibilities in this action.

/s/  John A. Lucas
John A. Lucas (011198)
W. Edward Shipe (023887)
**Wagner, Myers & Sanger, P.C.**
1801 First Tennessee Plaza
800 S. Gay St.
P.O. Box 1308
Knoxville, TN 37901-1308
865.525.4600 (telephone)
865.524.5731 (facsimile)
jlucas@wmspc.com
eshipe@wmspc.com
*Counsel for New London Tobacco*
*Market, Inc., and Fivemile Energy, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt on this 15th day of April, 2013.

                                                */s/ John A. Lucas*