UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON
CASE NO. 6:12-CV-00091-HAI

NEW LONDON TOBACCO MARKET, INC.
FIVEMILE ENERGY, INC.                                                                                                                                    PLAINTIFFS

VS.                       **MOTION TO WITHDRAW AS COUNSEL**

KENTUCKY FUEL CORPORATION and
JAMES C. JUSTICE COMPANIES, INC.                                     DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \*

Comes the undersigned counsel for the Defendants and respectfully moves this Court for the entry of an Order allowing him and his firm to withdraw as counsel in this matter. In support of this motion, undersigned counsel states that he has been unable to obtain documents and information from his client necessary to properly and adequately prepare and provide a defense to the Defendants in this matter. Additionally, the Defendants have failed to pay counsel for recent legal services in this matter and have failed to make arrangements to bring the account current.

WHEREFORE, counsel prays as follows:

1. That an Order be issued allowing undersigned counsel to withdraw as counsel for the Defendants.

2. That the Defendants be granted thirty days in which to obtain substitute counsel.

3. For all other proper relief.

Respectfully submitted,

/s/ Billy R. Shelton
BILLY R. SHELTON
Jones, Walters, Turner & Shelton, PLLC
151 N. Eagle Creek Drive, Ste. 310
Lexington, KY 40509
(859) 294-6868
(859) 294-6866 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all counsel of record who are certified for electronic filing.

Hon. Scott M. Webster
Jensen, Cessna, Benge & Webster
303 South Main Street
London, KY 40741
scottwebster@windstream.net

Hon. John A. Lucas
Wagner, Myers & Sanger P.C.
800 S. Gay Street
1801 First Tennessee Plaza
P.O. Box 1308
Knoxville, TN 37901-1308
jlucas@wmspc.com

Hon. W. Edward Shipe
Wagner, Myers & Sanger P.C.
800 S. Gay Street
1801 First Tennessee Plaza
P.O. Box 1308
Knoxville, TN 37901-1308
eshipe@wmspc.com

And mailed postage prepaid and sent via e-mail to the following:

Kentucky Fuel Corporation
c/o The Justice Corporation
ATTN: Hon. A.J. Dudley
302 South Jefferson Street, Suite 400
Roanoke, VA 24011
aj.dudley@justicecorporation.com

                                      /s/ Billy R. Shelton
                                      BILLY R. SHELTON