UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| NEW LONDON TOBACCO MARKET, INC., and FIVEMILE ENERGY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> KENTUCKY FUEL CORPORATION and JAMES C. JUSTICE COMPANIES, INC., <br><br> Defendants. | No. 6:12-CV-91-GFVT-HAI <br><br> ORDER |

\*\*\* \*\*\* \*\*\* \*\*\*

Attorney Billy R. Shelton has moved to withdraw as counsel of record for Defendants Kentucky Fuel Corporation and James C. Justice Companies, Inc. D.E. 60. Plaintiffs filed a response in opposition asking the Court to impose certain conditions on Defendants if the motion to withdraw is granted. D.E. 61. Good cause having been shown, the motion is **GRANTED**. Mr. Shelton is withdrawn as counsel of record for Defendants. Mr. Shelton shall immediately provide a copy of this Order to Defendants and shall return all required materials to Defendants within three days pursuant to SCR 3.130(1.16). The Clerk shall remove Mr. Shelton as counsel of record. It is further **ORDERED** as follows:

1. Defendants Kentucky Fuel Corporation and James C. Justice Companies, Inc., **SHALL**, within 14 days from the entry of this Order, obtain new counsel and have such counsel enter an appearance in this matter. As corporations, neither Defendant is permitted to proceed pro se. Failure of Defendants to comply with the requirements of this paragraph may result in dismissal for failure to prosecute.

2. All current deadlines remain in effect.

This the 2nd day of July, 2013.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge