IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| NEW LONDON TOBACCO MARKET, INC. and FIVEMILE ENERGY, LLC,<br><br> Plaintiffs,<br><br>v.<br><br>KENTUCKY FUEL CORPORATION, and JAMES C. JUSTICE COMPANIES, INC.<br> Defendants. | Docket No. 6:12-cv-0091-GFVT |

## NOTICE OF DEPOSITION OF JAMES C. JUSTICE, III

PLEASE TAKE NOTICE that on July 31, 2013, beginning at 9:00 a.m., counsel for New London Tobacco Market, Inc., and Fivemile Energy, LLC ("Plaintiffs") will take the deposition by oral examination of James C. Justice, III, Vice President and Director of Kentucky Fuel Corporation, and Vice President and Director of James C. Justice Companies, Inc., before a person duly authorized to administer oaths, by stenographic means, at the offices of Messer, Sizemore & Webster, PLLC, 303 South Main Street, London, Kentucky 40741.

/s/ W. Edward Shipe
John A. Lucas (011198)
W. Edward Shipe (023887)
**Wagner, Myers & Sanger, P.C.**
1801 First Tennessee Plaza
800 S. Gay St.
P.O. Box 1308
Knoxville, TN 37901-1308
865.525.4600 (telephone)
865.524.5731 (facsimile)
jlucas@wmspc.com
eshipe@wmspc.com

Scott M. Webster  
**MESSER, SIZEMORE & WEBSTER, PLLC**  
303 South Main Street  
London, Kentucky 40741  
(606) 878-8845  
(606) 878-8815 (fax)  
scottwebster@windstream.net  
*Counsel for New London Tobacco Market, Inc., and Fivemile Energy, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt on this 9th day of July 2013.

I hereby certify that a true and correct copy has been served on CT Corporation System, 306 West Main Street, Suite 512, Frankfort, Kentucky 40601, by United States Mail, postage prepaid this 9th day of July, 2013.

/s/ W. Edward Shipe