UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

**ELECTRONICALLY FILED**

| | |
|---|---|
| NEW LONDON TOBACCO MARKET, INC. )<br>AND FIVEMILE ENERGY, LLC )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KENTUCKY FUEL CORPORATION and )<br>JAMES C. JUSTICE COMPANIES, INC. )<br>)<br>Defendants. ) | No. 6:12-cv-00091-GFVT-HAI |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Barry D. Hunter, Medrith Lee Norman, and Rebekah G. Ballard, of the law firm Frost Brown Todd, LLC, hereby give notice of their withdrawal of the appearance they filed yesterday on behalf of Defendants Kentucky Fuel Corporation and James C. Justice Companies, Inc.  The reason for this withdrawal is that the notice of appearance was inadvertently filed before final arrangements were made with Defendants regarding their representation.

In light of the short time elapsed between yesterday's filing and today's withdrawal, the undersigned counsel anticipate that an order permitting their withdrawal is not required.  However, if the Court believes that such an order is required, counsel respectfully move for same.

Respectfully submitted,

/s/ Barry D. Hunter
Barry D. Hunter
Medrith Lee Norman
Rebekah G. Ballard
FROST BROWN TODD LLC
250 West Main Street, Suite 2800
Lexington, Kentucky 40507
(859) 244-7591 (direct)
(859) 231-0011 (facsimile)

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 23, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will provide notice to all counsel of record.

/s/ Barry D. Hunter
COUNSEL FOR DEFENDANTS

LEXLibrary TMP.TMP   575667v1