## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LONDON DIVISION

**ELECTRONICALLY FILED**

| | |
|---|---|
| NEW LONDON TOBACCO MARKET, INC. ) <br> AND FIVEMILE ENERGY, LLC ) <br> ) <br> Plaintiffs, ) <br> )     No. 6:12-cv-00091-GFVT-HAI <br> v. ) <br> ) <br> KENTUCKY FUEL CORPORATION and ) <br> JAMES C. JUSTICE COMPANIES, INC. ) <br> ) <br> Defendants. ) | |

## DEFENDANTS' MOTION TO WITHDRAW

Pursuant to LR 83.6, Frost Brown Todd LLC ("FBT") moves to withdraw as counsel in this case. FBT inadvertently entered its appearance in this case before concluding a definitive fee agreement with Defendants, and they have been unable to do so since that time. Thus, FBT has no choice but to seek to withdraw. At the same time, FBT is attempting to help Defendants secure alternative counsel or, if such attempts fail, to arrange for A.J. Dudley, Defendants' in-house counsel, to appear as counsel of record on Defendants' behalf.

Pursuant to Rule 83.6(b), FBT certifies that this Motion has been served on Defendants.

Respectfully submitted,

/s/ Barry D. Hunter
Barry D. Hunter
Medrith Lee Norman
Rebekah G. Ballard
FROST BROWN TODD LLC
250 West Main Street, Suite 2800
Lexington, Kentucky 40507
(859) 244-7591 (direct)
(859) 231-0011 (facsimile)
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will provide notice to all counsel of record.

/s/ Barry D. Hunter
COUNSEL FOR DEFENDANTS

LEXLibrary TMP.TMP   576150v1