**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

**ELECTRONICALLY FILED**

| | |
|---|---|
| NEW LONDON TOBACCO MARKET, INC. ) | |
| AND FIVEMILE ENERGY, LLC ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 6:12-cv-00091-GFVT-HAI |
| v. ) | |
| ) | |
| KENTUCKY FUEL CORPORATION and ) | |
| JAMES C. JUSTICE COMPANIES, INC. ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Defendants Kentucky Fuel Corporation and James C. Justice Companies, Inc. hereby move this Court, pursuant to LR 83.2, for an order permitting Allen W. Dudley, Jr., Esq. of James C. Justice Companies, Inc., 302 South Jefferson Street, 5th Floor, Roanoke, Virginia 24011, to appear on their behalf in this matter *pro hac vice*. In support of this Motion, Mr. Dudley's affidavit is filed herewith.

Respectfully submitted,

/s/ Medrith Lee Norman
Barry D. Hunter
Medrith Lee Norman
Rebekah G. Ballard
FROST BROWN TODD LLC
250 West Main Street, Suite 2800
Lexington, Kentucky  40507
(859) 244-7591 (direct)
(859) 231-0011 (facsimile)

## CERTIFICATE OF SERVICE

  I hereby certify that on July 29, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will provide notice to all counsel of record.

                /s/ Medrith Lee Norman
                COUNSEL FOR DEFENDANTS

LEXLibrary TMP.TMP 576384v1