## AFFIDAVIT OF ALLEN W. DUDLEY, JR.

The affiant, Allen W. Dudley, Jr., having first been duly sworn, states as follows:

1. I am an attorney employed by James C. Justice Companies, Inc.

2. I am a member in good standing of the Virginia bar, since 2000, and am admitted to practice before the Supreme Court of Virginia, the United States Court of Appeals for the Fourth Circuit, the United States District Courts in the Eastern and Western District of Virginia, and pro hac vice before the United States District Courts in the Eastern District of Louisiana and South Carolina. I have never been the subject of any criminal pleadings or disciplinary charges.

3. I consent in connection with Civil Action No. 6:12-cv-00091 to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

4. I confirm that I have reviewed training modules found on the Court's tutorial page regarding use of the electronic filing system.

_____
Allen W. Dudley, Jr.

STATE OF West Virginia )
COUNTY OF Raleigh )

The foregoing instrument was subscribed, sworn to, and acknowledged before me this 29th day of July, 2013, by Allen W. Dudley, Jr.

_____
Notary Public State-at-Large

My commission expires: 8-21-20 .

OFFICIAL SEAL
STATE OF WEST VIRGINIA
NOTARY PUBLIC
LESLIE WELLS
366 MAPLE FORK ROAD
MT. HOPE, WV 25880
My commission expires August 21, 2020

LEXLibrary TMP.TMP 576400v1