UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| NEW LONDON TOBACCO MARKET, INC., ) <br> and FIVEMILE ENERGY, LLC, ) <br> ) Civil No. 6:12-cv-0091-GFVT-HAI <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KENTUCKY FUEL CORPORATION et al., ) | |

## PLAINTIFFS' SUPPLEMENTAL STATEMENT OF ATTORNEYS' FEES AND EXPENSES

In accordance with this Court's Order entered on September 30, 2014 [D.E. 206], and the Magistrate Judge's Report and Recommendation [D.E. 189] and the Magistrate Judge's Minute Entry on November 6, 2015 [D.E. 238], the Plaintiffs submit this Supplemental Statement of Attorneys' Fees and Expenses in connection with their motions for sanctions and attempts to depose Mr. Justice.

Plaintiffs submitted their initial Statement of Attorneys' Fees and Expenses on October 10, 2014.  [D.E. 208].  Defendants filed an Objection [D.E. 209] and Plaintiffs replied. [D.E. 211] Defendants objected to Plaintiffs' Statement because it had not identified the specific hours and rates billed by each attorney and paralegal.  With this present Supplemental Statement, Plaintiffs are resubmitting their itemization of fees to provide this additional detail.  The Statement submitted by Wagner, Myers and Sanger, P.C., also corrects a clerical error in the original Statement, which reduces the requested fees by $ 27.25.  The Declarations of Hon. John A. Lucas and Hon. Scott M. Webster, with their detailed fee summaries are attached as Exhibits A and B, respectively.

This Supplemental Statement requests no additional fees or expenses.

In summary, the fees and expenses requested are as follows:

| | |
|---|---|
| Wagner, Myers and Sanger, P.C. (Exh. 1 hereto) | $89,838.25 |
| Hon. Scott M. Webster (Exh. 2 hereto) | 7,160.00 |
| Other NLTM expenses (D.E. 208-3) | 139.00 |
| TOTAL | $97,137.25 |

/s/ *John A. Lucas*
\* John A. Lucas, Esq.(011198)
\* W. Edward Shipe, Esq. (023887)
**Wagner, Myers & Sanger, P.C.**
1801 First Tennessee Plaza
800 South Gay Street
P.O. Box 1308
Knoxville, TN 37901-1308
(865) 525-4600 (telephone)
(865) 524-5731 (facsimile)
jlucas@wmspc.com
eshipe@wmspc.com
*\*admitted pro hac vice*

Scott Webster, Esq.
**Messer & Webster, PLLC**
303 South Main Street
London, KY 40741
(606) 878-8845 (telephone)
(606) 878-8815 (facsimile)
scottwebster@windstream.net

**Counsel for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been served electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt of this 17th day of November, 2015.

/s/ *John A. Lucas*