IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

NEW LONDON TOBACCO MARKET, INC. )
and FIVEMILE ENERGY, LLC, )
                                 )
      Plaintiffs, )
                                 )     Docket No. 6:12-cv-0091-GFVT
v. )
                                 )
KENTUCKY FUEL CORPORATION and )
JAMES C. JUSTICE COMPANIES, INC. )
                                 )
      Defendants. )

## DECLARATION OF SCOTT M. WEBSTER

     I, Scott M. Webster, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief.

     1.    My name is Scott M. Webster and I am over eighteen (18) years of age and am competent to execute this Declaration.  I have personal knowledge of the matters stated herein.  I, Scott M. Webster, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

     2.    Attached as Exhibit 1 hereto is an itemized summary of the work done by me in connection with Plaintiffs' several motions for sanctions and the attempt to take the deposition of Mr. James C. Justice, III, in this case.  The descriptions of work and the time billed for that work expended have been excerpted from the invoices sent to my clients.  In my opinion the time and charges are reasonable for my involvement in preparing the multiple motions for sanctions, the extensive briefing and oral argument on those motions, the response to the defendants' objections to the Magistrate Judge's Report and Recommendation, and assisting with preparation for the



deposition of Mr. Justice, who was a key witness, and numerous related tasks.

3.      I graduated from the Emory University of School of Law in 1995. I am a partner of the firm of Messer & Webster, PLLC, in an office where I have worked since January 2003. Prior to joining this practice, I worked as an Assistant County Attorney, in a solo practice, in a small insurance defense firm, in communications jobs for two United States presidential campaigns, and as a law clerk to Judge Eugene E. Siler of the United States Court of Appeals for the Sixth Circuit.  I was admitted to practice in Georgia in January 1996, and in Kentucky in October 1996.  My practice primarily involves representation of natural resource production businesses, health care providers, other commercial entities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 12, 2015.

_Scott M. Webster_

_____

SCOTT M. WEBSTER

7/17/13
call from J. Lucas regarding seeking dispositive sanctions
.4 hour          $80.00

7/18/13
received and reviewed draft Motion for Sanctions from staff of J. Lucas; prepared response email
with suggested authority citations
.5 hour          $100.00

7/22/13
telephone conference with J. Lucas to prepare for telephonic conference with Magistrate
.2 hour          $40.00

7/22/13
participated in telephonic conference with Magistrate; received and reviewed Magistrate's minute
entry Order regarding telephonic conference;
.3 hour          $60.00

7/22/13
received and reviewed Motion for Sanctions, Memorandum in Support, and proposed order (filed
by J. Lucas)
.3 hour          $60.00

8/7/13
received and reviewed Defendants' response to Motion for Sanctions
.25 hour         $50.00

8/7/13
received and reviewed email from J. Lucas regarding response to Motion for Protective Order
and filing motion seeking relief for failure to provide discovery; prepared response email
.2 hour          $40.00

8/23/13
Drafted Reply Memorandum regarding Motion for Sanctions
.5 hour          $100.00

10/8/13
received and reviewed (via email from staff of J. Lucas, due to sealing) filed Motion for
Sanctions, with filed declaration, exhibits and proposed order
.3 hour          $60.00

10/8/13
received and reviewed email from J. Lucas regarding Brief in Support of Renewed Motion for
Sanctions; prepared response email with comments
.6 hour          $120.00



EXHIBIT

_1_

10/18/13
received and reviewed Supplemental Motion for Sanctions and Motion for Oral Argument on Supplemental Motion for Sanctions
.2 hour          $40.00

11/6/13
received and reviewed Defendants' Memorandum in Opposition to Plaintiffs' Motion for Sanctions and Defendants' Memorandum in Opposition to Plaintiffs' Motion to Vacate Protective Order; prepared email to J. Lucas regarding same; received response email from J. Lucas regarding same
.5 hour          $100.00

11/6/13
received and reviewed email from attorney for Defendants regarding cancelling 11/7/13 deposition; received email from staff of J. Lucas with and regarding letter from J. Lucas to Defendants' attorney regarding same; conference call with J. Lucas and W. Brownlow regarding same
.4 hour          $80.00

11/7/13
received and reviewed emails from two attorneys for Defendants and response email from J. Lucas regarding rescheduling depositions
.1 hour          $20.00

11/19/13
received and reviewed Reply Memorandum in Support of Motion for Sanctions
.25 hour          $50.00

12/23/13
received and reviewed entered Order scheduling telephonic discovery conference
.2 hour          $40.00

