**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**

| | |
|---|---|
| **NEW LONDON TOBACCO MARKET, INC. and FIVEMILE ENERGY, LLC**<br><br>    Plaintiffs,<br><br>V.<br><br>**KENTUCKY FUEL CORPORATION and JAMES C. JUSTICE COMPANIES, INC.,**<br><br>    Defendants. | Civil Action No. 6:12-cv-91-GFVT-HAI<br><br>Judge Gregory F. Van Tatenhove<br><br>**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANTS, KENTUCKY FUEL CORPORATION AND JAMES C. JUSTICE COMPANIES, INC.** |

    PLEASE TAKE NOTICE that Richard A. Getty, Esq., Danielle H. Brown, Esq., Marcel Radomile and The Getty Law Group, PLLC hereby enter their appearance in the above proceedings as counsel for the Defendants, Kentucky Fuel Corporation and James C. Justice Companies, Inc.  Former counsel for Defendants John F. Kelley and Johnnie L. Turner were granted leave to withdraw as counsel pursuant to this Court's Orders entered November 1, 2017 Order as to Mr. Kelly (Doc. 360) and December 29, 2017 as to Mr. Turner (Doc. 366), and Defendants have advised the undersigned that attorneys Medrith Lee Norman and Barry D. Hunter, and their firm Frost Brown Todd LLC, will be seeking leave to withdraw as counsel for Defendants in the immediate future.  This matter is one of several which Defendants and related entities have recently transferred to undersigned.  Hereafter, copies of all notices, pleadings, or other papers should be served on Mr. Getty, Ms. Brown, Ms. Radomile and their firm at the address noted below.

Respectfully submitted,

/s/ Richard A. Getty
RICHARD A. GETTY
DANIELLE H. BROWN
      and
MARCEL RADOMILE

THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky  40507
Telephone:  (859) 259-1900
Facsimile:   (859) 259-1909
E-Mail:  rgetty@gettylawgroup.com
E-Mail:  dbrown@gettylawgroup.com
E-Mail:  mradomile@gettylawgroup.com

COUNSEL FOR DEFENDANTS,
KENTUCKY FUEL CORPORATION AND
JAMES C. JUSTICE COMPANIES, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that the Notice Of Entry Of Appearance Of Counsel For Defendants, Kentucky Fuel Corporation And James C. Justice Companies, Inc., was served on the 13th day of August, 2018, electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Richard A. Getty
COUNSEL FOR DEFENDANTS

dhbpld2034