**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON**

| | |
|---|---|
| **NEW LONDON TOBACCO MARKET, INC. and FIVEMILE ENERGY, LLC**<br><br>Plaintiffs,<br><br>V.<br><br>**KENTUCKY FUEL CORPORATION and JAMES C. JUSTICE COMPANIES, INC.,**<br><br>Defendants. | Civil Action No. 6:12-cv-91-GFVT-HAI<br><br>Judge Gregory F. Van Tatenhove<br><br>**DEFENDANTS' MOTION PURSUANT TO 28 U.S.C. §§ 144 AND 455 FOR RECUSAL BY <u>MAGISTRATE JUDGE INGRAM</u>** |

Defendants, Kentucky Fuel Corporation ("Kentucky Fuel") and James C. Justice Companies, Inc. ("Justice"), by counsel, and pursuant to 28 U.S.C. §§ 144 and 455, respectfully move for recusal from this matter by Magistrate Judge Hanley A. Ingram. A brief Memorandum in Support is filed herewith.

                                                                   Respectfully submitted,

                                                                   /s/ Richard A. Getty
                                                                   RICHARD A. GETTY
                                                                   DANIELLE HARLAN
                                                                        and
                                                                   MARCEL RADOMILE

                                                                   THE GETTY LAW GROUP, PLLC
                                                                   1900 Lexington Financial Center
                                                                   250 West Main Street
                                                                   Lexington, Kentucky 40507
                                                                   Telephone: (859) 259-1900
                                                                   Facsimile: (859) 259-1909
                                                                   E-Mail: rgetty@gettylawgroup.com
                                                                  E-Mail: dharlan@gettylawgroup.com
                                                                  E-Mail: mradomile@gettylawgroup.com

COUNSEL FOR DEFENDANTS,
KENTUCKY FUEL CORPORATION AND
JAMES C. JUSTICE COMPANIES, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that the Defendants' Motion for Recusal by Magistrate Judge Ingram was served on the 21st day of November 2018, electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Richard A. Getty
COUNSEL FOR DEFENDANTS

dhbpld2086