# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| NEW LONDON TOBACCO MARKET, INC. and FIVEMILE ENERGY, LLC<br><br>Plaintiffs,<br><br>V.<br><br>KENTUCKY FUEL CORPORATION and JAMES C. JUSTICE COMPANIES, INC.,<br><br>Defendants. | Civil Action No. 6:12-cv-91-GFVT-HAI<br><br>Judge Gregory F. Van Tatenhove<br><br>AFFIDAVIT OF JAMES C. JUSTICE, III |

I, James C. Justice, III, being first duly sworn, do attest and state as follows:

1. I am a citizen and resident of the Commonwealth of Virginia, over eighteen years of age.

2. I currently serve as President of Kentucky Fuel Corporation ("Kentucky Fuel") and James C. Justice Companies, Inc. (the "Justice Companies"), as well as several affiliated entities.

3. In my role as President, I am familiar with the current and historic day-to-day operations of Kentucky Fuel and the Justice Companies. Also in my role as President I am quite familiar with the litigation in the United States District Court for the Eastern District of Kentucky, New London Tobacco Market, Inc. and Fivemile Energy, LLC v. Kentucky Fuel Corporation and James C. Justice Companies, Inc. (Civil Action No. 6:12-cv-91), .including the events leading up to it, the procedural history and the various rulings that have been issued by Judge Van Tatenhove and by Magistrate Judge Ingram.

4. It has been apparent to me throughout these proceedings that the early "missteps" by Kentucky Fuel and the Justice Companies have completely prejudiced the Magistrate against us.

5. It is also apparent to me that no matter how diligent Defendants are, on every issue that comes before Magistrate Judge Ingram we are already judged by him to be acting in bad faith and no matter what are the facts Defendants cannot obtain fair, impartial or even-handed relief from him.

6. Regardless of how diligently we have worked to adhere to the Court's Orders and to operate in this litigation in good faith, time and time again we are met with resistance and angry language from the Magistrate.

7. Neither I nor other representatives of Defendants with whom I have discussed this matter believe that we have any chance of success at the upcoming evidentiary hearing because the Magistrate Judge is so clearly biased against us.

Further Affiant sayeth naught.

_____
JAMES C. JUSTICE, III

COMMONWEALTH OF VIRGINIA )
                         )
ROANOKE COUNTY           )

Subscribed and sworn to before me by James C. Justice, III, on this the 20th day of November 2018.

_____
NOTARY PUBLIC

My commission expires: 5-31-2021 .

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

2