**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

| | |
|---|---|
| **NEW LONDON TOBACCO MARKET, INC.** ) <br> **and FIVEMILE ENERGY, LLC,** ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **KENTUCKY FUEL CORPORATION, and** ) <br> **JAMES C. JUSTICE COMPANIES, INC.** ) <br> ) <br>     **Defendants.** ) | **Docket No. 6:12-cv-0091-GFVT** |

**PLAINTIFFS' WITNESS LIST**

Pursuant to the Court's Scheduling Order and Rule 26(a)(3) of the Federal Rules of Civil Procedure, Plaintiffs, New London Tobacco Market Inc. and Fivemile Energy, LLC ("Plaintiffs"), submit the following list of persons whom they expect to call or may call to testify at the damages hearing.

**EXPECT TO CALL**

1.    William G. Brownlow – Mr. Will Brownlow will testify generally concerning the different categories and amounts of damages and the amounts due to Plaintiffs, and the facts that are set forth in Plaintiffs' Pretrial Memorandum.  He will testify concerning his dealings with the Defendants and communications with their representatives, including Jay Justice, the negotiation, intent and execution of the Fourth Amendment, the Defendants' promises to mine the coal, his continuing consulting agreement and his consulting services to Kentucky Fuel, the documents produced by Defendants, his retention of the Independent Arbiter and the Independent Arbiter's report, the value of the Fivemile leases and the New Lead transaction, the

Strong Brothers property, the unreimbursed Strong Brothers lease payments and his demands for payment, the Defendants' failure to timely pay the amounts owed under the Fourth Amendment, the Defendants' production of their alleged tax returns and the differences between the various alleged tax returns produced by Defendants.

2. Culver Schmid – Mr. Schmid will testify about the facts and circumstances pertaining to the negotiation, intent and execution of the Assignment of Leases and Permits and of the subsequent amendments thereto, including the Fourth Amendment, and the intention of the parties regarding those agreements, which was a commitment to mine the coal and immediately pay any amount due as determined by an independent arbiter in the event of a default.

3. Kentucky Fuel Corporation (by Rule 30(b)(6) deposition, 11/8/13).

    Page 139, lines 13-21.

4. Dexter Patton, Jr. – Mr. Patton will testify concerning the matters set forth in his expert report dated March 2013, and the interpretation of the diligent mining clause in the Fourth Amendment.

## MAY CALL

1. Lloyd Williams (by deposition):

    a. Pages 1-11.

    b. Page 12, lines 1-3; 18-23.

    c. Page 13 - page 23, line 4.

    d. Page 24, line 13 - p. 25, line 2.

    e. Page 25, line 8 - p. 27, line 13.

    f. Page 27, line 23 - p. 28, line 8.

    g. Page 35, line 18 - p. 37, line 16.

2.      Johnson Brownlow.  Mr. Johnson Brownlow may testify concerning his meeting with Jay Justice and Mr. Justice's representation at that time that he was thinking of doing a deal with New Lead for the Fivemile Assets.  His contact information is through Plaintiffs' counsel.

3.      Linda Combs - Ms. Combs may testify concerning her lease, the payments thereunder, including the lack of payment by Kentucky Fuel and the payments by Mr. Brownlow, and her dealings with Mr. Brownlow and Kentucky Fuel Corporation. She will testify that she is a co-owner (with her husband Fred and with Herbert and Ruby Barnett) of the tract of land covered by the Strong Brothers permit. Kentucky Fuel first leased this property in 2005 and mined on it for about six months. Kentucky Fuel promised to mine the property but did not do so thereafter. The Combs' royalty was not paid to them in 2005 and KFC failed to pay a wheelage obligation for use of her land otherwise.  In addition, KFC encroached on the neighbor's coal reserves and ended up paying the neighbor restitution. Ms. Combs did not lease to KFC again and has information about KFC's contractors that were not paid and that KFC failed to meet its reclamation obligations on the property, which were completed by governmental entities.

4.      Jim Thomas – Mr. Thomas may testify concerning his lease, the payments thereunder and his dealings with Mr. Brownlow and Kentucky Fuel Corporation.  He is a land owner and lessor in the Fivemile permitted area. He knows about the leases and meetings with Kentucky Fuel. He will testify that Kentucky Fuel promised him that his property would be mined, but that it never was. He will testify the lease payments were not timely forthcoming.

5.      Steve Ball – Mr. Ball may testify as an adverse witness concerning his duties as an officer of the Defendants, his dealings with Mr. Brownlow, the sale or assignment of the Fivemile leases and permits, and the other matters described in Plaintiffs' Amended Complaint.

6.     Lloyd Williams – Mr. Williams may testify about his dealings with the Defendants and with Mr. Brownlow, the efforts to mine the Fivemile property and about the Fivemile assets.

/s/ John A. Lucas
*John A. Lucas (011198)
*W. Edward Shipe (023887)
**HOWARD & HOWARD, P.C.**
4820 Old Kingston Pike
Knoxville, TN 37919
865.588-4091 (telephone)
865.588-4206 (facsimile)
jlucas@howardhowardlaw.com
eshipe@howardhowardlaw.com
***admitted pro hac vice*

Scott M. Webster
**TOOMS, DUNAWAY & WEBSTER**
1306 West Fifth Street, Suite 200
P.O. Box 905
London, Kentucky 40743-0905
606.864.4145 (telephone)
606.878.5547 (facsimile)

*Counsel for New London Tobacco Market, Inc., and Fivemile Energy, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt on this 27th day of November, 2018.

/s/ John A. Lucas