UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| **NEW LONDON TOBACCO MARKET, INC. and FIVEMILE ENERGY, LLC**<br><br>    Plaintiffs,<br><br>V.<br><br>**KENTUCKY FUEL CORPORATION and JAMES C. JUSTICE COMPANIES, INC.,**<br><br>    Defendants. | Civil Action No. 6:12-cv-91-GFVT-HAI<br><br>Judge Gregory F. Van Tatenhove<br><br><u>**DEFENDANTS' WITNESS LIST**</u> |

Pursuant to the Court's Scheduling Order [D.E. 373], following is the list of witnesses Defendants expect to call during the evidentiary hearing scheduled to commence on December 11, 2018, as well as a brief summary of each witness' expected testimony.

1. Steve Ball, Esq. As general counsel for Defendants, Mr. Ball will testify about Defendants' dealings and transactions with Plaintiffs, with Revelation Energy and with GSI Coal and Mining, LLC ("GSI"), as well as the history of Defendants' entry into the Kentucky coal industry and its transactions and dealings in the relevant geographical area.

2. Amanda Boggs. As Senior Accountant/Controller for Defendants, Ms. Boggs will testify as to the financial and accounting records of Defendants, payments made by Defendants to Plaintiffs and/or other related individuals and entities, Defendants' costs related to the Fivemile, Deep Wood and Haddix Loadout

    facility and, should the Court allow Plaintiffs' planned use of the Newlead transactions, any and all financial and accounting matters related thereto.

3. Greg Bryant. As an engineer for Defendants, Mr. Bryant will testify as to mine plans, reserve studies and issues of mineability and merchantability of the Fivemile, Deep Wood and other, similar operations in the vicinity.

4. Clyde Burchett. Mr. Burchett is expected to testify as to the entry of Defendants into the Kentucky coal market, including through their acquisition of the Strong Brothers and Candle Ridge operations. Mr. Burchett is also expected to testify about his role in the bringing the Deed Wood and Fivemile permits to the attention of Defendants in 2005.

5. Rodney Campbell. Mr. Campbell operates Mineral Labs in the relevant area and is expected to testify as to the quality of coal in that area.

6. Matt Gerber. As a financial analyst for Defendants, Mr. Gerber will testify as to the present value discounting that should be applied to Mr. Conway's report.

7. L.D. Gorman. Mr. Gorman is a landowner on the Deep Wood properties and is expected to testify as to the mineability and merchantability of coal on that property and in other areas in the vicinity.

8. Kent Gross is partners with Doug Terry in GSI, and will testify as to the Kentucky Fuel/GSI Agreement and GSI's current and future mining plans for the Fivemile property, as well as to the quality, mineability and merchantability of the coal.

9. Tom Hammonds works with L.D. Gorman and is likewise expected to testify as to the mineability and merchantability of coal on Mr. Gorman's property and in other areas in the vicinity.

10. Jeff Hoops or other knowledgeable representative of Revelation Energy will testify about their takeover of the Deep Wood properties, the quality of coal therein, and the quality, mineability and merchantability of coal in that area.

11. Bill Johnson.  As an engineer for Defendants, Mr. Johnson will testify as to the permit packages submitted for the Fivemile and Deep Wood properties, as well as relevant mine plans, reserve studies and issues of mineability and merchantability of the Fivemile, Deep Wood and other, similar operations in the vicinity.

12. Governor Jim Justice.  As former CEO of the Justice entities, and in particular at the time that the transactions involving Defendants and Plaintiffs took place, Governor Justice will testify as to those transactions, the Justice entities' entry into the Kentucky coal market and his general, extensive experience in the coal mining industry.

13. Jay Justice.  As current CEO of the Justice entities, Mr. Justice will testify as to the transactions at issue, the more recent and ongoing interactions by Defendants with Plaintiffs, GSI, Revelation Energy, Mr. Burchett, Mr. Williams and others, and his experience in the Kentucky and other coal industries, particularly with respect to the mineability and merchantability of the subject coal and the Defendants' decisions and efforts related to the subject properties.

14. Tom Lusk.  As the former COO of the Justice entities, Mr. Lusk will testify about the Defendants' dealings with Mr. Brownlow and the Plaintiff entities, the subject transactions and Defendants' efforts and expenditures related to the Fivemile and Deep Wood properties.

15. Gregory "Bernie" Mason ran Appalachian Fuels at the time the Fivemile and Deep Wood properties were "on the market," and will testify as to Appalachian Fuels' decision to pass on those opportunities because of his knowledge of the poor quality of the coal.

16. Donnie May or other knowledgeable representative of Donnie May Contracting, LLC will tetify as to GSI's current and planned activities at the Fivemile property.

17. Rick McCormick or a knowledgeable representative of Taggart Global will testify as to the refurbishment of the Haddix Loadout facility.

18. Mark Merritt.  As Vice President of Operations for Defendants, Mr. Merritt will testify as to the Defendants' dealings with Mr. Brownlow and the Plaintiff entities, especially with respect to the Deep Wood properties and the return of Deep Wood to Mr. Brownlow and its assignment to Revelation Energy.

19. Steve Sarver is in coal sales for Defendants and will testify as to his dealings and interactions with Mr. Brownlow and the Justice entities' initial interactions and dealings with Mr. Burchett.

20. Doug Terry will testify as to all aspects of Kentucky Fuel's negotiations and eventual contract with GSI, the current and future plans for mining the Fivemile property by GSI, and the quality, mineability and merchantability of the Fivemile coal.

21. Lloyd Williams will testify about his role in bringing Mr. Brownlow and Defendants together and his knowledge of the Fivemile and Deep Wood properties.

22. Defendants reserve the right to call any witness called to testify at the evidentiary hearing by one or both Plaintiffs, and to call any rebuttal witness necessary after hearing the evidence presented by Plaintiffs.

          Respectfully submitted,

          /s/ Richard A. Getty
          RICHARD A. GETTY
          DANIELLE HARLAN
                and
          MARCEL RADOMILE

          THE GETTY LAW GROUP, PLLC
          1900 Lexington Financial Center
          250 West Main Street
          Lexington, Kentucky  40507
          Telephone:  (859) 259-1900
          Facsimile:  (859) 259-1909
          E-Mail:  rgetty@gettylawgroup.com
          E-Mail:  dharlan@gettylawgroup.com
          E-Mail:  mradomile@gettylawgroup.com
          COUNSEL FOR DEFENDANTS,
          KENTUCKY FUEL CORPORATION AND
          JAMES C. JUSTICE COMPANIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the Defendants' Witness List was served on the 27th day of November 2018, electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

          /s/ Richard A. Getty
          COUNSEL FOR DEFENDANTS

dhbpld2091