**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON**

| | |
|---|---|
| **NEW LONDON TOBACCO MARKET, INC. and FIVEMILE ENERGY, LLC**<br><br>Plaintiffs,<br><br>V.<br><br>**KENTUCKY FUEL CORPORATION and JAMES C. JUSTICE COMPANIES, INC.,**<br><br>Defendants. | Civil Action No. 6:12-cv-91-GFVT-HAI<br><br>Judge Gregory F. Van Tatenhove<br><br>**DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD** |

Defendants, Kentucky Fuel Corporation and James C. Justice Companies, Inc., by counsel, respectfully move this Court for leave to supplement the record in this matter with the April 2, 2019 sworn statement of Kent Gross and the May 31, 2018 Summit Engineering Report.[1]  The grounds for this Motion are set forth in the brief Memorandum in Support filed herewith.

                                                Respectfully submitted,

                                                /s/ Richard Getty
                                                RICHARD A. GETTY
                                                DANIELLE HARLAN
                                                       and
                                                MARCEL RADOMILE

                                                THE GETTY LAW GROUP, PLLC
                                                1900 Lexington Financial Center
                                                250 West Main Street
                                                Lexington, Kentucky  40507
                                                Telephone:  (859) 259-1900
                                                Facsimile:  (859) 259-1909
                                                E-Mail:  rgetty@gettylawgroup.com

---

[1] The sworn statement is attached to Defendants' Post-Hearing Memorandum, filed concurrently with this Motion, as ***Exhibit A***, and the report is attached thereto as ***Exhibit B***.

1

E-Mail: dharlan@gettylawgroup.com
E-Mail: mradomile@gettylawgroup.com

COUNSEL FOR DEFENDANTS,
KENTUCKY FUEL CORPORATION AND
JAMES C. JUSTICE COMPANIES, INC.

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on the 15th day of April 2019, electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Richard A. Getty
COUNSEL FOR DEFENDANTS

dhbpld2158