# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| **NEW LONDON TOBACCO MARKET, INC. and FIVEMILE ENERGY, LLC**<br><br>    Plaintiffs,<br><br>V.<br><br>**KENTUCKY FUEL CORPORATION and JAMES C. JUSTICE COMPANIES, INC.,**<br><br>    Defendants. | Civil Action No. 6:12-cv-91-GFVT-HAI<br><br>Judge Gregory F. Van Tatenhove<br><br>**MOTION OF DEFENDANTS TO ALTER OR AMEND OR TO RECONSIDER SEPTEMBER 23, 2019 MEMORANDUM OPINION AND ORDER** |

Defendants, Kentucky Fuel Corporation and James C. Justice Companies, Inc., through counsel, and pursuant to Rules 59 and 60 of the Federal Rules of Civil Procedure, respectfully move the Court to alter or amend or to reconsider the Memorandum Opinion and Order entered in this matter on September 23, 2019 [Doc. 445].  The grounds for this Motion are set forth in the Memorandum in Support filed herewith. Defendants respectfully request that the Court set this Motion for oral argument.

                                                Respectfully submitted,

                                                 /s/ Richard A. Getty
                                                RICHARD A. GETTY
                                                DANIELLE HARLAN
                                                    and
                                                MARCEL RADOMILE

                                                THE GETTY LAW GROUP, PLLC
                                                1900 Lexington Financial Center
                                                250 West Main Street
                                                Lexington, Kentucky  40507
                                                Telephone:  (859) 259-1900
                                                Facsimile:  (859) 259-1909
                                                E-Mail:  rgetty@gettylawgroup.com
                                                E-Mail:  dharlan@gettylawgroup.com
                                                E-Mail:  mradomile@gettylawgroup.com

And

KENT WICKER

DRESSMAN BENZINGER LAVELLE PSC
321 West Main Street
Suite 2100
Louisville, Kentucky 40202
Telephone: (502) 572-2500
Facsimile: (502) 572-2503
E-Mail: kwicker@dbllaw.com

COUNSEL FOR DEFENDANTS,
KENTUCKY FUEL CORPORATION AND
JAMES C. JUSTICE COMPANIES, INC.

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion of Defendants to Alter or Amend or to Reconsider September 23, 2019 Memorandum Opinion and Order was served on the 21st day of October 2019, electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Richard A. Getty
COUNSEL FOR DEFENDANTS

dhbpld2213