UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

|  |  |  |
|---|---|---|
| NEW LONDON TOBACCO MARKET, INC. and FIVEMILE ENERGY, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 6:12-cv-00091-GFVT-HAI |
| v. | ) ) | **JUDGMENT** |
| KENTUCKY FUEL CORPORATION and JAMES C. JUSTICE COMPANIES, INC., | ) ) ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

1.    Judgment is **ENTERED** in favor of the Plaintiffs;

2.    This is a **FINAL** and **APPEALABLE ORDER,** there is no just cause for delay; and

3.    All issues having been resolved, this case is **STRICKEN** from the active docket.

This 24th day of April, 2020.



Gregory F. Van Tatenhove
United States District Judge