UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| NEW LONDON TOBACCO MARKET, INC., and FIVEMILE ENERGY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> KENTUCKY FUEL CORPORATION and JAMES C. JUSTICE COMPANIES, INC., <br><br> Defendants. | No. 6:12-CV-91-GFVT-HAI <br><br> ORDER |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiffs have filed a Motion for Show Cause Order and for Expedited Consideration (D.E. 634) with accompanying exhibits (D.E. 635).  **IT IS HEREBY ORDERED THAT** Defendants **SHALL RESPOND** to the motion on or before Friday, August 5, 2022.

This the 29th day of July, 2022.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge