## Principal and Interest Due on Unpaid Retainer Fees (Count 1) With a May 1, 2016 Termination of the Retainer Agreement

| Retainer Due Date | Principal | annual compound Interest 8.00% | total amount | Number of years |
|---|---|---|---|---|
| 5/1/2011 | $10,000.00 | $13,939.10 | $23,939.10 | 11.34 |
| 6/1/2011 | $10,000.00 | $13,783.13 | $23,783.13 | 11.26 |
| 7/1/2011 | $10,000.00 | $13,633.17 | $23,633.17 | 11.18 |
| 8/1/2011 | $10,000.00 | $13,479.19 | $23,479.19 | 11.09 |
| 9/1/2011 | $10,000.00 | $13,326.22 | $23,326.22 | 11.01 |
| 10/1/2011 | $10,000.00 | $13,179.14 | $23,179.14 | 10.92 |
| 11/1/2011 | $10,000.00 | $13,028.12 | $23,028.12 | 10.84 |
| 12/1/2011 | $10,000.00 | $12,882.92 | $22,882.92 | 10.76 |
| 1/1/2012 | $10,000.00 | $12,733.83 | $22,733.83 | 10.67 |
| 2/1/2012 | $10,000.00 | $12,585.72 | $22,585.72 | 10.59 |
| 3/1/2012 | $10,000.00 | $12,448.04 | $22,448.04 | 10.51 |
| 4/1/2012 | $10,000.00 | $12,301.79 | $22,301.79 | 10.42 |
| 5/1/2012 | $10,000.00 | $12,161.16 | $22,161.16 | 10.34 |
| 6/1/2012 | $10,000.00 | $12,016.78 | $22,016.78 | 10.25 |
| 7/1/2012 | $10,000.00 | $11,877.95 | $21,877.95 | 10.17 |
| 8/1/2012 | $10,000.00 | $11,735.41 | $21,735.41 | 10.09 |
| 9/1/2012 | $10,000.00 | $11,593.80 | $21,593.80 | 10.00 |
| 10/1/2012 | $10,000.00 | $11,457.64 | $21,457.64 | 9.92 |
| 11/1/2012 | $10,000.00 | $11,317.84 | $21,317.84 | 9.84 |
| 12/1/2012 | $10,000.00 | $11,183.42 | $21,183.42 | 9.75 |
| 1/1/2013 | $10,000.00 | $11,045.41 | $21,045.41 | 9.67 |
| 2/1/2013 | $10,000.00 | $10,908.30 | $20,908.30 | 9.58 |
| 3/1/2013 | $10,000.00 | $10,785.22 | $20,785.22 | 9.51 |
| 4/1/2013 | $10,000.00 | $10,649.80 | $20,649.80 | 9.42 |
| 5/1/2013 | $10,000.00 | $10,519.59 | $20,519.59 | 9.34 |
| 6/1/2013 | $10,000.00 | $10,385.90 | $20,385.90 | 9.25 |
| 7/1/2013 | $10,000.00 | $10,257.36 | $20,257.36 | 9.17 |
| 8/1/2013 | $10,000.00 | $10,125.38 | $20,125.38 | 9.09 |
| 9/1/2013 | $10,000.00 | $9,994.26 | $19,994.26 | 9.00 |
| 10/1/2013 | $10,000.00 | $9,868.19 | $19,868.19 | 8.92 |
| 11/1/2013 | $10,000.00 | $9,738.74 | $19,738.74 | 8.84 |

| Due Date | Principal | annual compound Interest 8.00% | total amount | Number of years |
|---|---|---|---|---|
| 12/1/2013 | $10,000.00 | $9,614.28 | $19,614.28 | 8.75 |
| 1/1/2014 | $10,000.00 | $9,486.49 | $19,486.49 | 8.67 |
| 2/1/2014 | $10,000.00 | $9,359.53 | $19,359.53 | 8.58 |
| 3/1/2014 | $10,000.00 | $9,245.57 | $19,245.57 | 8.51 |
| 4/1/2014 | $10,000.00 | $9,120.19 | $19,120.19 | 8.42 |
| 5/1/2014 | $10,000.00 | $8,999.62 | $18,999.62 | 8.34 |
| 6/1/2014 | $10,000.00 | $8,875.84 | $18,875.84 | 8.25 |
| 7/1/2014 | $10,000.00 | $8,756.81 | $18,756.81 | 8.17 |
| 8/1/2014 | $10,000.00 | $8,634.61 | $18,634.61 | 8.09 |
| 9/1/2014 | $10,000.00 | $8,513.21 | $18,513.21 | 8.00 |
| 10/1/2014 | $10,000.00 | $8,396.47 | $18,396.47 | 7.92 |
| 11/1/2014 | $10,000.00 | $8,276.61 | $18,276.61 | 7.84 |
| 12/1/2014 | $10,000.00 | $8,161.37 | $18,161.37 | 7.75 |
| 1/1/2015 | $10,000.00 | $8,043.05 | $18,043.05 | 7.67 |
| 2/1/2015 | $10,000.00 | $7,925.49 | $17,925.49 | 7.58 |
| 3/1/2015 | $10,000.00 | $7,819.98 | $17,819.98 | 7.51 |
| 4/1/2015 | $10,000.00 | $7,703.88 | $17,703.88 | 7.42 |
| 5/1/2015 | $10,000.00 | $7,592.24 | $17,592.24 | 7.34 |
| 6/1/2015 | $10,000.00 | $7,477.63 | $17,477.63 | 7.25 |
| 7/1/2015 | $10,000.00 | $7,367.42 | $17,367.42 | 7.17 |
| 8/1/2015 | $10,000.00 | $7,254.27 | $17,254.27 | 7.09 |
| 9/1/2015 | $10,000.00 | $7,141.86 | $17,141.86 | 7.00 |
| 10/1/2015 | $10,000.00 | $7,033.77 | $17,033.77 | 6.92 |
| 11/1/2015 | $10,000.00 | $6,922.79 | $16,922.79 | 6.84 |
| 12/1/2015 | $10,000.00 | $6,816.08 | $16,816.08 | 6.75 |
| 1/1/2016 | $10,000.00 | $6,706.52 | $16,706.52 | 6.67 |
| 2/1/2016 | $10,000.00 | $6,597.68 | $16,597.68 | 6.58 |
| 3/1/2016 | $10,000.00 | $6,496.50 | $16,496.50 | 6.50 |
| 4/1/2016 | $10,000.00 | $6,389.02 | $16,389.02 | 6.42 |
| | $600,000.00 | $595,671.38 | $1,195,671.30 | |

