# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| NEW LONDON TOBACCO MARKET, INC. ) <br> and FIVEMILE ENERGY, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KENTUCKY FUEL CORPORATION, and ) <br> JAMES C. JUSTICE COMPANIES, INC. ) <br> ) <br> **Defendants.** ) | No. 6:12-cv-0091-GFVT-HAI |

## [PROPOSED] ORDER

The Plaintiffs New London Tobacco Market, Inc. and Fivemile Energy, LLC, filed a Motion for Miscellaneous Relief (the "Motion"). Upon consideration of that Motion, of the Defendants' Response and of the record of the hearing on damages held on December 11-13, 2018, and pursuant to the instructions in the opinion of the United States Court of Appeals for the Sixth Circuit in this matter (D.E. 642), the Court GRANTS the Motion and ORDERS as follows:

(1)  [**Note by counsel: This paragraph to be included only if the Court does not grant Plaintiffs' request for a Rule 54(b) certification of the judgment for this claim.**]  Pre-judgment interest of the previous $16,990,900 award for breach of contract for lost royalties, calculated from May 8, 2012, until the entry of this Order is [**Additional note by counsel: This figure is $20,631,033.66 through August 31, 2022, and $8,245.90 per day thereafter until a final judgment order is entered**].  Accordingly, the Court hereby enters judgment for lost royalties in the principal amount of $16,990,900, together with the foregoing pre-judgment interest, plus post-judgment interest as allowed by applicable law.

1

(2) Based upon the record developed at the 2018 damages hearing, the Court finds that the contract for retainer fees did not terminate until May 1, 2016.  Accordingly, the Court enters judgment against the Defendants, Kentucky Fuel Corporation and James C. Justice Companies, Inc., for unpaid retainer fees in the amount of $600,000, plus prejudgment interest at 8% per annum, compounded annually from the dates that each installment of the retainer fees was due.  Such interest totals [**Note by counsel:  This figure is $595,671.38 as of August 31, 2022, and $262.06 per day thereafter until a final judgment order is entered**], plus post-judgment interest as provided by applicable law.

(3) The Court has reconsidered its original award of attorneys' fees and expenses of $1,041,496.57 in light of the Sixth Circuit's Opinion and affirms that award without reduction. Accordingly, the Court enters its judgment against the Defendants for attorneys' fees and expenses of $1,041,496.57, plus post-judgment interest as provided by applicable law.

(4) The Court finds that the Plaintiffs are entitled to recover attorneys' fees and expenses for the appeal of this matter pursuant to Section 14 of the Fourth Amendment, D.E. 40-5.  The Plaintiffs shall submit their statement of fees and expenses withing fourteen (14) days of the entry of this Order.  The Defendants shall submit any response thereto within fourteen (14) days of service of Plaintiffs' statement.

(5) In all other respects the Court's original Memorandum Opinion & Order (D.E. 466) is affirmed, except as modified by the Opinion of the Court of Appeals for the Sixth Circuit.

ENTERED this ___ day of _____, 2022:

_____
UNITED STATES DISTRICT JUDGE

THIS ORDER PREPARED BY:
*John A. Lucas (011198)
*W. Edward Shipe (023887)

**BROCK SHIPE KLENK PLC**
265 Brookview Centre Way, Suite 604
Knoxville, Tennessee 37919
865-338-9700
jlucas@bskplc.com
eshipe@bskplc.com
*\*admitted pro hac vice*

Scott M. Webster
**TOOMS, DUNAWAY & WEBSTER, PLLC**
1306 West Fifth Street, Suite 200
P.O. Box 905
London, Kentucky 40743
606-864-4145
*swebster@toomsdunaway.com*