IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| NEW LONDON TOBACCO MARKET, INC. ) <br> and FIVEMILE ENERGY, LLC, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> KENTUCKY FUEL CORPORATION, and ) <br> JAMES C. JUSTICE COMPANIES, INC. ) <br>  ) <br> Defendants. ) | No. 6:12-cv-0091-GFVT-HAI |

### [PROPOSED] ORDER FOR RULE 54(b) CERTIFICATION

**[Note by counsel:  This Order is submitted for entry if the Court grants Plaintiffs' request for a Rule 54(b) certification in the accompanying Motion.]**

The Plaintiffs New London Tobacco Market, Inc. and Fivemile Energy, LLC, have filed a Motion for Miscellaneous Relief (the "Motion").  That Motion includes a request for a certification under Fed. R. Civ. P. 54(b), certifying the remanded judgment for unpaid royalty payments (Count II) as a final judgment before the Court addresses the remaining remanded claims.  The Court notes that the affirmed claims for unpaid royalties in Count II of the Amended Complaint (D.E. 45) are separate from the remaining remanded claims.  The Court further determines that there is no just reason for delay in the entry of a final judgment upon this claim.  Therefore, upon consideration of that Motion and of the Defendants' Response, and pursuant to the instructions in the Opinion of the United States Court of Appeals for the Sixth Circuit in this matter (D.E. 642), the Court GRANTS the Motion and ORDERS as follows:

(1) Pre-judgment interest of the previous $16,990,900 award for breach of contract for lost royalties, calculated from May 8, 2012 until the entry of this Order is **[Note by counsel: this is  $20,631,033.66 through August 31, 2022, and $8,245.90 per day thereafter]**.  Because the

Sixth Circuit in its Opinion affirmed the principal amount of the judgment for lost royalties, the Court finds that there is no just reason for delay in entering final judgment on this claim. Accordingly, the Court directs the entry of final judgment on the Plaintiffs' claim for lost royalties in the principal amount of $16,990,900, together with for the foregoing pre-judgment interest through the date of this Order, plus post-judgment interest as allowed by applicable law.  Pursuant to Fed. R. Civ. P. 54(b) the Court finds that there is no just reason for delay and therefore directs the entry of a final judgment on this claim for $16,900,990, plus interest as provided herein.

(2) All other matters are reserved and will be addressed in a separate order.

ENTERED this __ day of _____, 2022:

_____
UNITED STATES DISTRICT JUDGE

THIS ORDER PREPARED BY:

*John A. Lucas (011198)
*W. Edward Shipe (023887)
**Brock Shipe Klenk PLC**
265 Brookview Centre Way, Suite 604
Knoxville, Tennessee 37919
865-338-9700
jlucas@bskplc.com
eshipe@bskplc.com
*admitted pro hac vice


Scott M. Webster
**Tooms, Dunaway & Webster, PLLC**
1306 West Fifth Street, Suite 200
P.O. Box 905
London, Kentucky 40743
606-864-4145
swebster@toomsdunaway.com

*Counsel for Plaintiffs*