**In the case of:**

*NEW LONDON TOBACCO MARKET, INC., et al.*

*KENTUCKY FUEL CORPORATION, et al.*

*DR. JILLEAN JUSTICE-LONG*

*June 16, 2022*



713 LeeStreet
Charleston, WV 25301

(304) 344-8463
schedulerealtime@gmail.com

Realtimereporters.net

Case: 6:12-cv-00091-GFVT-HAI  Doc #: 660  Filed: 11/15/22  Page: 2 of 15 - Page ID#: 17191

NEW LONDON TOBACCO MARKET, INC., et al.
KENTUCKY FUEL CORPORATION, et al.

DR. JILLEAN JUSTICE-LONG
June 16, 2022

Page 1

```
          IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF KENTUCKY
              SOUTHERN DIVISION AT LONDON

NEW LONDON TOBACCO MARKET, INC.
and FIVEMILE ENERGY, LLC,

          Plaintiffs,

v.                            CIVIL ACTION NO.
                              6:12-CV-00091-GFVT-HAI
KENTUCKY FUEL CORPORATION and
JAMES C. JUSTICE COMPANIES, INC.,

          Defendants.
```

     The deposition of DR. JILLEAN L. "JILL"
JUSTICE-LONG taken by Plaintiffs pursuant to
the Federal Rules of Civil Procedure, in the
above-entitled action, pursuant to written
notice, before Teresa L. Harvey, a Registered
Diplomate Reporter and Notary Public within
and for the State of West Virginia, at The
Hampton Inn, 238 Coleman Drive, Lewisburg,
West Virginia, on the 16th day of June, 2022.

```
                REALTIME REPORTERS, LLC
              Teresa L. Harvey, RMR, RDR, CRR
                   713 Lee Street, East
                   Charleston, WV  25301
                       304-344-8463
```

Page 2

APPEARANCES:

APPEARING ON BEHALF OF THE PLAINTIFFS

    John A. Lucas, Esquire
    R. Cuyler Haskins, Esquire
    BROCK SHIPE KLENK, PLC
    265 Brookview Centre Way, Suite 604
    Knoxville, TN  37919

APPEARING ON BEHALF OF THE DEFENDANTS

    Michael W. Carey, Esquire
    CAREY DOUGLAS KESSLER & RUBY, PLLC
    707 Virginia Street, East
    901 Chase Tower
    Charleston, WV  25301

Page 3

WITNESS INDEX

WITNESS: Dr. Jillean L. Justice-Long

Examination by Mr. Lucas ................Page 4
Examination by Mr. Carey ...............Page 37
Reexamination by Mr. Lucas .............Page 38

EXHIBIT INDEX

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 33 | A two-page court order, Docket 623 | 23 |
| Exhibit 34 | A two-page document entitled Controller Information | 32 |

Page 4

         P R O C E E D I N G S
       JILLEAN JUSTICE-LONG
was called as a witness by Plaintiffs, pursuant to
written notice, and having been first duly sworn on
June 16, 2022, at 10:26 a.m., testified as follows:
              EXAMINATION
BY MR. LUCAS:
   Q.  Would you mind, just for the record, stating
your full name and your residential address?
   A.  Jillean Leigh Justice-Long and 476 Big Oak
Lane, Lewisburg, West Virginia.
   Q.  And your married name is "Long"?
   A.  It's hyphenated, Justice-Long.
   Q.  All right.  Have you ever been deposed before?
   A.  Yes.
   Q.  How many times?
   A.  One.
   Q.  What case was that?
   A.  I don't remember, to be honest.
   Q.  How long ago?
   A.  Oh, seven or so years ago.
   Q.  Okay.  Do you remember what kind of case it
was?
   A.  Something involving one of the coal companies,

Case: 6:12-cv-00091-GFVT-HAI Doc #: 660 Filed: 11/15/22 Page: 3 of 15 - Page ID#: 17192
NEW LONDON TOBACCO MARKET, INC., et al.
KENTUCKY FUEL CORPORATION, et al.
DR. JILLEAN JUSTICE-LONG
June 16, 2022

Page 5

1  I believe.
2  Q.  Okay.  Nothing to do with this case?
3  A.  No.
4  Q.  All right.  Do you understand the general
5  procedure, or is there anything that I need to explain
6  some bit?
7      You understand what's happening today?
8  A.  I think I understand it well enough.
9  Q.  Okay.  There's no trick questions.  If you
10 don't understand any of my questions, tell me.
11 A.  Okay.
12 Q.  One thing that I do always tell people,
13 sometimes, especially if I talk slowly, you know what
14 I'm going to say, and people will have a tendency, just
15 in normal conversation, to start answering before I've
16 finished the sentence.  We do that all the time in
17 conversations, but she can't take it down if we're both
18 talking at the same time.  So bear with me and allow me
19 to finish my questions, and I'll give you the same
20 courtesy on your answers.
21 A.  Sounds good.
22 Q.  Fair enough?
23 A.  Fair.
24 Q.  All right.  And if -- if at any time, as I

Page 6

1  said, you need a break, you know, you're driving the
2  schedule.
3      Are you -- health-wise, are you feeling
4  good today?
5      Are you up to giving a deposition?
6  A.  Yes.
7  Q.  And the one thing, too, and I -- this may
8  commit the sin of stating the obvious.  We need an
9  audible answer and not -- some people sometimes will
10 just shake their head or whatever.
11 A.  Right.
12 Q.  Just give us an audible answer --
13 A.  Okay.
14 Q.  -- so Teresa can take it down.
15     Would you share with me what you have
16 done to prepare to give your testimony today?
17 A.  Hmm, just talked to Mike for about
18 five minutes yesterday --
19 Q.  Okay.
20 A.  -- on location and time.
21 Q.  Okay.
22 A.  And that's it.
23 Q.  Have you talked to anyone else to prepare?
24 A.  I have not.

Page 7

1  Q.  Have you talked to anyone else, other than
2  your lawyers, about depositions that have been taken so
3  far?
4  A.  I have not.
5  Q.  Okay.  What do you -- are you aware that we
6  didn't ask for your deposition but that the court
7  ordered it?  Are you aware of that?
8  A.  Vaguely, yes.
9  Q.  Okay.
10 A.  Yes.
11 Q.  How did you learn that?
12 A.  Just through Mike.
13 Q.  Okay.
14     MR. CAREY:  Let me just say that I'm
15 not -- that's -- I allowed her to answer, not waiving
16 anything.
17     MR. LUCAS:  No waiver.  We agree.
18 BY MR. LUCAS:
19 Q.  What do you understand -- and again, I'm not
20 interested in any confidential conversations you've had
21 with Mike, but what do you understand to be the issue?
22 What's this case about, as far as you know?
23 A.  I honestly don't know.  I think there was a
24 judgment -- and the only thing I do know is there was a

Page 8

1  judgment against one of the coal companies and there
2  was -- now I'm here for a deposition.  That's --
3  Q.  Do you know --
4  A.  -- all I have.
5  Q.  And again -- I didn't mean to interrupt you.
6  I'm sorry.
7  A.  No, you're fine.
8  Q.  Do you know, just rough ballpark, of the size
9  of the judgment?
10 A.  I do.
11 Q.  How much do you understand it is?
12 A.  I believe it was 35 million.
13 Q.  Okay.  And do you know which company or
14 companies it's against?
15 A.  JCJ Companies and Kentucky Fuel.
16 Q.  Okay.  And when you and I are talking, can --
17 when you say "JCJ" and I say "JCJ," that's James C.
18 Justice Companies, Inc.?
19 A.  Yes.
20 Q.  Okay.  Do you have any knowledge about the
21 underlying case that resulted in the judgment that you
22 described that you said you understood it was about
23 35 million?
24     Do you know anything about what that case

Case: 6:12-cv-00091-GFVT-HAI Doc #: 660 Filed: 11/15/22 Page: 4 of 15 - Page ID#: 17193

NEW LONDON TOBACCO MARKET, INC., et al.
KENTUCKY FUEL CORPORATION, et al.

