**EXHIBIT O**

## LIST OF LIKELY JUSTICE AFFILIATES & SUBSIDIARIES

1. 302 Jefferson, LLC[5]
2. A&G Coal Corporation[1,3,4,5,8,11]
3. Airway Resources, LLC[1,11]
4. Alabama Carbon[2]
5. Alabama Fuel Corporation[3]
6. American Turf Grass Corporation[1,3,5,6]
7. Baden Reclamation Company[1,11]
8. Bardo Mining[1]
9. Beckley Little League, Inc.[1]
10. Beech Creek Coal Corporation[1,2]
11. Bellwood Corporation[1,5]
12. Benetech Mining Materials, Inc.[8]
13. BKCC L.L.C.[1]
14. Black Diamond Holdings, LLC[1]
15. Black River Coal, LLC[1,5,11]
16. Black River Farms, LLC[5,8]
17. Blackstone Energy Ltd.[4]
18. Blackstone Energy, LLC[1]
19. Blackstone Metallurgical Coal, Inc.[1]
20. Blackstone Resources, LLC[1]
21. Blueridge Farm Center, Inc.[1,3,5,6,8]
22. Bluestone Coal Corporation[1,10]
23. Bluestone Coal Sales Corporation[1,6]
24. Bluestone Energy Sales Corporation[1,4]
25. Bluestone Equipment Management, Inc.[1]
26. Bluestone Industries, Inc.[1,10]
27. Bluestone Mineral, Inc.[1]
28. Bluestone Oil Corporation[1]
29. Bluestone Resources Inc.[1,5,10,11]
30. Burning Rock ATV[2]
31. Caldwell Trailblazer, LLC[1]
32. Cane Patch Mining Co., Inc.[1,11]
33. Catfish Bay, LLC[8]
34. Chestnut Land Holdings, LLC[1,11]
35. Coaltex, Inc.[1,2]
36. Comer Electric, Inc.[1]
37. Cumberland Valley Contractors, Inc.[1]
38. Double-Bonus Coal Company[1]
39. Dublin Properties, L.C.[1]
40. Dynamic Energy, Inc.[1,5,6,11]
41. Encore Leasing, LLC[2,5]
42. Energy Plus, Inc.[1]
43. Environmental Fund, LLC[1]
44. Equipment Support Services, LLC[1]



45. Evergreen Turf Corporation[2,3,6,8]
46. Four Star Resources LLC[1,11]
47. Frontier Coal Company[1,6]
48. Gilbert Mine, Inc.[1]
49. Glade Acquisitions, LLC[1]
50. Glade Springs Real Estate Company LLC[1]
51. Grain Development, Inc.[1]
52. Grandview Investment Corporation[2,6]
53. Grandview Investment Company[1,2,3,8]
54. Greenbriar Hotel Corporation[1]
55. Greenbrier Care, LLC[1]
56. Greenbrier Cattle Co.[3,8]
57. Greenbrier Clinic Surgery Center, LLC[1]
58. Greenbrier Golf and Tennis Club, Inc.[7]
59. Greenbrier Golf and Tennis Club Corporation[1,7]
60. Greenbrier Hotel Corporation[1,2,7]
61. Greenbrier IA [Intellectual Assets], Inc.[7]
62. Greenbrier IA, Inc.[1,7]
63. Greenbrier Medical Institute, LLC[1,7]
64. Greenbrier Resort and Club Management, Inc.[7]
65. Greenthorn, LLC[1,11]
66. GSR LLC[1]
67. Infinity Energy, Inc.[1,11]
68. James C. Justice II GRAT No. 1, dated May 31, 2008[12]
69. James C. Justice II GRAT No. 2, dated May 31, 2008[12]
70. James C. Justice Companies, LLC[1]
71. James River Construction Company[1]
72. JCJ Coal Group LLC[1]
73. Justice Aviation, LLC[6]
74. Justice Coal of Alabama, LLC[1,11]
75. Justice Coal Corporation[3]
76. Justice Coal Sales Corporation[1]
77. Justice Energy, Inc.[6]
78. Justice Energy Company, Inc.[1,4]
79. Justice Family Farms, LLC[1,2,3,5,6,8,9]
80. Justice Family Group, LLC[1,7]
81. Justice Family Racing, LLC[1,5]
82. Justice Farm Supply, Inc.[3,6,8]
83. Justice Farms of North Carolina, LLC[5]
84. Justice Highwall Mining, Inc.[1,5,6,11]
85. Justice Holdings LLC[1]
86. Justice Low Seam Mining, Inc.[1,3,5,6,8]
87. Justice Management Services, LLC[1]
88. Kentucky Coal Transport, LLC[1]
89. Kentucky Fuel Paintsville Corporation[3]
90. Keystone Services Industries, Inc.[1]

