

DEF_001144





Percentages indicate the ownership percentage in all entities below that specific entity and directly connected by a blue line.

I hereby certify this document is a true, complete, accurate and up to date copy of the original which I have seen.

_____

Stephen W. Ball, Vice President & General Counsel   DEF_001145
January 8, 2020.



DEF_001146



DEF_001147



DEF_001148



DEF_001149

STAND ALONE COMPANIES

American Turf Grass Corporation

55-0783961

Blueridge Farm Center, Inc.

54-1256353

DEF_001150