# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

NEW LONDON TOBACCO MARKET
and FIVEMILE ENERGY, LLC,

     Plaintiffs,

v.

KENTUCKY FUEL CORPORATION and
JAMES C. JUSTICE COMPANIES, INC.,

     Defendants.

       Docket No. 6:12-cv-0091-GFVT

## AFFIDAVIT OF STEPHEN BALL

COMMONWEALTH OF VIRGINIA

CITY OF ROANOKE

BEFORE ME, the undesigned authority, personally came and appeared:

Stephen W. Ball

1. I am a citizen of the United States, and I am over eighteen (18) years of age.

2. I currently serve as Executive Vice President and General Counsel for Kentucky Fuel Corporation and James C. Justice Companies, Inc., Defendants in this matter.

3. I am familiar with this Court's Order entered at DE 565.

4. To my knowledge, and based upon my review of pertinent information, the Defendants have not maintained or served upon Plaintiffs' counsel any privilege logs maintained under Federal Rule of Civil Procedure 26(b)(5). No such privilege logs have been disclosed because no information has been withheld on the basis of privilege.

5. All information collected in response to Plaintiffs' discovery requests has been preserved to the best of Defendants ability. Defendants' server was the subject of a Ransomware

EXHIBIT 24

Deane- 6/14/22

Huseby.com

attack in May of 2021 and information that was not backed up on a cloud-based server was compromised.

6. However, all information collected in response to Plaintiffs' discovery request was disclosed to Plaintiff, i.e., no collected information was withheld. Further, to the best of my information and belief, I believe all information collected in response to Plaintiffs' discovery requests was backed up on a cloud-based server and was not affected by the Ransomware attack.

7. To the best of my knowledge, information and belief the foregoing is true and correct.

_____
Stephen W. Ball

The foregoing affidavit was acknowledged before me this 6th day of April 2022, by Stephen W. Ball, personally known to me.

_____
Notary Public

My commission expires: _5-31-2025_

Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2025