## Premium Coal Company, Inc.
### Balance Sheet (Unaudited)
### For the Twelve Months Ending December 31, 2020

### ASSETS

| | |
|---|---:|
| **Current Assets:** | |
| **Cash and Short Term Investments:** | |
| Cash | 0.00 |
| **Total Cash and Short Term Investments** | **0.00** |
| | |
| **Receivables:** | |
| | |
| **Inventory:** | |
| **Total Current Assets** | **0.00** |
| | |
| **Non-Current Assets:** | |
| **Fixed Assets:** | |
| Fixed Assets | 0.00 |
| Depreciation & Amortization | 0.00 |
| **Total Fixed Assets** | **0.00** |
| | |
| **Other Assets:** | |
| Related Party Receivables | 0.00 |
| Deposit on Land/Equipment | 0.00 |
| **Total Other Assets** | **0.00** |
| **Total Non-Current Assets** | **0.00** |
| **Total Assets** | **$0.00** |



EXHIBIT 26
Deane- 6/14/22
Huseby.com

## LIABILITIES AND STOCKHOLDERS' EQUITY

| | |
|---|---:|
| **Current Liabilities:** | |
| Accounts Payable | 20,698.14 |
| **Total Current Liabilities** | **20,698.14** |
| | |
| **Long Term Liabilities:** | |
| Related Party Payables | 26,999,161.42 |
| **Total Long Term Liabilities** | **26,999,161.42** |
| **Total Liabilities** | **27,019,859.56** |
| | |
| **Stockholders' Equity:** | |
| Stockholders' Equity | 38,000.00 |
| Retained Earning | (18,320,990.08) |
| **Net Income (Loss)** | **(8,736,869.48)** |
| **Total Stockholders' Equity** | **(27,019,859.56)** |
| **Total Liabilities and Stockholders' Equity** | **$0.00** |

## Premium Coal Company, Inc.
### Income Statement (Unaudited)
### For the Twelve Months Ending December 31, 2020

|  | December | Revenue (Cost) / Ton | YTD | Revenue (Cost) / Ton |
|---|---:|:---:|---:|:---:|
| **Revenue:** |  |  |  |  |
| General Revenue | 0.00 | - | (1,349,798.68) | - |
| **Total Revenue** | **0.00** | **-** | **(9,708,735.25)** | **-** |
|  |  |  |  |  |
| **Cost of Revenue:** |  |  |  |  |
| Fines & Penalties | 0.00 | - | (13,837.43) | - |
| Taxes - Other | 0.00 | - | (849,570.11) | - |
| Bank Fees | 0.00 | - | 337.80 | - |
| **Total Cost of Revenue** | **0.00** | **-** | **(971,865.77)** | **-** |
|  |  |  |  |  |
| **Net Income (Loss)** | **$0.00** | **-** | **($8,736,869.48)** | **-** |
|  |  |  |  |  |
| **EBITDA Income (Loss)** | **$0.00** | **-** | **($8,736,869.48)** | **-** |

JCJPOST005842