# James C. Justice Companies, Inc.
## JP Morgan Chase Account

| DATE | DESCRIPTION | DEBIT | CREDIT |
|---|---|---|---|
| 12/26/2013 | To #S25910001 | | 100,000 |
| 5/24/2013 | To #0000478125052 | | 33,000 |
| 11/18/2013 | To #0000478125052 | | 15,019 |
| 12/27/2013 | To #0000478125052 | | 30,870 |
| 5/24/2013 | To #0000478125128 | | 28,000 |
| 11/19/2013 | To #0000478125128 | | 15,019 |
| 1/8/2013 | To #Q52969005 | | 100,000 |
| 8/9/2013 | To #Q52969005 | | 125,000 |
| 10/17/2013 | To #Q52969005 | | 75,000 |
| 5/8/2012 | To #Q52988005 | | 25,000 |
| 4/3/2013 | To #Q52988005 | | 6,400 |
| 4/28/2013 | To #Q52988005 | | 12,500 |
| 5/8/2012 | To #Q52994003 | | 58,854 |
| 6/29/2012 | To #Q52994003 | | 1,600,000 |
| 7/3/2012 | To #Q52994003 | | 897,350 |
| 11/28/2012 | To #Q52994003 | | 25,000 |
| 2/1/2013 | To #Q52994003 | | 10,000 |
| 3/26/2013 | To #Q52994003 | | 15,000 |
| 4/3/2013 | To #Q52994003 | | 30,000 |
| 4/28/2013 | To #Q52994003 | | 12,500 |
| 8/22/2013 | To #Q52994003 | | 4,000,000 |
| 11/8/2013 | To #S2510001 | | 1,000,000 |
| 11/8/2013 | To #S2510001 | | 1,200,000 |
| 10/18/2013 | To #S25910001 | | 1,350,000 |
| 10/24/2013 | To #S25910001 | | 325,000 |
| 8/29/2013 | To #V74366002 | | 2,681,792 |
| 9/21/2011 | To #W27741003 | | 75,035 |
| 11/27/2012 | To #W27741003 | | 1,000,000 |
| 5/8/2012 | To #W27965008 | | 50,000 |
| 10/25/2012 | To #W27965008 | | 85,000 |
| 12/10/2012 | To #W27965008 | | 38,000 |
| 1/14/2013 | To #W27965008 | | 25,000 |
| 1/28/2013 | To #W27965008 | | 50,000 |
| 4/28/2013 | To #W27965008 | | 42,500 |

James C. Justice Companies, Inc.
JP Morgan Chase Account

| DATE | DESCRIPTION | DEBIT | CREDIT |
|---|---|---|---|
| 10/4/2013 | IM to Asset | 1,000,000 | |
| 10/23/2013 | IM to Asset | 325,000 | |
| 10/28/2013 | IM to Asset | 1,200,000 | |
| 10/29/2013 | IM to Asset | 900,000 | |
| 10/31/2013 | IM to Asset | 300,000 | |
| 11/4/2013 | IM to Asset | 2,000,000 | |
| 11/18/2013 | IM to Asset | 175,000 | |
| 11/26/2013 | IM to Asset | 300,000 | |
| 11/27/2013 | IM to Asset | 100,000 | |
| 12/19/2013 | IM to Asset | 300,000 | |
| 12/24/2013 | IM to Asset | 300,000 | |
| 12/26/2013 | IM to Asset | 175,000 | |
| 12/26/2013 | IM to Asset | 100,000 | |
| 12/30/2013 | IM to Asset | 100,000 | |