12/23/13
received and reviewed discovery dispute statement of defendants; prepared email to J. Lucas with and regarding same; received two email from J. Lucas regarding same; performed research and prepared reply email
.65 hour          $130.00

12/27/13
received and reviewed entered order granting Motion for Oral Argument and email from J. Lucas regarding same; reviewed Motions for Sanctions; prepared response email
.6 hour          $120.00

12/31/13
received and reviewed discovery dispute summary by Lucas, to Magistrate; email from J. Lucas
regarding telephonic conference; and minute entry order by Magistrate regarding same
.25 hour        $50.00

12/31/13
work with J. Lucas on oral argument on sanctions
.25 hour        $50.00

1/3/14
received and reviewed email from J. Lucas regarding summary of prejudice for sanctions;
performed research; conference with partner regarding same; prepared response email
.6 hour         $120.00

1/6/14
received and reviewed emails from J. Lucas and staff concerning defendants' failure to produce J.
Justice and documents in discovery; performed research and prepared response email
1.35 hour       $270.00

1/6/14
received and reviewed entered Order rescheduling oral argument
.1 hour         $20.00

1/8/14
received and reviewed entered Order denying defendants' motion for extension of discovery
.25 hour        $50.00

1/10/14
appeared in U.S. District Court for oral argument
3.25 hour       $650.00

1/10/14
Conference with J. Lucas regarding oral argument
.25 hour        $50.00

1/13/14
received and reviewed entered Magistrate minute entry order
.2 hour         $40.00

1/14/14
received and reviewed 2 emails from J. Lucas with and regarding draft Motion for Sanctions
concerning J. Justice depo, supporting memorandum regarding same, and Supplemental
Memorandum regarding facts to be established with sanctions award
1.2 hour        $240.00

1/17/14
received and reviewed email from J. Lucas with and regarding revised drafts of Motion for Sanctions per 37(d), Memo in Support, Declaration in Support, Supplemental Motion regarding warnings of default sanctions, and supplemental memorandum as to facts to be established; prepared response email with editorial comments
.6 hour        $120.00

1/17/14
received and reviewed filed Motion for Sanctions per Rule 37(d), Memo in Support, Declaration in Support, Supplemental Motion regarding warnings of default sanctions, and supplemental memorandum as to facts to be established; received and reviewed email from staff of J. Lucas with and regarding same
.1 hour        $20.00

1/21/14
received and reviewed Notice of Filing and proposed order regarding rule 37(d) sanctions
.1 hour        $20.00

1/25/14
received and reviewed Defendants' Memorandum Opposing Supplemental Memorandum regarding facts to be established
.55 hour       $110.00

1/25/14
received and reviewed Memorandum opposing Rule 37(d) sanctions motion
.4 hour        $80.00

1/27/14
received and reviewed email from J. Lucas regarding his analysis of Defendants' Response Memorandum concerning warnings required for default sanctions; received and reviewed email from J. Lucas regarding his analysis of Defendants' Response Memorandum concerning facts to be established; performed research and prepared Reply Memorandum regarding warnings required for default sanctions
2.4 hour       $480.00

1/28/14
received and reviewed email from J. Lucas regarding Reply to Response to Motion for Rule 37(d) Sanctions; performed research and prepared response; prepared email to J. Lucas with and regarding same
2.75 hour      $550.00

1/29/14
received and reviewed email from staff of J. Lucas with and regarding revised draft of reply memorandum concerning "warnings" required; prepared response email
.35 hour       $70.00

1/29/14
received and reviewed email from J. Lucas with and regarding revised Reply Memorandum
concerning Rule 37(d) sanctions; prepared response email
.35 hour        $70.00

2/21/14
received and reviewed entered order referring final sanctions motion to Magistrate and email
from J. Lucas regarding same
.2 hour         $40.00

3/11/14
received and reviewed email with and regarding Supplemental Memo with exhibits regarding
orders from courts in other states; prepared email to staff of J. Lucas regarding revising and filing
.5 hour         $100.00

3/12/14
received and reviewed Kentucky administrative order regarding defendants' default
.25 hour        $50.00

3/12/14
received and reviewed filed Supplemental Memorandum in support of sanctions motions, with
orders from other courts and agencies
.25 hour        $50.00

3/13/14
received and reviewed briefing order of Magistrate regarding supplemental memorandum
.25 hour        $50.00

3/24/14
received and reviewed Defendants' memorandum in response to Supplemental Memorandum in
support of sanctions motions (with orders from other courts and agencies)
.25 hour        $50.00