All interest is calculated through 8/31/2022. Interest accrues thereafter at the rate of $262.06 per day, until entry of the Court's final judgment order.

2

## Principal and Interest Due on Unpaid Retainer Fees (Count 1) With a May 1, 2012 Termination of the Retainer Agreement

| Retainer Due Date | Principal | annual compound Interest 8.00% | total amount | Number of years |
|---|---|---|---|---|
| 5/1/2011 | $10,000.00 | $13,939.10 | $23,939.10 | 11.34 |
| 6/1/2011 | $10,000.00 | $13,783.13 | $23,783.13 | 11.26 |
| 7/1/2011 | $10,000.00 | $13,633.17 | $23,633.17 | 11.18 |
| 8/1/2011 | $10,000.00 | $13,479.19 | $23,479.19 | 11.09 |
| 9/1/2011 | $10,000.00 | $13,326.22 | $23,326.22 | 11.01 |
| 10/1/2011 | $10,000.00 | $13,179.14 | $23,179.14 | 10.92 |
| 11/1/2011 | $10,000.00 | $13,028.12 | $23,028.12 | 10.84 |
| 12/1/2011 | $10,000.00 | $12,882.92 | $22,882.92 | 10.76 |
| 1/1/2012 | $10,000.00 | $12,733.83 | $22,733.83 | 10.67 |
| 2/1/2012 | $10,000.00 | $12,585.72 | $22,585.72 | 10.59 |
| 3/1/2012 | $10,000.00 | $12,448.04 | $22,448.04 | 10.51 |
| 4/1/2012 | $10,000.00 | $12,301.79 | $22,301.79 | 10.42 |
| 5/1/2012 | $10,000.00 | $12,161.16 | $22,161.16 | 10.34 |
|  | $130,000.00 | $169,481.61 | $299,481.53 |  |

All interest is calculated through 8/31/2022. Interest accrues thereafter at the rate of $65.64 per day, until entry of the Court's final judgment order.

# Principal and Interest Due on Unpaid Royalties
## (Count II)

| date | principal | interest | total |
|---|---|---|---|
| 5/8/2012 | | | $ 16,990,900.00 |
| 5/8/2013 | $ 16,990,900.00 | $ 1,359,272.00 | $ 18,350,172.00 |
| 5/8/2014 | $ 18,350,172.00 | $ 1,468,013.76 | $ 19,818,185.76 |
| 5/8/2015 | $ 19,818,185.76 | $ 1,585,454.86 | $ 21,403,640.62 |
| 5/8/2016 | $ 21,403,640.62 | $ 1,716,982.46 | $ 23,120,623.08 |
| 5/8/2017 | $ 23,120,623.08 | $ 1,849,649.85 | $ 24,970,272.93 |
| 5/8/2018 | $ 24,970,272.93 | $ 1,997,621.83 | $ 26,967,894.76 |
| 5/8/2019 | $ 26,967,894.76 | $ 2,157,431.58 | $ 29,125,326.34 |
| 5/8/2020 | $ 29,125,326.34 | $ 2,336,409.74 | $ 31,461,736.08 |
| 5/8/2021 | $ 31,461,736.08 | $ 2,516,938.89 | $ 33,978,674.97 |
| 5/8/2022 | $ 33,978,674.97 | $ 2,718,294.00 | $ 36,696,968.96 |
| 8/31/2022 | $ 36,696,968.96 | $ 924,964.70 | $ 37,621,933.66 |

$ 37,621,933.66   $ 20,631,033.66

All interest is calculated through 8/31/2022. Interest accrues thereafter at the rate of $8,245.90 per day, until entry of the Court's final judgment