DR. JILLEAN JUSTICE-LONG
June 16, 2022

Page 9

1 was about?
2    A.  I do not.
3    Q.  Other than the fact that there is a judgment
4 against the companies, do you know what any of the
5 issues are that bring us all here today?
6    A.  I do not.
7    Q.  All right.  Give me -- I know you're a doctor.
8 What kind of doctor are you?
9    A.  Family medicine.
10   Q.  Okay.  And where do you practice?
11   A.  I currently am not seeing patients now.  I
12 work as the administrator at The Greenbrier clinic and
13 work at the hotel.
14   Q.  Okay.  So you're involved in medicine through
15 The Greenbrier clinic, but you're not personally
16 treating patients, is that --
17   A.  That's correct.
18   Q.  -- accurate?
19        Would you mind just giving me a summary
20 of your educational background?
21   A.  Sure.  I graduated from Marshall University in
22 2007 and then got my medical degree at Virginia Tech, a
23 school called VCOM.
24   Q.  At what?

Page 10

1    A.  It was at Virginia Tech called VCOM, Virginia
2 College of Osteopathic Medicine, and did my family
3 residency in Blacksburg as well.
4    Q.  Where were you raised?  Roanoke?
5    A.  No.  Beckley, West Virginia, and then moved to
6 Lewisburg in high school.
7    Q.  Okay.
8    A.  So, Lewisburg.
9    Q.  And you got out of Virginia Tech, out of the
10 medical school there, in which year?
11   A.  I completed residency in 2015.
12   Q.  Did you go straight from Marshall to Virginia
13 Tech?
14   A.  I -- there was one year in between Marshall
15 and medical school where I had to take some ancillary
16 classes, physics and such, at Virginia Tech.
17   Q.  Okay.  But you weren't working independently?
18   A.  No.  I was in school.
19   Q.  And then when you finished -- where did you do
20 your residency?
21   A.  In Blacksburg, Virginia.
22   Q.  And after you finished your residency, where
23 did you go to work?
24   A.  I moved to Lewisburg and worked at Greenbrier

Page 11

1 Care, a clinic.
2    Q.  Okay.  And you were in the -- I'm sorry?
3    A.  No, you're fine.
4    Q.  And so that would be The Greenbrier clinic
5 affiliated --
6    A.  Yes.
7    Q.  -- with the resort?  Okay.
8        And have you been at The Greenbrier
9 clinic the entire time since?
10   A.  Yes.
11   Q.  Do you have any other -- are you involved in
12 any other businesses other than The Greenbrier clinic?
13   A.  The Greenbrier hotel.
14   Q.  Okay.  And what -- what do you do for The
15 Greenbrier hotel?
16   A.  My title is president and I do operational
17 duties.
18   Q.  You do what?
19   A.  Operational duties.  It varies every day.
20   Q.  Give me an example of what that includes.
21   A.  I'm involved in marketing, social media, the
22 big picture, decisions for the hotel.
23   Q.  Which -- you say you're president.  Which
24 company is it that you're president of?

Page 12

1    A.  Greenbrier Hotel Corporation.
2    Q.  Okay.  Are you involved in any other
3 businesses other than the medical clinic and The
4 Greenbrier Hotel Corporation?
5    A.  No.
6    Q.  In any capacity.
7    A.  Hmm --
8        MR. CAREY:  Perhaps she doesn't
9 understand what you mean.
10       MR. LUCAS:  I'll clarify.
11       MR. CAREY:  Yeah, would you --
12       MR. LUCAS:  I'll clarify.
13       MR. CAREY:  -- clarify what you mean by
14 "involvement."
15       MR. LUCAS:  I mean, I'll -- I want to get
16 her to answer --
17       MR. CAREY:  That's fine.
18       MR. LUCAS:  -- and then I'll move on.
19       THE WITNESS:  I'm not involved in any
20 day-to-day operations of anything except The Greenbrier
21 clinic and The Greenbrier hotel.
22 BY MR. LUCAS:
23   Q.  Yeah.  And I'm sure what Mike was referring
24 to, my understanding is you are also a director and

Case: 6:12-cv-00091-GFVT-HAI  Doc #: 660  Filed: 11/15/22  Page: 5 of 15 - Page ID#: 17194

| NEW LONDON TOBACCO MARKET, INC., et al. | DR. JILLEAN JUSTICE-LONG |
| KENTUCKY FUEL CORPORATION, et al. | June 16, 2022 |

Page 13

1 perhaps an officer of a number of other corporations.
2       Is that right?
3  A.  That's correct.
4  Q.  But I take it from your last answer you're not
5 involved in day-to-day operations with those?
6  A.  Not at all.
7  Q.  To what extent are you involved with those
8 other companies?
9  A.  I'm a director of some, and like you said, an
10 officer of some, but I have no -- no operational
11 day-to-day duties at all.
12  Q.  Okay.  Well, directors frequently don't --
13  A.  Yeah.
14  Q.  -- on a day-to-day basis, so let's start
15 first, tell me -- tell me which companies you're a
16 director of.
17  A.  Oh, this is -- you're not going to believe
18 this.  A director of Kentucky Fuel and JCJ, I know.
19 Otherwise, I really don't know what companies I'm an
20 officer versus director.
21       I'm an officer of the Greenbrier Hotel
22 Corporation.
23  Q.  I'll be honest with you, I don't remember if
24 I asked that question which one you were an officer of

Page 14

1 or director of, so let -- it may be my fault, but let me
2 break it down.
3  A.  Okay.
4  Q.  Let's start first with which ones you're an
5 officer of.
6  A.  Okay.
7  Q.  Are you an officer of Kentucky Fuel?
8  A.  No.
9  Q.  Are you an officer of JCJ?
10  A.  No.
11  Q.  And you already testified about Greenbrier
12 Hotel.  What other companies are you an officer of?
13  A.  That's it, to my knowledge.
14  Q.  Okay.  And you're a director of both Kentucky
15 Fuel and JCJ; right?
16  A.  Correct.
17  Q.  I assume you're a director also of Greenbrier
18 Hotel Corp.?
19  A.  I don't know, to be honest.
20  Q.  Okay.  What other companies are you a director
21 of?
22  A.  I'm not sure.
23  Q.  Okay.  Can you name any that you're a director
24 of other than KFC — Kentucky Fuel Corporation — or JCJ?

Page 15

1  A.  Not with certainty, I can't.
2       MR. LUCAS:  Okay.  Off the record.
3       (Whereupon brief remarks were had off the
4       record.)
5 BY MR. LUCAS:
6  Q.  Do you know who Aaron Houchens is?
7  A.  I do.
8  Q.  Who is he?
9  A.  He worked for the coal company in some
10 capacity is about as far as my knowledge.
11  Q.  Is he an in-house employee?
12  A.  I'm not sure, to be honest, if he was in-house
13 or consulted.
14  Q.  Okay.  You said he worked in some capacity.
15  A.  Uh-huh.
16  Q.  Do you know generally what he is or what he
17 does?
18  A.  I'm not really sure.
19  Q.  You've just heard the name?
20  A.  Yeah.
21  Q.  Have you ever met him?
22  A.  I don't think I have, in person.
23  Q.  Have you ever talked to him on the phone?
24  A.  Not that I can recall.