91. Kirby Land Company, Inc.[1,2,3,5,6,8]
92. Kopperston Trucking, Inc.[3]
93. Liggett Mining, LLC[1]
94. M&P Services, Inc.[6]
95. Machinery Services and Support, LLC[1]
96. Mechel North America Sales Corporation[1]
97. Meg-Lynn Land Company, Inc.[1]
98. Midelburg Property, LLC[1]
99. Midtown Investments, LLC[1]
100. Mine Support Services, Inc.[1]
101. Monroe Properties, Inc.[1]
102. National Coal, LLC[1,11]
103. National Resources, Inc.[1,5,11]
104. Nevada Holdings, Inc.[1]
105. Newgate Development of Beckley LLC[11]
106. Nine Mile Mining, Inc.[1,5,11]
107. Nufac Mining Company, Inc.[1,5,6,11]
108. Oakhurst Club, LLC[1,7]
109. Old White Charities, Inc.[1,7]
110. Old White Club Corporation[1,7]
111. Orchard Coal Company[1,2]
112. Pay Car Mining, Inc.[1,5,6,10,11]
113. Players Club, LLC[1,7]
114. Pras, LLC[1]
115. Premium Coal Company, Inc.[1,3,4,5,11]
116. Ranger Coal Holdings, LLC[1]
117. Ranger Energy Group, LLC[1]
118. Ranger Energy Investments, LLC[1]
119. Ranger Energy Sales Corporation[1]
120. Ranger Investments, LLC[1]
121. Rapidan, LLC[2,8,9]
122. S and H Mining Inc.[1,11]
123. Saddlebred, LLC[1]
124. SC Underground Mining, Inc.[3]
125. Second Sterling Corporation[1,5,11]
126. Sequoia Energy, LLC[1,3,5,11]
127. Southeast Cotton, Inc.[1,2,5,6,8]
128. Southeast Elevators, Inc.[3,6]
129. Southern Coal Corporation[1,2,3,5]
130. Southern Coal Kentucky Corporation[5]
131. Southern Coal Sales Corporation[1]
132. Southern Minerals, LLC[1]
133. Southern Surface Mining, Inc.[3]
134. Stoney Brook Plantation, Inc.[2,3,5,6,8]
135. Stretcher Neck Properties, Limited Liability Company[1]
136. Sumo, L.L.C.[1]

137. Tams Management, Inc.[10]
138. Tanglewood-EC, LLC[1]
139. Ten Mile Bay, LLC[8]
140. The Big Atlantic Classic, Inc.[1]
141. The Brier Patch Golf Links, LLC[2,6,9]
142. The Chesapeake and Ohio Traveler, Inc.[1,7]
143. The Greenbrier Clinic, Inc.[1]
144. The Greenbrier Resort and Club Management Company[1,7]
145. The Greenbrier Sporting Club Community Association, Inc.[1]
146. The Greenbrier Sporting Club Development Company, Inc.[1,7]
147. The Greenbrier Sporting Club, Inc.[1,7]
148. The Old White Development Company[1,7]
149. Triple J, LLC[1]
150. Twin Fir Estates, LLC[1]
151. Twin Fir Estates, Ltd.[5,6,8]
152. Virginia Fuel Corporation[1,2,3,4,5,8,11]
153. Virginia Maintenance and Rebuilding Services, Inc.[1]
154. West Virginia Timber, Inc.[1]
155. West Virginia Timber, LLC[2,5]
156. White Gate Development, LLC[9]
157. Wilcox Industries, Inc.[1,2,8]
158. Wintergreen Hospitality Partners, LLC[1]
159. Wintergreen Partners, Inc.[1]
160. Wintergreen Resource Premier Properties, LLC[1]

***Key***
**1** = disclosed in West Virginia Ethics Commission Financial Disclosure Statement Jim Justice filed on January 28, 2021 (available here: https://ethics.wv.gov/Financial%20Disclosure/2021/Justice,%20James%20GOV%202020.pdf) or on January 21, 2016 (available here: https://ethics.wv.gov/Financial%20Disclosure/2016/Justice,%20James%202016%20Governor%20Cand.pdf) or both

**2** = disclosed in JCJC's 2019 tax return (RCH Declaration, Exhibit Q)

**3** = disclosed in interrogatory responses (RCH Declaration, Exhibit A)

**4** = disclosed in 2018 Asset Purchase Agreement and represented by Stephen Ball or Jay Justice (RCH Declaration, Exhibit N)

**5** = Defendants produced at least one document on behalf of each entity on May 17, 2021, pursuant to Court's Order (D.E. 505)

**6** = disclosed in JCJC & subsidiaries' Consolidated Financial Statements (RCH Declaration, Exhibit Z)

**7** = disclosed in December 12, 2019 Security Agreement between Carter Bank & Trust and Greenbrier Hotel Corporation et al. signed by Jill Justice, Jim Justice, Jay Justice, and Cathy Justice (Jim Justice's wife) (Exhibit B to Reply in Support of Motion to Compel Full Responses to Post-Judgment Written Discovery ("MTC Reply") at 22-28) (JCJPOST_001678-90)