James C. Justice Companies, Inc.
JP Morgan Chase Account

| DATE | DESCRIPTION | DEBIT | CREDIT |
|---|---|---:|---:|
| 9/21/2011 | Asset | 75,035 | |
| 4/7/2011 | Asset #052988005 | | 13,000,000 |
| 12/6/2011 | Asset to Asset | 645,475 | |
| 5/2/2012 | Asset to asset | 1,750,000 | |
| 5/3/2012 | Asset to asset | 1,848,000 | |
| 5/3/2012 | Asset to asset | 1,595,000 | |
| 5/3/2012 | Asset to asset | 646,000 | |
| 5/23/2012 | Asset to Asset | 15,000,000 | |
| 6/27/2012 | Asset to Asset | 9,700,000 | |
| 6/27/2012 | Asset to Asset | 3,400,000 | |
| 6/28/2012 | Asset to Asset | 500,000 | |
| 8/2/2012 | Asset to Asset | 2,500,000 | |
| 8/24/2012 | Asset to Asset | 2,500,000 | |
| 8/24/2012 | Asset to Asset | 2,500,000 | |
| 9/14/2012 | Asset to Asset | 3,000,000 | |
| 9/18/2012 | Asset to Asset | 2,000,000 | |
| 9/20/2012 | Asset to Asset | 1,000,000 | |
| 9/21/2012 | Asset to Asset | 1,000,000 | |
| 10/3/2012 | Asset to Asset | 1,500,000 | |
| 11/26/2012 | Asset to Asset | 1,000,000 | |
| 11/30/2012 | Asset to Asset | 500,000 | |
| 11/30/2012 | Asset to Asset | 1,400,000 | |
| 12/6/2012 | Asset to Asset | 1,000,000 | |
| 12/7/2012 | Asset to Asset | 2,000,000 | |
| 12/21/2012 | Asset to Asset | 1,500,000 | |
| 12/21/2012 | Asset to Asset | 1,500,000 | |
| 12/24/2012 | Asset to Asset | 750,000 | |
| 12/24/2012 | Asset to Asset | 750,000 | |
| 1/3/2013 | Asset to Asset | 5,601 | |
| 1/7/2013 | Asset to Asset | 1,000,000 | |
| 1/7/2013 | Asset to Asset | 1,000,000 | |
| 1/17/2013 | Asset to Asset | 1,000,000 | |
| 1/17/2013 | Asset to Asset | 1,000,000 | |
| 1/24/2013 | Asset to Asset | 1,000,000 | |
| 1/24/2013 | Asset to Asset | 1,000,000 | |

James C. Justice Companies, Inc.
JP Morgan Chase Account

| DATE | DESCRIPTION | DEBIT | CREDIT |
|---|---|---:|---|
| 1/31/2013 | Asset to Asset | 6,747 | |
| 1/31/2013 | Asset to Asset | 33,211 | |
| 1/31/2013 | Asset to Asset | 160,171 | |
| 1/31/2013 | Asset to Asset | 63,989 | |
| 6/12/2013 | Asset to Asset | 816,000 | |
| 6/19/2013 | Asset to Asset | 329,302 | |
| 6/20/2013 | Asset to Asset | 1,500,000 | |
| 6/21/2013 | Asset to Asset | 3,500,000 | |
| 6/25/2013 | Asset to Asset | 2,000,000 | |
| 8/28/2013 | Asset to Asset | 1,000,000 | |
| 9/22/2010 | Asset transfer | 2,431,000 | |
| 10/25/2010 | Asset transfer | 9,000,000 | |
| 6/22/2012 | Assets to Asset | 30,800 | |
| 8/2/2012 | Assets to Asset | 2,500,000 | |

JP Morgan spreadsheet 2010 - 2020 sorted
6/11/2022

James C. Justice Companies, Inc.
JP Morgan Chase Account

| DATE | DESCRIPTION | DEBIT | CREDIT |
|---|---|---|---|
| 7/13/2012 | BOA misc | 22,968 | |
| 7/26/2012 | BOA misc | 22,968 | |
| 8/27/2012 | BOA misc | 22,968 | |
| 9/27/2012 | BOA misc | 22,968 | |
| 10/18/2012 | BOA misc | 22,968 | |
| 11/23/2012 | BOA misc | 22,968 | |
| 12/21/2012 | BOA misc | 22,968 | |
| 1/25/2013 | BOA misc | 22,968 | |
| 2/22/2013 | BOA misc | 22,968 | |
| 4/26/2013 | BOA misc | 22,968 | |
| 5/24/2013 | BOA misc | 22,968 | |
| 6/28/2013 | BOA misc | 22,968 | |
| 8/30/2013 | BOA misc | 22,968 | |
| 10/31/2013 | BOA misc | 22,968 | |
| 11/29/2013 | BOA misc | 22,968 | |
| 12/26/2013 | BOA misc | 22,968 | |
| 1/23/2014 | BOA misc | 22,968 | |
| 3/29/2019 | BOA misc | 22,968 | |