3/25/14
received and reviewed Magistrate report re: motion for sanctions
.35 hour        $70.00

4/12/14
received and reviewed Objection of Defendants to Magistrate's report and recommendation;
performed research; prepared email regarding same
.65 hour        $130.00

4/12/14
received and reviewed email from co-counsel regarding transcript of oral argument; prepared
email to court reporter regarding same
.3 hour         $60.00

4/13/14
received email from Court Reporter regarding timing of transcript of oral argument; prepared email to J. Lucas regarding same; received email from J. Lucas regarding same; prepared email to reporter regarding same
.2 hour          $40.00

4/15/14
received and reviewed invoice for transcript of oral argument; received transcript; prepared email to J. Lucas forwarding copy; received and reviewed 3 emails between Defendants' attorney and J. Lucas regarding same
.2 hour          $40.00

4/16/14
received and reviewed email from J. Lucas regarding page limitation on memorandum responsive to Defendants' objections to Magistrate's recommended report; prepared response memorandum
.1 hour          $20.00

4/18/14
received and reviewed email from J. Lucas regarding prejudice from lack of financial information; performed research and prepared response email with and regarding drafted argument
1.35 hour        $270.00

4/21/14
Reviewed draft Memorandum responsive to objections to Magistrate's report; performed research; prepared email response
2.45 hour        $490.00

4/21/14
received two emails from J. Lucas regarding edits to Memorandum in Response to Objections of Defendants; prepared response email
.25 hour         $50.00

4/22/14
received and reviewed email from J. Lucas regarding forthcoming changes to Memorandum in Response to Defendants' objections to Magistrate report; prepared response email
.2 hour          $40.00

4/22/14
received and reviewed email from J. Lucas with and regarding conclusion for Response Memorandum; prepared response email
.2 hour          $40.00

4/23/14
received and reviewed draft of Memorandum in Response to Defendants' objections to Magistrate's Report; prepared response email with suggestions
.55 hour          $110.00

4/24/14
received and reviewed 3 emails from J. Lucas and staff regarding final drafts of Response to Objections
.2 hour          $40.00

6/19/14
received and reviewed Notice of Filing of Affidavit of S. Ball for Defendants, and Affidavit
.15 hour          $30.00

8/5/14
received and reviewed email from J. Lucas with and regarding West Virginia sanctions order and email from J. Lucas to counsel in case involving said Order; reviewed file materials and prepared response email
.3 hour          $60.00

8/5/14
received and reviewed email from J. Lucas with and regarding draft notice of filing of Order from West Virginia court; prepared response email with suggested changes
.25 hour          $50.00

8/6/14
received and reviewed email from J. Lucas with and regarding Notice of Filing of West Virginia order
.1 hour          $20.00

8/20/14
received and reviewed Motion to Strike filed by Defendants, Memorandum in Support, and proposed Order; prepared email to co-counsel with and regarding same
.5 hour          $100.00

8/20/14
received and reviewed Justice agreed order with Energy Cabinet
.2 hour          $40.00

8/26/14
performed research regarding Motion to Strike and prepared email to J. Lucas with and regarding same
.3 hour          $60.00

8/28/14
Reviewed proposed Response to Motion to Strike and prepared email regarding same
.2 hour          $40.00

9/11/14
call from attorney for Defendants regarding extension of time for Reply to Response to Motion to Strike; prepared email to co-counsel regarding same
.2 hour          $40.00

9/11/14
received and reviewed Defendants' Motion for Extension of Time to File Reply to Response to Motion to Strike Supplemental Authority, and proposed order; prepared email to J. Lucas regarding same
.25 hour          $50.00

9/15/14
received and reviewed 3 emails from J. Lucas with and regarding Response to Defendants' Motion for Extension of Time; prepared 2 response emails
.25 hour          $50.00

9/29/14
received and reviewed Notice of Filing and Affidavits filed by Defendants; prepared email to J. Lucas with and regarding same
.65 hour          $130.00

9/29/14
received and reviewed of the defendants' Reply to our Response to their Motion for Extension of Time to file a Reply to our Response to their Motion to Strike; prepared email to J. Lucas with and regarding same
.35 hour          $70.00

9/30/14
received and reviewed District Court Opinion
.4 hour          $80.00

10/10/14
received and reviewed email from J. Lucas with and regarding draft statement of attorney fees
.25 hour          $50.00

10/10/14
prepared this list of fees
1 hour          $200.00

TOTAL
35.8 hours     $7,160.00