Page 16

1  Q.  Have you ever exchanged any emails or writings
2 with him?
3  A.  Possibly.  I can't specifically recall any,
4 but possibly.
5  Q.  I know I asked you if you knew what he was or
6 what he did.  Do you know if he's a doctor, lawyer or
7 Indian chief?
8  A.  I think he's an attorney.
9  Q.  Okay.
10  A.  But I -- you know.
11  Q.  But you don't know?
12  A.  I don't know a hundred percent.
13  Q.  Do you know where he's based?
14  A.  Roanoke, Virginia.
15  Q.  Okay.  Do you have any idea what he's done for
16 the companies?
17  A.  I don't.
18  Q.  Has he ever represented you personally?
19  A.  No, not that I -- no.
20  Q.  Okay.  Prior to today, have you ever had any
21 involvement in this lawsuit?
22       And by that, I mean the suit you
23 described that resulted in the $35 million judgment or
24 the efforts to collect that judgment.

Case: 6:12-cv-00091-GFVT-HAI  Doc #: 660  Filed: 11/15/22  Page: 6 of 15 - Page ID#: 17195

NEW LONDON TOBACCO MARKET, INC., et al.
KENTUCKY FUEL CORPORATION, et al.

DR. JILLEAN JUSTICE-LONG
June 16, 2022

Page 17

1  A.  No.
2  Q.  Prior -- when's the first time you learned
3 about that lawsuit -- about this lawsuit?
4  A.  Hmm, it's hard to -- I mean, I think I vaguely
5 heard about it, I don't even know, six months ago or
6 something, but just the New London case.  But I heard
7 about this earlier this week.
8  Q.  Okay.
9  A.  Yeah.
10  Q.  Well, you said you heard about it six months
11 ago.  What did you hear then?
12  A.  I think I've just heard the -- the term "the
13 New London case" brought up, not knowing any details
14 about it, just those -- those words.  The "New London"
15 is familiar to me, but that's the extent of it.
16  Q.  And who did you hear that from?
17  A.  I don't recall, to be honest.
18  Q.  Do you remember where you were when you heard
19 it?
20  A.  I don't.
21  Q.  Okay.  Are you aware or have you heard
22 anything about any of the court orders entered in this
23 case?
24  A.  No.

Page 18

1  Q.  Have you heard anything about any of the
2 comments or rulings by the judge in this case?
3  A.  No.
4  Q.  Have you ever been asked to look for any
5 documents that relate to this case?
6  A.  I have not.
7  Q.  Have you ever produced any documents relating
8 to this case?
9  A.  I have not.
10  Q.  If you had any documents in your possession,
11 and you may think you don't have any, but if you had any
12 documents --
13  A.  Uh-huh.
14  Q.  -- that the court — not me, but the court —
15 thought were relevant, would you be willing to produce
16 them?
17  A.  Absolutely.
18  Q.  Okay.  Do you know what -- in a lawsuit, do
19 you know what discovery is?
20  A.  I do, vaguely.
21  Q.  Lawyers talk about interrogatories, which are
22 just written questions --
23  A.  Uh-huh.
24  Q.  -- to a party or document requests.

Page 19

1  A.  Uh-huh.
2  Q.  Are you aware of any of the discovery,
3 interrogatories, document requests, that have been --
4 has been done in this case?
5  A.  I am not.
6  Q.  Are you aware of any of the responses to
7 discovery that Kentucky Fuel and JCJ have filed?
8  A.  I have not -- or am not.
9  Q.  Are you aware that this case, the underlying
10 case, was appealed to -- or strike that.
11      Do you even know -- do you know what
12 court it's in?
13  A.  I don't.  Sorry.
14  Q.  Are you aware of -- and I'm laughing, but I'm
15 sorry, I should say I intend no disrespect.
16  A.  No, you're fine.  None taken.
17  Q.  Good.  Are you aware or have any inkling that
18 that judgment has been appealed to the Sixth Circuit?
19  A.  No.
20  Q.  Sixth Circuit Court of Appeals.
21  A.  No.
22      MR. LUCAS:  Off the record.
23      (Whereupon brief comments were had off
24      the record.)

Page 20

1 BY MR. LUCAS:
2  Q.  How familiar are you with any of the
3 records -- any of the financial or accounting records or
4 any other company books and records that are kept by
5 either Kentucky Fuel or JCJ?
6  A.  I have no dealings with any of the records.
7  Q.  Do you know anything about, for example, their
8 general ledgers?
9  A.  No, I do not.
10  Q.  Do you know -- strike that.
11      Let me ask you this:  As a director of a
12 company, do you under- -- do you have an understanding
13 that you have what lawyers and courts and other people
14 call a fiduciary duty?
15  A.  Hmm, yes.
16  Q.  And what -- what is your understanding of what
17 that means to you as a director?
18  A.  I'm not really sure, to be honest.
19  Q.  So if I ask you, then, what do you do to
20 discharge your fiduciary duties as a director of KFC or
21 JCJ, what would your answer be?
22  A.  I don't know.
23  Q.  Okay.  You were made a director in 2017?
24  A.  That sounds correct.

Case: 6:12-cv-00091-GFVT-HAI   Doc #: 660   Filed: 11/15/22   Page: 7 of 15 - Page ID#: 17196

NEW LONDON TOBACCO MARKET, INC., et al.
KENTUCKY FUEL CORPORATION, et al.
DR. JILLEAN JUSTICE-LONG
June 16, 2022

Page 21

1  Q. Okay. Again, no disrespect intended --
2  A. You're fine.
3  Q. -- but why were you made a director of these
4 two companies?
5  A. Hmm, I'm not really sure. I think it was
6 around the time that my father was elected governor.
7 You know, we made some -- some changes within our
8 companies. Otherwise, I don't know.
9  Q. What have you done as a director?
10  A. Nothing.
11  Q. Okay. Have you ever been asked to do
12 anything?
13  A. I have not.
14  Q. Do you know if either company has a document
15 retention policy?
16  A. I do not.
17  Q. Do you ever talk to your brother, Jay, about
18 the management of either company?
19  A. I do not.
20  Q. You-all don't ever have directors' meetings, I
21 take it?
22  A. I mean, I think we -- we talk all the time but
23 not -- I'm not involved in specifics of the operations
24 of the company.

Page 22

1  Q. I understand that.
2  A. Yeah.
3  Q. When you say you talk all the time, I mean,
4 he's your brother, so I assume you talk a lot.
5  A. Yeah.
6  Q. Do you talk about the company business at all?
7 And when I say "the company," I mean either Kentucky
8 Fuel or JCJ.
9  A. No.
10  Q. Okay. Have you ever talked about company
11 business for either Kentucky Fuel or JCJ with your
12 brother?
13  A. No.
14  Q. Have you ever talked about company business
15 for JCJ or Kentucky Fuel with your father?
16  A. No.
17  Q. Have you ever talked with -- about company
18 business for either JCJ or Kentucky Fuel with any other
19 human being in the world, up until you met with Mike and
20 prepared to give your deposition today?
21  A. No, sir.
22  Q. Okay. Is it fair to say you're sort of a
23 figurehead as a director?
24  A. I'd say that's fair.