**8** = disclosed in an October 30, 2013 Adjustable Rate Note between Carter Bank & Trust and JCJC et al. signed by Jim Justice (Exhibit B to MTC Reply at 29-32) (JCJPOST_001728-32)

**9** = disclosed in JCJC's 2015 tax return Exhibit B to MTC Reply at 7) (JCJCPOST 000059)

**10** = Defendants' counsel Mr. Schroeck represents these entities in *Gautier v. Tams Management, Inc.*, Case No. 5:20-CV-00165, 2021 WL 97712 (S.D.W.V. Jan. 11, 2021). The Plaintiffs previously pointed this and the discovery abuses by Mr. Schroeck's clients in that case in their Memorandum in Support of Motion to Compel Full Responses to Post-Judgment Written Discovery. D.E. 496 at 20-21. *Gautier*, 2021 WL 97712 at *3 ("Further, Defendants' argument against sanctions because they produced discovery responsive to Plaintiff's ongoing requests only after this Court compelled them to do so lacks merit – this forced concession is not a hallmark of reasonableness and good faith. These events simply do not reflect favorably upon Defendants.").

**11** = identified as an "Affiliated Companies" of Southern Coal Corporation in a Consent Decree entered in *U.S. et al. v. Southern Coal Corp et al.* (W.D. Va., case no. 7:16-cv-00462-GEC) (D.E. 2-1, 21), excerpts of which the Plaintiffs included in Exhibit B to their MTC Reply at 40-48

**12** = identified as a "Seller" in the Marcy 16, 2009 Agreement and Plan of Merger, along with Jim Justice, Jay Justice, Jill Justice, and JCJC (RCH Declaration, Exhibit V)

5

***Key***
**1** = disclosed in West Virginia Ethics Commission Financial Disclosure Statement Jim Justice filed on January 28, 2021 (available here: https://ethics.wv.gov/Financial%20Disclosure/2021/Justice,%20James%20GOV%202020.pdf) or on January 21, 2016 (available here: https://ethics.wv.gov/Financial%20Disclosure/2016/Justice,%20James%202016%20Governor%20Cand.pdf) or both

**2** = disclosed in JCJC's 2019 tax return (RCH Declaration, Exhibit Q)

**3** = disclosed in interrogatory responses (RCH Declaration, Exhibit A)

**4** = disclosed in 2018 Asset Purchase Agreement and represented by Stephen Ball or Jay Justice (RCH Declaration, Exhibit N)

**5** = Defendants produced at least one document on behalf of each entity on May 17, 2021, pursuant to Court's Order (D.E. 505)

**6** = disclosed in JCJC & subsidiaries' Consolidated Financial Statements (RCH Declaration, Exhibit Z)

**7** = disclosed in December 12, 2019 Security Agreement between Carter Bank & Trust and Greenbrier Hotel Corporation et al. signed by Jill Justice, Jim Justice, Jay Justice, and Cathy Justice (Jim Justice's wife) (Exhibit B to Reply in Support of Motion to Compel Full Responses to Post-Judgment Written Discovery ("MTC Reply") at 22-28) (JCJPOST_001678-90)

**8** = disclosed in an October 30, 2013 Adjustable Rate Note between Carter Bank & Trust and JCJC et al. signed by Jim Justice (Exhibit B to MTC Reply at 29-32) (JCJPOST_001728-32)

**9** = disclosed in JCJC's 2015 tax return Exhibit B to MTC Reply at 7) (JCJCPOST 000059)

**10** = Defendants' counsel Mr. Schroeck represents these entities in *Gautier v. Tams Management, Inc.*, Case No. 5:20-CV-00165, 2021 WL 97712 (S.D.W.V. Jan. 11, 2021). The Plaintiffs previously pointed this and the discovery abuses by Mr. Schroeck's clients in that case in their Memorandum in Support of Motion to Compel Full Responses to Post-Judgment Written Discovery. D.E. 496 at 20-21. *Gautier*, 2021 WL 97712 at *3 ("Further, Defendants' argument against sanctions because they produced discovery responsive to Plaintiff's ongoing requests only after this Court compelled them to do so lacks merit – this forced concession is not a hallmark of reasonableness and good faith. These events simply do not reflect favorably upon Defendants.").

**11** = identified as an "Affiliated Companies" of Southern Coal Corporation in a Consent Decree entered in *U.S. et al. v. Southern Coal Corp et al.* (W.D. Va., case no. 7:16-cv-00462-GEC) (D.E. 2-1, 21), excerpts of which the Plaintiffs included in Exhibit B to their MTC Reply at 40-48

**12** = identified as a "Seller" in the Marcy 16, 2009 Agreement and Plan of Merger, along with Jim Justice, Jay Justice, Jill Justice, and JCJC (RCH Declaration, Exhibit V)

5