JP Morgan spreadsheet 2010 - 2020  sorted
6/11/2022

James C. Justice Companies, Inc.
JP Morgan Chase Account

| Date | Description | deposit | withdrawal |
|---|---|---|---|
| 11/2/2011 | So Coal Sales Co | | 1,453,000 |
| 11/3/2011 | So Coal Sales Co | | 648,000 |
| 11/4/2011 | So Coal Sales Co | | 2,000,000 |
| 11/7/2011 | So Coal Sales Co | | 1,016,508 |
| 11/8/2011 | So Coal Sales Co | | 4,000,000 |
| 11/14/2011 | So Coal Sales Co | | 5,000,000 |
| 11/15/2011 | So Coal Sales Co | | 1,000,000 |
| 11/16/2011 | So Coal Sales Co | | 912,880 |
| 11/23/2011 | So Coal Sales Co | | 2,000,000 |
| 11/29/2011 | So Coal Sales Co | | 1,296,899 |
| 12/1/2011 | So Coal Sales Co | | 2,500,000 |
| 12/2/2011 | So Coal Sales Co | | 2,000,000 |
| 12/5/2011 | So Coal Sales Co | | 2,000,000 |
| 12/9/2011 | So Coal Sales Co | | 1,616,000 |
| 12/12/2011 | So Coal Sales Co | | 2,500,000 |
| 12/13/2011 | So Coal Sales Co | 614,009 | |
| 12/13/2011 | So Coal Sales Co | | 3,000,000 |
| 12/14/2011 | So Coal Sales Co | | 3,000,000 |
| 12/15/2011 | So Coal Sales Co | | 1,799,106 |
| 12/19/2011 | So Coal Sales Co | 470,186 | |
| 12/21/2011 | So Coal Sales Co | | 500,000 |
| 1/3/2012 | So Coal Sales Co | 805,210 | |
| 1/4/2012 | So Coal Sales Co | 6,901,624 | |
| 1/5/2012 | So Coal Sales Co | 6,722,669 | |
| 1/6/2012 | So Coal Sales Co | 918,185 | |
| 1/10/2012 | So Coal Sales Co | | 4,500,000 |
| 1/11/2012 | So Coal Sales Co | | 4,000,000 |
| 1/17/2012 | So Coal Sales Co | | 4,000,000 |
| 1/18/2012 | So Coal Sales Co | | 1,000,000 |
| 1/19/2012 | So Coal Sales Co | | 4,000,000 |
| 1/20/2012 | So Coal Sales Co | | 7,000,000 |
| 1/23/2012 | So Coal Sales Co | 173,547 | |
| 1/24/2012 | So Coal Sales Co | 2,276,576 | |
| 2/10/2012 | So Coal Sales Co | | 4,000,000 |
| 2/13/2012 | So Coal Sales Co | | 2,000,000 |
| 2/14/2012 | So Coal Sales Co | | 3,000,000 |
| 2/15/2012 | So Coal Sales Co | | 3,000,000 |
| 2/21/2012 | So Coal Sales Co | | 3,000,000 |
| 2/22/2012 | So Coal Sales Co | | 500,000 |
| 2/23/2012 | So Coal Sales Co | | 4,000,000 |
| 2/27/2012 | So Coal Sales Co | | 1,000,000 |