Page 23

1  Q. Okay. And again, I'm not meaning that
2 pejoratively in any way. I'm just --
3  A. You're fine.
4  Q. -- getting that impression from your
5 testimony.
6  A. No.
7      JUSTICE-LONG DEPOSITION EXHIBIT 33
8      (A two-page court order, Docket 623, was
9      marked for identification purposes as
10     Deposition Exhibit 33.)
11 BY MR. LUCAS:
12  Q. I'm going to show you a copy of a court order
13 that has been marked as Exhibit 33.
14  A. Okay.
15     MR. LUCAS: Cuyler, this is Docket 623,
16 if you've got it there. I don't know if I asked you to
17 bring it or not.
18     But, Mike, you can look at it --
19     MR. CAREY: I'll share Jill's.
20     Take your time to read whatever you need
21 to.
22 BY MR. LUCAS:
23  Q. Just -- my only question is going to be: Have
24 you ever seen that order before?

Page 24

1  A. Yes, I probably have. Is this -- yes.
2      Is this about the discovery?
3      MR. CAREY: I don't know. Just take your
4 time and read it.
5      THE WITNESS: Okay.
6      Yes, I have.
7 BY MR. LUCAS:
8  Q. When did you see it?
9  A. Earlier this week.
10  Q. Within the last two or three days?
11  A. Yes.
12  Q. Okay. And the only reason I asked that, with
13 that specific order, is I had earlier asked you if you'd
14 seen any court orders --
15  A. Oh.
16  Q. -- and you told me no --
17  A. Yes.
18  Q. -- so I wanted to give you a chance to cure
19 that, if you'd seen that before.
20  A. Yes.
21  Q. Okay. When you saw that order that's been
22 marked as Exhibit 33, have you discussed it with anyone
23 other than your lawyers?
24  A. No.

Case: 6:12-cv-00091-GFVT-HAI Doc #: 660 Filed: 11/15/22 Page: 8 of 15 - Page ID#: 17197
NEW LONDON TOBACCO MARKET, INC., et al.
KENTUCKY FUEL CORPORATION, et al.
DR. JILLEAN JUSTICE-LONG
June 16, 2022

Page 25

1 Can I look at that again? I want to make
2 sure it's the one I saw.
3     MR. CAREY: Yes, that's the one.
4     THE WITNESS: It is? Okay.
5     I was looking at it on my phone. I just
6 wanted to make sure.
7     MR. CAREY: Right.
8 BY MR. LUCAS:
9   Q. All right. At various times, am I correct
10 that you have -- or you tell me, have you loaned money
11 to any of the family companies?
12  A. Yes.
13  Q. Which ones?
14  A. Hmm, I know I've loaned money to The
15 Greenbrier --
16  Q. Anybody else?
17  A. -- Hotel Corporation.
18     Not that I'm specifically aware of.
19  Q. Are you generally aware of any?
20     Keep in mind, whenever you tell a lawyer
21 I'm not specifically aware of something --
22  A. Yeah.
23  Q. -- the next question you're always going to
24 get: Well, are you generally aware?

Page 26

1   A. Yeah. Not that I know of. I think that I've
2 personally just loaned to The Greenbrier. But years ago
3 could have been not -- not to my memory, though.
4   Q. Give me a minute.
5   A. You're fine.
6   Q. Again, I told you, no trick questions. We've
7 seen documents indicating you had loaned money to some
8 companies, so I'm asking Cuyler to pull those to help
9 refresh your memory.
10  A. Fair enough.
11     MR. LUCAS: Let's go off the record.
12     THE WITNESS: Okay.
13     (Whereupon brief remarks were had off the
14     record.)
15 BY MR. LUCAS:
16  Q. We can go back on the record. While he's
17 gone, I've got a couple other questions I'll ask and
18 then I'll --
19  A. Okay. I was going to add I think -- I think
20 I have loaned money to our farm companies.
21  Q. Justice -- which farm company?
22  A. Hmm, I don't -- I don't know the main name of
23 the company. Let me think here. If I think of it, I'll
24 say it, but I believe to our farm companies, I have.

Page 27

1   Q. Okay. Do you know how much?
2   A. I don't.
3   Q. On any of the loans that you recall, do you
4 recall -- what's your best estimate as to the size of
5 those loans?
6     MR. CAREY: Including the ones to The
7 Greenbrier?
8 BY MR. LUCAS:
9   Q. Including -- any of them. Let's start first
10 with the ones to The Greenbrier.
11  A. This is a guess, but $15 million to The
12 Greenbrier, probably.
13  Q. How much?
14  A. Probably $15 million.
15  Q. Okay. Is that a series of loans as opposed to
16 one loan?
17  A. That would have been one loan.
18  Q. Okay.
19  A. And the farm company, this would be a pure
20 guess. I don't want to even say, 'cause it would just
21 be --
22  Q. Okay.
23  A. -- a shot in the dark.
24  Q. All right.

Page 28

1     MR. CAREY: Yeah, I don't want you --
2     MR. LUCAS: That's all right. I won't
3 ask you to --
4     MR. CAREY: No speculation.
5     THE WITNESS: Yeah.
6     MR. CAREY: If you have a basis for a
7 belief, then tell it.
8     THE WITNESS: Okay.
9     MR. CAREY: But if you don't have any
10 memory then --
11    THE WITNESS: Okay.
12 BY MR. LUCAS:
13  Q. The $15-million loan to The Greenbrier, was
14 it -- when was that made?
15  A. Oh, goodness. Probably 2010 -- 2009, 2010.
16 And again, it's 12, 15 million, somewhere around there.
17 I don't know the exact number.
18  Q. Has any part of it been repaid?
19  A. Some.
20  Q. How much is owed now?
21  A. Oh, this is a guess. Around 12 million,
22 11 million, something like that.
23  Q. What were the terms of that loan?
24  A. I don't -- I don't know.

Case: 6:12-cv-00091-GFVT-HAI  Doc #: 660  Filed: 11/15/22  Page: 9 of 15 - Page ID#: 17198
NEW LONDON TOBACCO MARKET, INC., et al.
KENTUCKY FUEL CORPORATION, et al.
DR. JILLEAN JUSTICE-LONG
June 16, 2022

Page 29

1  Q. Was there anything in writing on it, like a
2  promissory note?
3  A. I don't know. I would assume, but I don't
4  know.
5  Q. Okay. Are you aware that on the books and
6  records of the company that Summer Dean keeps that you
7  have what's called a shareholder account?
8  A. I'm not.
9  Q. Or a shareholder loan account?
10  A. No.
11  Q. Do you have any documents that would detail
12  any of the loans that you've made to any of the
13  companies?
14  A. I don't.
15  Q. And when I say "documents," I'm including
16  electronic documents, that is, anything on a computer.
17  A. I don't have any documents.
18      MR. LUCAS: Okay. Let's go off the
19  record momentarily while I look at these documents that
20  Cuyler has brought in.
21      (Brief recess.)
22      MR. LUCAS: All right. I have just a few
23  more -- are we ready to go back on the record?
24      COURT REPORTER: Yes.