| Date | Entity | Amount 1 | Amount 2 |
|---|---|---:|---:|
| 2/29/2012 | So Coal Sales Co | | 4,000,000 |
| 3/1/2012 | So Coal Sales Co | | 2,000,000 |
| 3/2/2012 | So Coal Sales Co | | 4,500,000 |
| 3/5/2012 | So Coal Sales Co | | 800,000 |
| 3/7/2012 | So Coal Sales Co | 2,425,000 | |
| 3/8/2012 | So Coal Sales Co | 23,462,834 | |
| 3/12/2012 | So Coal Sales Co | 376,843 | |
| 3/13/2012 | So Coal Sales Co | 784,782 | |
| 3/14/2012 | So Coal Sales Co | | 2,500,000 |
| 3/15/2012 | So Coal Sales Co | | 2,500,000 |
| 3/16/2012 | So Coal Sales Co | | 5,000,000 |
| 3/19/2012 | So Coal Sales Co | | 2,000,000 |
| 3/21/2012 | So Coal Sales Co | | 2,000,000 |
| 3/22/2012 | So Coal Sales Co | | 1,000,000 |
| 23-Mar | So Coal Sales Co | 5,000,000 | |
| 3/23/2012 | So Coal Sales Co | | 6,150,000 |
| 3/23/2012 | So Coal Sales Co | | 2,000,000 |
| 3/26/2012 | So Coal Sales Co | 725,000 | |
| 3/26/2012 | So Coal Sales Co | | 2,000,000 |
| 3/27/2012 | So Coal Sales Co | 8,000,000 | |
| 3/28/2012 | So Coal Sales Co | | 2,000,000 |
| 3/29/2012 | So Coal Sales Co | 1,275,000 | |
| 3/30/2012 | So Coal Sales Co | | 2,000,000 |
| 3/30/2012 | So Coal Sales Co | | 2,000,000 |
| 5/1/2012 | So Coal Sales Co | | 1,000,000 |
| 5/3/2012 | So Coal Sales Co | 20,957,854 | |
| 5/3/2012 | So Coal Sales Co | | 4,139,000 |
| 5/8/2012 | So Coal Sales Co | | 1,850,000 |
| 5/10/2012 | So Coal Sales Co | | 1,000,000 |
| 5/11/2012 | So Coal Sales Co | | 5,000,000 |
| 5/15/2012 | So Coal Sales Co | | 1,000,000 |
| 5/16/2012 | So Coal Sales Co | | 1,800,000 |
| 5/18/2012 | So Coal Sales Co | | 1,500,000 |
| 5/22/2012 | So Coal Sales Co | | 1,000,000 |
| 5/23/2012 | So Coal Sales Co | 787,871 | |
| 5/24/2012 | So Coal Sales Co | | 2,000,000 |
| 5/25/2012 | So Coal Sales Co | | 4,000,000 |
| 5/29/2012 | So Coal Sales Co | | 500,000 |
| 5/30/2012 | So Coal Sales Co | | 1,500,000 |
| 5/30/2012 | So Coal Sales Co | | 1,500,000 |
| 5/31/2012 | So Coal Sales Co | | 1,000,000 |
| 6/1/2012 | So Coal Sales Co | | 2,500,000 |
| 6/8/2012 | So Coal Sales Co | | 3,000,000 |
| 6/13/2012 | So Coal Sales Co | 680,000 | |
| 6/14/2012 | So Coal Sales Co | 233,226 | |
| 6/18/2012 | So Coal Sales Co | | 1,500,000 |
| 6/20/2012 | So Coal Sales Co | | 1,000,000 |