Page 30

1  BY MR. LUCAS:
2  Q. I have just a few more questions for you.
3      On the two companies that you know you're
4  a director of, Kentucky Fuel and JCJ, do you know if
5  either of them have ever made any loans to any of their
6  shareholders since you've been a director in 2017?
7  A. Not to my knowledge.
8  Q. That they haven't made them or you don't know
9  whether they have or not?
10  A. I don't think they have. I don't know,
11  though.
12  Q. Okay. Do you know whether any of them, by
13  any -- strike that.
14      Do you know whether either Kentucky Fuel
15  or JCJ have received any loans from shareholders since
16  2017?
17  A. I don't.
18  Q. Or received any money that were loans?
19  A. From shareholders?
20  Q. Yeah.
21  A. Not that I know of.
22  Q. Do you know whether, since you've been a
23  director, either Kentucky Fuel or JCJ have received any
24  payments from any shareholders that were payments of

Page 31

1  loans made by those shareholders?
2  A. I don't know.
3  Q. Do you know if, since you've been a director
4  in 2017, have either JCJ or Kentucky Fuel transferred --
5  sold or transferred any interest in real property to any
6  other person?
7  A. Not that I know of.
8  Q. When you say "not that I know of" are you --
9  A. I don't know.
10  Q. -- saying you don't know or are you saying
11  that you think they have not?
12  A. I don't know.
13  Q. Okay. Since 2017, has Kentucky Fuel been
14  involved in any other significant business transactions,
15  that you're aware of? And by significant, I would say
16  with a value of over a million dollars.
17  A. I don't know.
18  Q. Okay. Since 2017, has JCJ been involved in
19  any other significant business transactions, i.e., over
20  a million dollars?
21  A. I don't know.
22  Q. Have you had any involvement, in your time as
23  a director, in any of the coal business?
24  A. No.

Page 32

1  Q. Other than the fact that you're a director of
2  two companies.
3  A. Right. No.
4  Q. Have you -- to paint it a slightly different
5  way, have you had any involvement in any coal -- any
6  business relationship or any involvement in any coal
7  mine since 2017?
8  A. No.
9  Q. Do you know what a controller of a coal mine
10  is?
11  A. No.
12  Q. Are you aware of whether or not you were a
13  controller of any coal mine?
14  A. I'm not aware.
15  Q. Would you be surprised to learn if you were?
16  A. I don't know what a controller of a coal mine
17  is, so it would depend on what it is.
18      JUSTICE-LONG DEPOSITION EXHIBIT 34
19      (A two-page document entitled Controller
20      Information was marked for identification
21      purposes as Deposition Exhibit 34.)
22  BY MR. LUCAS:
23  Q. Okay. I'm going to show you what has been
24  marked as Exhibit 34 to your deposition.

Case: 6:12-cv-00091-GFVT-HAI Doc #: 660 Filed: 11/15/22 Page: 10 of 15 - Page ID#: 17199

NEW LONDON TOBACCO MARKET, INC., et al.
KENTUCKY FUEL CORPORATION, et al.
DR. JILLEAN JUSTICE-LONG
June 16, 2022

Page 33

1   A.  Okay.
2   Q.  Have you ever seen anything that looks like
3 this document, Exhibit 34, before just now?
4   A.  I have not.
5   Q.  I will represent to you this is information
6 taken from the website of the Mine Safety and Health
7 Administration from their mine data retrieval system.
8 And it indicates, as you can see, that you are the
9 controller for numerous mines in Alabama, Kentucky, and
10 apparently Virginia. Do you see that?
11   A.  I do.
12   Q.  Look under the mine -- look under the column
13 for "Operator," and it lists companies like Tams. Do
14 you know who Tams is?
15       Or Tams is not listed for you, so let me
16 withdraw that. Under your name it lists as an operator
17 "Alabama." Do you know who that is?
18   A.  No.
19   Q.  Under -- if you drop down to the next one
20 under the operator it lists "Kentucky." Do you know
21 which company that is?
22   A.  I do not.
23   Q.  To the right of that, the mine name, it says
24 "Addcar No. 1." Do you know what that is?

Page 34

1   A.  I don't.
2   Q.  Are you familiar with the Henager Mine, the
3 Poore Mine, or the Crane Central Mine?
4   A.  I'm not.
5   Q.  Are you familiar with the Hazard Star Loadout?
6   A.  No.
7   Q.  Are you familiar with the Kentucky River
8 Surface Mine?
9   A.  I am not.
10   Q.  Are you familiar with -- if you look down the
11 list of these mine names in the column there on both
12 pages, are you familiar with any of those mines?
13   A.  I'm familiar with some of the names, just by
14 hearing -- hearing the word, but that's the extent of
15 it.
16   Q.  Which names have you heard?
17   A.  Jones Fork, K-2 Preparation Plant, Tams.
18   Q.  Tams Surface Mine?
19   A.  I don't know. I've just -- I'm familiar with
20 the -- the name "Tams."
21   Q.  Okay. And I just realized I misspoke a moment
22 ago when I said those first three with the operator
23 being Tams were your brother. They are, but you're
24 listed there also with him. So are you familiar with

Page 35

1 the Orchard Loadout or the Laurel Creek No. 1 Surface
2 Mine?
3   A.  I am not.
4   Q.  All right. Are you familiar with the Three
5 Marie Mine?
6   A.  No.
7   Q.  Are you familiar with the No. 57 mine?
8   A.  No.
9   Q.  Are you familiar with the No. 32 mine?
10   A.  Again, just heard the name "32."
11   Q.  Tell me everything you know about the No. 32
12 mine.
13   A.  That's about it.
14   Q.  Okay. Just the name?
15   A.  Yeah.
16   Q.  All right. Are you familiar with the Baden #1
17 mine?
18   A.  I am not.
19   Q.  Are you aware that the controller of a mine
20 may have certain financial obligations with respect to
21 that mine?
22   A.  I'm not.
23   Q.  Do you know who runs the coal operations for
24 these mines that were listed on here, those that I've

Page 36

1 asked you about?
2   A.  I'm assuming my brother, Jay.
3   Q.  Do you know -- I mean, who actually runs the
4 mines? Would that be Jay?
5   A.  Oh, the foremen or the --
6   Q.  Who's in charge of the operations for each
7 mine?
8   A.  I think each job has different foremen, but,
9 you know --
10   Q.  But Jay's ultimately responsible?
11   A.  He's involved in all the day-to-day decisions,
12 yes.
13   Q.  Okay. Who would be responsible for listing
14 you as the controller of these mines?
15   A.  I'm not sure.
16   Q.  We don't know whether it's Jay or anyone else.
17 Do you have any idea?
18   A.  I don't.
19   Q.  So is it fair to say that persons unknown to
20 you are listing you as the controller of various mines?
21   A.  Hmm, yes.
22   Q.  But you're not -- you weren't aware of that
23 until five minutes ago, I take it?
24   A.  Correct.

Case: 6:12-cv-00091-GFVT-HAI  Doc #: 660  Filed: 11/15/22  Page: 11 of 15 - Page ID#: 17200

NEW LONDON TOBACCO MARKET, INC., et al. v. KENTUCKY FUEL CORPORATION, et al.
DR. JILLEAN JUSTICE-LONG
June 16, 2022

Page 37

1  MR. LUCAS:  Give us a short break.
2  You-all can stay in here and we'll be back shortly.
3      (Brief recess.)
4  MR. LUCAS:  I have no further questions.
5  MR. CAREY:  I just have one.
6          EXAMINATION
7  BY MR. CAREY:
8  Q.  Ms. Justice-Long, you indicated -- or excuse
9  me, Dr. Justice-Long --
10 A.  Jill.
11 Q.  Jill, you indicated that you believe you
12 became a director of JCJC and Kentucky Fuel Company in
13 or about the time your father was elected governor; is
14 that correct?
15 A.  That is.
16 Q.  And is it your understanding that you may have
17 also been designated as director of other corporations
18 other than The Greenbrier, which you've also previously
19 identified; is that correct?
20 A.  Correct.
21 Q.  In that regard, do you recall being asked to
22 execute Resolutions in Lieu of Meetings for any of the
23 entities for which you serve as a director from time to
24 time?