| Date | Entity | | Amount |
|---|---|---|---|
| 6/27/2012 | So Coal Sales Co | | 1,500,000 |
| 6/28/2012 | So Coal Sales Co | | 1,500,000 |
| 6/29/2012 | So Coal Sales Co | | 1,500,000 |
| 7/2/2012 | So Coal Sales Co | | 1,728,192 |
| 7/5/2012 | So Coal Sales Co | | 4,000,000 |
| 7/9/2012 | So Coal Sales Co | | 760,000 |
| 7/10/2012 | So Coal Sales Co | | 2,500,000 |
| 7/12/2012 | So Coal Sales Co | | 300,000 |
| 7/13/2012 | So Coal Sales Co | | 5,000,000 |
| 7/16/2012 | So Coal Sales Co | | 1,500,000 |
| 7/18/2012 | So Coal Sales Co | | 670,000 |
| 7/20/2012 | So Coal Sales Co | | 3,000,000 |
| 7/25/2012 | So Coal Sales Co | | 1,000,000 |
| 7/26/2012 | So Coal Sales Co | | 1,000,000 |
| 7/27/2012 | So Coal Sales Co | | 1,000,000 |
| 7/31/2012 | So Coal Sales Co | | 2,000,000 |
| 8/2/2012 | So Coal Sales Co | | 2,000,000 |
| 8/3/2012 | So Coal Sales Co | | 3,000,000 |
| 8/9/2012 | So Coal Sales Co | | 350,000 |
| 8/17/2012 | So Coal Sales Co | | 2,000,000 |
| 8/21/2012 | So Coal Sales Co | | 3,000,000 |
| 8/23/2012 | So Coal Sales Co | | 7,000,000 |
| 8/24/2012 | So Coal Sales Co | | 1,500,000 |
| 8/28/2012 | So Coal Sales Co | | 2,000,000 |
| 8/29/2012 | So Coal Sales Co | | 1,000,000 |
| 8/31/2012 | So Coal Sales Co | | 1,700,000 |
| 9/4/2012 | So Coal Sales Co | | 6,500,000 |
| 9/5/2012 | So Coal Sales Co | | 550,000 |
| 9/6/2012 | So Coal Sales Co | | 1,000,000 |
| 9/7/2012 | So Coal Sales Co | | 500,000 |
| 9/14/2012 | So Coal Sales Co | | 3,000,000 |
| 9/18/2012 | So Coal Sales Co | | 2,000,000 |
| 9/20/2012 | So Coal Sales Co | | 1,000,000 |
| 9/21/2012 | So Coal Sales Co | | 1,000,000 |
| 9/25/2012 | So Coal Sales Co | | 1,000,000 |
| 10/1/2012 | So Coal Sales Co | | 1,000,000 |
| 10/3/2012 | So Coal Sales Co | | 1,500,000 |
| 11/26/2012 | So Coal Sales Co | | 1,000,000 |
| 11/27/2012 | So Coal Sales Co | | 1,000,000 |
| 11/30/2012 | So Coal Sales Co | | 1,400,000 |
| 12/6/2012 | So Coal Sales Co | | 1,000,000 |
| 12/7/2012 | So Coal Sales Co | | 2,000,000 |
| 12/10/2012 | So Coal Sales Co | 38,000 | |
| 12/12/2012 | So Coal Sales Co | | 3,000,000 |
| 12/24/2012 | So Coal Sales Co | | 1,500,000 |
| 12/28/2012 | So Coal Sales Co | | 5,725,800 |
| 12/31/2012 | So Coal Sales Co | | 2,150,000 |