Page 38

1  A.  Yes.
2      MR. CAREY:  That's all I have.
3          REEXAMINATION
4  BY MR. LUCAS:
5  Q.  Do you recall what any of those resolutions
6  said?
7  A.  Not specifics.
8  Q.  Do you know generally?
9  A.  No.
10 Q.  Do you know the purpose of any of them?
11 A.  No.
12     MR. LUCAS:  Thank you.
13     (Having indicated she would like to read
14     her deposition before filing, further
15     this deponent saith not and this
16     deposition was concluded at 11:18 a.m.,
17     June 16, 2022.)
18         oOo
19
20
21
22
23
24

Page 39

1  STATE OF WEST VIRGINIA,
2  COUNTY OF GREENBRIER, to wit:
3
       I, Teresa L. Harvey, RMR, RDR, CRR, a
4  Notary Public within and for the County and State
   aforesaid, duly commissioned and qualified, do hereby
5  certify that the foregoing deposition of DR. JILLEAN L.
   JUSTICE-LONG was duly taken by me and before me at the
6  time and place and for the purpose specified in the
   caption hereof, the said witness having been by me first
7  duly sworn.
8      I do further certify that the said
   deposition was correctly taken by me in stenotype notes
9  and that the same were accurately written out in full
   and reduced to typewriting, to the best of my ability.
10
       I do further certify that I am neither
11 attorney or counsel for, nor related to or employed by,
   any of the parties to the action in which this
12 deposition is taken, and further that I am not a
   relative or employee of any attorney or counsel employed
13 by the parties or financially interested in the action.
14     I do further certify that the foregoing
   attached transcript of the deposition of DR. JILLEAN L.
15 JUSTICE-LONG meets the requirements set forth within
   article twenty-seven, chapter forty-seven of the West
16 Virginia Code.
17     My commission expires the 25th day of
   July, 2023.
18
       Given under my hand this 22nd day of
19 June, 2022.
20
21
22
23
24

Case: 6:12-cv-00091-GFVT-HAI Doc #: 660 Filed: 11/15/22 Page: 12 of 15 - Page ID#: 17201

NEW LONDON TOBACCO MARKET, INC., et al.
KENTUCKY FUEL CORPORATION, et al.

DR. JILLEAN JUSTICE-LONG
June 16, 2022

## Exhibits

**Exhibit 33** 3:17 23:7, 10,13 24:22
**Exhibit 34** 3:18 32:18,21,24 33:3

## #

**#1** 35:16

## $

**$15** 27:11,14
**$15-million** 28:13
**$35** 16:23

## 1

**1** 33:24 35:1
**10:26** 4:5
**11** 28:22
**12** 28:16,21
**15** 28:16
**16** 4:5

## 2

**2007** 9:22
**2009** 28:15
**2010** 28:15
**2015** 10:11
**2017** 20:23 30:6,16 31:4,13,18 32:7
**2022** 4:5

## 3

**32** 35:9,10,11
**33** 23:7,10,13 24:22
**34** 32:18,21,24 33:3
**35** 8:12,23

## 4

**476** 4:10

## 5

**57** 35:7

## 6

**623** 23:8,15

## A

**a.m.** 4:5
**Aaron** 15:6
**Absolutely** 18:17
**account** 29:7,9
**accounting** 20:3
**accurate** 9:18
**add** 26:19
**Addcar** 33:24
**address** 4:9
**Administration** 33:7
**administrator** 9:12
**affiliated** 11:5
**agree** 7:17
**Alabama** 33:9,17
**allowed** 7:15
**ancillary** 10:15
**answering** 5:15
**answers** 5:20
**apparently** 33:10
**appealed** 19:10,18
**Appeals** 19:20
**assume** 14:17 22:4 29:3
**assuming** 36:2
**attorney** 16:8
**audible** 6:9,12
**aware** 7:5,7 17:21 19:2,6,9,14,17 25:18, 19,21,24 29:5 31:15 32:12,14 35:19 36:22

## B

**back** 26:16 29:23 37:2
**background** 9:20
**Baden** 35:16
**ballpark** 8:8
**based** 16:13
**basis** 13:14 28:6
**bear** 5:18
**Beckley** 10:5
**belief** 28:7
**big** 4:10 11:22
**bit** 5:6
**Blacksburg** 10:3,21
**books** 20:4 29:5
**break** 6:1 14:2 37:1
**bring** 9:5 23:17
**brother** 21:17 22:4,12 34:23 36:2
**brought** 17:13 29:20
**business** 22:6,11,14, 18 31:14,19,23 32:6
**businesses** 11:12 12:3

## C

**call** 20:14
**called** 4:3 9:23 10:1 29:7
**capacity** 12:6 15:10, 14
**Care** 11:1
**CAREY** 7:14 12:8,11, 13,17 23:19 24:3 25:3,7 27:6 28:1,4,6,9 37:5,7
**case** 4:18,22 5:2 7:22 8:21,24 17:6,13,23 18:2,5,8 19:4,9,10
**Central** 34:3
**certainty** 15:1
**chance** 24:18
**charge** 36:6
**chief** 16:7
**Circuit** 19:18,20
**clarify** 12:10,12,13
**classes** 10:16
**clinic** 9:12,15 11:1,4, 9,12 12:3,21
**coal** 4:24 8:1 15:9 31:23 32:5,6,9,13,16 35:23
**collect** 16:24
**College** 10:2
**column** 33:12 34:11
**comments** 18:2 19:23
**commit** 6:8
**companies** 4:24 8:1, 14,15,18 9:4 13:8,15, 19 14:12,20 16:16 21:4,8 25:11 26:8,20, 24 29:13 30:3 32:2 33:13
**company** 8:13 11:24 15:9 20:4,12 21:14, 18,24 22:6,7,10,14,17 26:21,23 27:19 29:6 33:21 37:12
**completed** 10:11
**computer** 29:16
**confidential** 7:20
**consulted** 15:13
**controller** 32:9,13, 16,19 33:9 35:19 36:14,20
**conversation** 5:15
**conversations** 5:17 7:20
**copy** 23:12
**Corp** 14:18
**Corporation** 12:1,4 13:22 14:24 25:17
**corporations** 13:1 37:17
**correct** 9:17 13:3 14:16 20:24 25:9 36:24 37:14,19,20
**couple** 26:17
**court** 7:6 17:22 18:14 19:12,20 23:8,12 24:14 29:24
**courtesy** 5:20
**courts** 20:13
**Crane** 34:3
**Creek** 35:1
**cure** 24:18
**Cuyler** 23:15 26:8 29:20

## D

**dark** 27:23
**data** 33:7
**day** 11:19
**day-to-day** 12:20 13:5,11,14 36:11
**days** 24:10
**dealings** 20:6
**Dean** 29:6
**decisions** 11:22 36:11
**degree** 9:22
**depend** 32:17
**deposed** 4:14
**deposition** 6:5 7:6 8:2 22:20 23:7,10 32:18,21,24
**depositions** 7:2
**designated** 37:17
**detail** 29:11
**details** 17:13
**director** 12:24 13:9, 16,18,20 14:1,14,17,

Case: 6:12-cv-00091-GFVT-HAI   Doc #: 660   Filed: 11/15/22   Page: 13 of 15 - Page ID#: 17202

NEW LONDON TOBACCO MARKET, INC., et al.
KENTUCKY FUEL CORPORATION, et al.