| Date | Entity | Amount A | Amount B |
|---|---|---:|---:|
| 1/3/2013 | So Coal Sales Co | | 1,000,000 |
| 1/4/2013 | So Coal Sales Co | | 2,000,000 |
| 1/7/2013 | So Coal Sales Co | | 2,000,000 |
| 1/9/2013 | So Coal Sales Co | | 214,000 |
| 1/17/2013 | So Coal Sales Co | | 2,000,000 |
| 1/24/2013 | So Coal Sales Co | | 2,000,000 |
| 1/24/2013 | So Coal Sales Co | | 600,000 |
| 1/31/2013 | So Coal Sales Co | | 264,119 |
| 6/5/2013 | So Coal Sales Co | | 2,000,000 |
| 6/20/2013 | So Coal Sales Co | | 1,500,000 |
| 6/21/2013 | So Coal Sales Co | | 3,500,000 |
| 6/25/2013 | So Coal Sales Co | | 2,000,000 |
| 11/30/2021 | So Coal Sales Co | | 2,057,885 |
| | So Coal Sales Co | | 1,000,000 |
| 8/5/2013 | So Coal Sales Co BOA | | 600,000 |
| 8/7/2013 | So Coal Sales Co BOA | | 422,000 |
| 8/22/2013 | So Coal Sales Co BOA | | 1,000,000 |
| 3/22/2013 | So Coal Sales Co WF | | 150,000 |
| 6/19/2013 | So Coal Sales Co WF | | 1,000,000 |
| 8/2/2013 | So Coal Sales Co WF | 1,000,000 | |
| 10/4/2013 | So Coal Sales Co WF | | 1,000,000 |
| 10/18/2013 | So Coal Sales Co WF | 1,350,000 | |
| 10/23/2013 | So Coal Sales Co WF | | 325,000 |
| 10/24/2013 | So Coal Sales Co WF | 325,000 | |
| 10/28/2013 | So Coal Sales Co WF | | 1,200,000 |
| 10/29/2013 | So Coal Sales Co WF | | 950,000 |
| 10/31/2013 | So Coal Sales Co WF | | 300,000 |
| 11/4/2013 | So Coal Sales Co WF | | 2,000,000 |
| 11/8/2013 | So Coal Sales Co WF | 1,000,000 | |
| 11/8/2013 | So Coal Sales Co WF | 1,000,000 | |
| 11/8/2013 | So Coal Sales Co WF | 200,000 | |
| 11/12/2013 | So Coal Sales Co WF | | 1,464,000 |
| 11/18/2013 | So Coal Sales Co WF | | 175,000 |
| 11/25/2013 | So Coal Sales Co WF | | 300,000 |
| 11/26/2013 | So Coal Sales Co WF | | 100,000 |
| 12/6/2013 | So Coal Sales Co WF | 650,000 | |
| 12/19/2013 | So Coal Sales Co WF | | 300,000 |
| 12/20/2013 | So Coal Sales Co WF | | 50,000 |
| 12/23/2013 | So Coal Sales Co WF | | 200,000 |
| 12/24/2013 | So Coal Sales Co WF | | 175,000 |
| 12/26/2013 | So Coal Sales Co WF | | 100,000 |
| 12/27/2013 | So Coal Sales Co WF | 30,870 | |
| 12/27/2013 | So Coal Sales Co WF | | 100,000 |
| 1/23/2014 | So Coal Sales Co WF | | 46,000 |
| 3/30/2011 | So Coal Sales Corp | | 1,879,000 |
| 3/31/2011 | So Coal Sales Corp | | 1,936,000 |
| 6/17/2011 | So Coal Sales Corp | | 1,250,000 |

| Date | Entity | | Amount |
|---|---|---|---|
| 9/9/2011 | So Coal Sales Corp | | 13,135,000 |
| 9/13/2011 | So Coal Sales Corp | | 3,239,000 |
| 9/14/2011 | So Coal Sales Corp | | 1,829,000 |
| 9/16/2011 | So Coal Sales Corp | | 2,429,000 |
| 9/16/2011 | So Coal Sales Corp | | 3,673,000 |
| 9/22/2011 | So Coal Sales Corp | | 1,066,000 |
| 9/26/2011 | So Coal Sales Corp | | 3,859,000 |
| 9/28/2011 | So Coal Sales Corp | | 1,592,000 |
| 9/30/2011 | So Coal Sales Corp | | 6,452,000 |
| 10/3/2011 | So Coal Sales Corp - Wachovia | | 4,466,000 |
| 10/4/2011 | So Coal Sales Corp - Wachovia | | 979,000 |
| 10/6/2011 | So Coal Sales Corp - Wachovia | | 4,989,000 |
| 10/7/2011 | So Coal Sales Corp - Wachovia | | 6,414,000 |
| 10/11/2011 | So Coal Sales Corp - Wachovia | | 2,600,000 |
| 10/19/2011 | So Coal Sales Corp - Wachovia | | 1,625,000 |
| 10/24/2011 | So Coal Sales Corp - Wachovia | | 4,500,000 |
| 10/18/2011 | So Coal Sales Corp - WF | 2,225,000 | |
| 10/21/2011 | So Coal Sales Corp - WF | 452,000 | |
| 10/24/2011 | So Coal Sales Corp - WF | 385,000 | |
| 10/24/2011 | So Coal Sales Corp - WF | 3,346,000 | |
| 10/25/2011 | So Coal Sales Corp - WF | | 1,136,000 |
| 10/26/2011 | So Coal Sales Corp - WF | | 332,000 |
| 10/28/2011 | So Coal Sales Corp - WF | | 1,837,000 |
| | | 95,592,286 | 358,125,389 |