DR. JILLEAN JUSTICE-LONG
June 16, 2022

20,23 20:11,17,20,23
  21:3,9 22:23 30:4,6,
  23 31:3,23 32:1
  37:12,17,23
**directors** 13:12
**directors'** 21:20
**discharge** 20:20
**discovery** 18:19
  19:2,7 24:2
**discussed** 24:22
**disrespect** 19:15
  21:1
**Docket** 23:8,15
**doctor** 9:7,8 16:6
**document** 18:24 19:3
  21:14 32:19 33:3
**documents** 18:5,7,
  10,12 26:7 29:11,15,
  16,17,19
**dollars** 31:16,20
**driving** 6:1
**drop** 33:19
**duly** 4:4
**duties** 11:17,19 13:11
  20:20
**duty** 20:14

### E

**earlier** 17:7 24:9,13
**educational** 9:20
**efforts** 16:24
**elected** 21:6 37:13
**electronic** 29:16
**emails** 16:1
**employee** 15:11
**entered** 17:22
**entire** 11:9
**entities** 37:23
**entitled** 32:19
**estimate** 27:4
**exact** 28:17

**EXAMINATION** 4:6
  37:6
**exchanged** 16:1
**excuse** 37:8
**execute** 37:22
**Exhibit** 23:7,10,13
  24:22 32:18,21,24
  33:3
**explain** 5:5
**extent** 13:7 17:15
  34:14

### F

**fact** 9:3 32:1
**fair** 5:22,23 22:22,24
  26:10 36:19
**familiar** 17:15 20:2
  34:2,5,7,10,12,13,19,
  24 35:4,7,9,16
**family** 9:9 10:2 25:11
**farm** 26:20,21,24
  27:19
**father** 21:6 22:15
  37:13
**fault** 14:1
**feeling** 6:3
**fiduciary** 20:14,20
**figurehead** 22:23
**filed** 19:7
**financial** 20:3 35:20
**fine** 8:7 11:3 12:17
  19:16 21:2 23:3 26:5
**finish** 5:19
**finished** 5:16 10:19,
  22
**foremen** 36:5,8
**Fork** 34:17
**frequently** 13:12
**Fuel** 8:15 13:18 14:7,
  15,24 19:7 20:5 22:8,
  11,15,18 30:4,14,23
  31:4,13 37:12

**full** 4:9

### G

**general** 5:4 20:8
**generally** 15:16
  25:19,24
**give** 5:19 6:12,16 9:7
  11:20 22:20 24:18
  26:4 37:1
**giving** 6:5 9:19
**good** 5:21 6:4 19:17
**goodness** 28:15
**governor** 21:6 37:13
**graduated** 9:21
**Greenbrier** 9:12,15
  10:24 11:4,8,12,13,15
  12:1,4,20,21 13:21
  14:11,17 25:15 26:2
  27:7,10,12 28:13
  37:18
**guess** 27:11,20 28:21

### H

**happening** 5:7
**hard** 17:4
**Hazard** 34:5
**head** 6:10
**Health** 33:6
**health-wise** 6:3
**hear** 17:11,16
**heard** 15:19 17:5,6,
  10,12,18,21 18:1
  34:16 35:10
**hearing** 34:14
**Henager** 34:2
**high** 10:6
**Hmm** 6:17 12:7 17:4
  20:15 21:5 25:14
  26:22 36:21
**honest** 4:19 13:23
  14:19 15:12 17:17
  20:18

**honestly** 7:23
**hotel** 9:13 11:13,15,
  22 12:1,4,21 13:21
  14:12,18 25:17
**Houchens** 15:6
**human** 22:19
**hundred** 16:12
**hyphenated** 4:13

### I

**i.e.** 31:19
**idea** 16:15 36:17
**identification** 23:9
  32:20
**identified** 37:19
**impression** 23:4
**in-house** 15:11,12
**includes** 11:20
**including** 27:6,9
  29:15
**independently** 10:17
**Indian** 16:7
**indicating** 26:7
**information** 32:20
  33:5
**inkling** 19:17
**intend** 19:15
**intended** 21:1
**interest** 31:5
**interested** 7:20
**interrogatories**
  18:21 19:3
**interrupt** 8:5
**involved** 9:14 11:11,
  21 12:2,19 13:5,7
  21:23 31:14,18 36:11
**involvement** 12:14
  16:21 31:22 32:5,6
**involving** 4:24
**issue** 7:21
**issues** 9:5

### J

**James** 8:17
**Jay** 21:17 36:2,4,16
**Jay's** 36:10
**JCJ** 8:15,17 13:18
  14:9,15,24 19:7 20:5,
  21 22:8,11,15,18
  30:4,15,23 31:4,18
**JCJC** 37:12
**Jill** 37:10,11
**Jill's** 23:19
**Jillean** 4:10
**job** 36:8
**Jones** 34:17
**judge** 18:2
**judgment** 7:24 8:1,9,
  21 9:3 16:23,24 19:18
**June** 4:5
**Justice** 8:18 26:21
**Justice-long** 4:10,13
  23:7 32:18 37:8,9

### K

**K-2** 34:17
**Kentucky** 8:15 13:18
  14:7,14,24 19:7 20:5
  22:7,11,15,18 30:4,
  14,23 31:4,13 33:9,20
  34:7 37:12
**KFC** 14:24 20:20
**kind** 4:22 9:8
**knew** 16:5
**knowing** 17:13
**knowledge** 8:20
  14:13 15:10 30:7

### L

**Lane** 4:11
**laughing** 19:14
**Laurel** 35:1

Case: 6:12-cv-00091-GFVT-HAI  Doc #: 660  Filed: 11/15/22  Page: 14 of 15 - Page ID#: 17203

NEW LONDON TOBACCO MARKET, INC., et al.
KENTUCKY FUEL CORPORATION, et al.

DR. JILLEAN JUSTICE-LONG
June 16, 2022

**lawsuit** 16:21 17:3 18:18
**lawyer** 16:6 25:20
**lawyers** 7:2 18:21 20:13 24:23
**learn** 7:11 32:15
**learned** 17:2
**ledgers** 20:8
**Leigh** 4:10
**Lewisburg** 4:11 10:6,8,24
**Lieu** 37:22
**list** 34:11
**listed** 33:15 34:24 35:24
**listing** 36:13,20
**lists** 33:13,16,20
**Loadout** 34:5 35:1
**loan** 27:16,17 28:13,23 29:9
**loaned** 25:10,14 26:2,7,20
**loans** 27:3,5,15 29:12 30:5,15,18 31:1
**location** 6:20
**London** 17:6,13,14
**long** 4:12,20
**lot** 22:4
**LUCAS** 4:7 7:17,18 12:10,12,15,18,22 15:2,5 19:22 20:1 23:11,15,22 24:7 25:8 26:11,15 27:8 28:2,12 29:18,22 30:1 32:22 37:1,4

**M**

**made** 20:23 21:3,7 28:14 29:12 30:5,8 31:1
**main** 26:22
**make** 25:1,6
**management** 21:18

**Marie** 35:5
**marked** 23:9,13 24:22 32:20,24
**marketing** 11:21
**married** 4:12
**Marshall** 9:21 10:12,14
**meaning** 23:1
**means** 20:17
**media** 11:21
**medical** 9:22 10:10,15 12:3
**medicine** 9:9,14 10:2
**meetings** 21:20 37:22
**memory** 26:3,9 28:10
**met** 15:21 22:19
**Mike** 6:17 7:12,21 12:23 22:19 23:18
**million** 8:12,23 16:23 27:11,14 28:16,21,22 31:16,20
**mind** 4:8 9:19 25:20
**mine** 32:7,9,13,16 33:6,7,12,23 34:2,3,8,11,18 35:2,5,7,9,12,17,19,21 36:7
**mines** 33:9 34:12 35:24 36:4,14,20
**minute** 26:4
**minutes** 6:18 36:23
**misspoke** 34:21
**moment** 34:21
**momentarily** 29:19
**money** 25:10,14 26:7,20 30:18
**months** 17:5,10
**move** 12:18
**moved** 10:5,24

**N**

**names** 34:11,13,16

**normal** 5:15
**note** 29:2
**notice** 4:4
**number** 13:1 28:17
**numerous** 33:9

**O**

**Oak** 4:10
**obligations** 35:20
**obvious** 6:8
**officer** 13:1,10,20,21,24 14:5,7,9,12
**operational** 11:16,19 13:10
**operations** 12:20 13:5 21:23 35:23 36:6
**operator** 33:13,16,20 34:22
**opposed** 27:15
**Orchard** 35:1
**order** 23:8,12,24 24:13,21
**ordered** 7:7
**orders** 17:22 24:14
**Osteopathic** 10:2
**owed** 28:20

**P**

**pages** 34:12
**paint** 32:4
**part** 28:18
**party** 18:24
**patients** 9:11,16
**payments** 30:24
**pejoratively** 23:2
**people** 5:12,14 6:9 20:13
**percent** 16:12
**person** 15:22 31:6

**personally** 9:15 16:18 26:2
**persons** 36:19
**phone** 15:23 25:5
**physics** 10:16
**picture** 11:22
**Plaintiffs** 4:3
**Plant** 34:17
**policy** 21:15
**Poore** 34:3
**possession** 18:10
**possibly** 16:3,4
**practice** 9:10
**Preparation** 34:17
**prepare** 6:16,23
**prepared** 22:20
**president** 11:16,23,24
**previously** 37:18
**Prior** 16:20 17:2
**procedure** 5:5
**produce** 18:15
**produced** 18:7
**promissory** 29:2
**property** 31:5
**pull** 26:8
**pure** 27:19
**purposes** 23:9 32:21
**pursuant** 4:3

**Q**

**question** 13:24 23:23 25:23
**questions** 5:9,10,19 18:22 26:6,17 30:2 37:4

**R**

**raised** 10:4

**read** 23:20 24:4
**ready** 29:23
**real** 31:5
**realized** 34:21
**reason** 24:12
**recall** 15:24 16:3 17:17 27:3,4 37:21
**received** 30:15,18,23
**recess** 29:21 37:3
**record** 4:8 15:2,4 19:22,24 26:11,14,16 29:19,23
**records** 20:3,4,6 29:6
**referring** 12:23
**refresh** 26:9
**regard** 37:21
**relate** 18:5
**relating** 18:7
**relationship** 32:6
**relevant** 18:15
**remarks** 15:3 26:13
**remember** 4:19,22 13:23 17:18
**repaid** 28:18
**REPORTER** 29:24
**represent** 33:5
**represented** 16:18
**requests** 18:24 19:3
**residency** 10:3,11,20,22
**residential** 4:9
**Resolutions** 37:22
**resort** 11:7
**respect** 35:20
**responses** 19:6
**responsible** 36:10,13
**resulted** 8:21 16:23
**retention** 21:15
**retrieval** 33:7

Case: 6:12-cv-00091-GFVT-HAI   Doc #: 660   Filed: 11/15/22   Page: 15 of 15 - Page ID#: 17204

NEW LONDON TOBACCO MARKET, INC., et al.
KENTUCKY FUEL CORPORATION, et al.

DR. JILLEAN JUSTICE-LONG
June 16, 2022

**River**  34:7
**Roanoke**  10:4 16:14
**rough**  8:8
**rulings**  18:2
**runs**  35:23 36:3

**S**

**Safety**  33:6
**schedule**  6:2
**school**  9:23 10:6,10, 15,18
**sentence**  5:16
**series**  27:15
**serve**  37:23
**shake**  6:10
**share**  6:15 23:19
**shareholder**  29:7,9
**shareholders**  30:6, 15,19,24 31:1
**short**  37:1
**shortly**  37:2
**shot**  27:23
**show**  23:12 32:23
**significant**  31:14,15, 19
**sin**  6:8
**sir**  22:21
**Sixth**  19:18,20
**size**  8:8 27:4
**slightly**  32:4
**slowly**  5:13
**social**  11:21
**sold**  31:5
**sort**  22:22
**sounds**  5:21 20:24
**specific**  24:13
**specifically**  16:3 25:18,21
**specifics**  21:23

**speculation**  28:4
**Star**  34:5
**start**  5:15 13:14 14:4 27:9
**stating**  4:8 6:8
**stay**  37:2
**straight**  10:12
**strike**  19:10 20:10 30:13
**suit**  16:22
**summary**  9:19
**Summer**  29:6
**Surface**  34:8,18 35:1
**surprised**  32:15
**sworn**  4:4
**system**  33:7

**T**

**talk**  5:13 18:21 21:17, 22 22:3,4,6
**talked**  6:17,23 7:1 15:23 22:10,14,17
**talking**  5:18 8:16
**Tams**  33:13,14,15 34:17,18,20,23
**Tech**  9:22 10:1,9,13, 16
**tendency**  5:14
**Teresa**  6:14
**term**  17:12
**terms**  28:23
**testified**  4:5 14:11
**testimony**  6:16 23:5
**thing**  5:12 6:7 7:24
**thought**  18:15
**time**  5:16,18,24 6:20 11:9 17:2 21:6,22 22:3 23:20 24:4 31:22 37:13,23,24
**times**  4:16 25:9
**title**  11:16

**today**  5:7 6:4,16 9:5 16:20 22:20
**told**  24:16 26:6
**transactions**  31:14, 19
**transferred**  31:4,5
**treating**  9:16
**trick**  5:9 26:6
**two-page**  23:8 32:19

**U**

**Uh-huh**  15:15 18:13, 23 19:1
**ultimately**  36:10
**under-**  20:12
**underlying**  8:21 19:9
**understand**  5:4,7,8, 10 7:19,21 8:11 12:9 22:1
**understanding**  12:24 20:12,16 37:16
**understood**  8:22
**University**  9:21
**unknown**  36:19

**V**

**vaguely**  7:8 17:4 18:20
**varies**  11:19
**VCOM**  9:23 10:1
**versus**  13:20
**Virginia**  4:11 9:22 10:1,5,9,12,16,21 16:14 33:10

**W**

**waiver**  7:17
**waiving**  7:15
**wanted**  24:18 25:6
**website**  33:6

**week**  17:7 24:9
**West**  4:11 10:5
**when's**  17:2
**withdraw**  33:16
**word**  34:14
**words**  17:14
**work**  9:12,13 10:23
**worked**  10:24 15:9,14
**working**  10:17
**world**  22:19
**writing**  29:1
**writings**  16:1
**written**  4:4 18:22

**Y**

**year**  10:10,14
**years**  4:21 26:2
**yesterday**  6:18
**You-all**  21:20 37:2