https://www.wsj.com/articles/west-virginia-gov-jim-justice-puts-family-coal-business-up-for-sale-c0dc658f

◆ WSJ NEWS EXCLUSIVE U.S.

# West Virginia Gov. Jim Justice Puts Family Coal Business Up for Sale

### Republican governor has said he would soon make a decision about whether to run for U.S. Senate seat held by Joe Manchin



Gov. Jim Justice and his family members took out $850 million in personally backed loans from the now-collapsed firm Greensill Capital.
PHOTO: CHRIS JACKSON/ASSOCIATED PRESS

*By Julie Steinberg* [Follow]
March 14, 2023 1:23 pm ET

West Virginia Gov. Jim Justice wants to sell his family's coal business, according to his lawyer and other people familiar with the matter, a move that would help resolve substantial debts in advance of a possible challenge for the U.S. Senate seat held by centrist Democrat Joe Manchin.

Mr. Justice, a Republican in his second term as governor, owns a sprawling empire of coal mines, processing facilities, agricultural interests and the landmark Greenbrier resort in West Virginia. But he has endured financial difficulties in recent years, made worse after he and his family members took out $850 million in personally backed loans from the now-collapsed firm Greensill Capital.

Mr. Justice is expected to make a decision soon about whether to run for the seat held by Mr. Manchin, who hasn't said if he will run for re-election and hasn't ruled out a run for president

instead in 2024. Mr. Manchin's seat is a prime target for Republicans and could help determine control of the chamber in the next election. Former President Donald Trump won the state by 39 percentage points in the 2020 presidential election.

Steven Ruby, a lawyer for the Justices' businesses, said the Justice family retained Perella Weinberg Partners to advise them on strategic options for Bluestone Resources Inc., the Justices' coal operations.

"The intent of a sale process would be to pay off the Bluestone debt in full so that the company will be debt-free going forward," he said.

Mr. Ruby said that the governor's potential Senate candidacy has no bearing on the sale process and that the sale is part of a previously-agreed restructuring plan.

Shedding some or all of the coal assets would be the latest chapter in two years of legal wrangling between the Justice family and Greensill's main financing partner, Credit Suisse Group AG. The Justices struck a repayment agreement last summer with Credit Suisse and the administrator for Greensill's defunct banking unit in Bremen, Germany.

That deal reduced how much Bluestone could potentially pay to $620 million, depending on how much money the mines produce and how much it makes if the mines are sold. The first $320 million goes to pay off debt. Any additional proceeds would be split among the Justices, Credit Suisse and the Greensill Bank administrator.



The Justice family agreed to a repayment deal with Credit Suisse and the administrator for Greensill's defunct banking unit.
PHOTO: STEPHANIE KEITH/BLOOMBERG NEWS

The Bluestone operations have generated enough cash to pay off roughly $30 million and the Justices' debt balance is declining by $1 million a week, Mr. Ruby said.

Around 10% of the proceeds of certain Bluestone assets are earmarked to a previous owner, Mechel PAO, a Russian metals and mining company. Mechel, which mines coal and makes steel, is majority-owned by board chairman Igor Zyuzin and his family, according to a 2022 company filing. The company isn't sanctioned by the U.S., U.K., or European Union, according to government databases.

A Mechel spokesperson didn't respond to a request for comment.

Mr. Ruby said any amount due to Mechel would be paid from Bluestone's share of any sale after settling its debts with Credit Suisse and Greensill Bank.

Bluestone comprises several mines and two preparation plants that ready coal to be transported. The company mines metallurgical coal, the kind used in steelmaking.

Mechel bought Bluestone from the Justice family in 2009 in a cash-and-stock deal. Including debt, the deal was worth more than $1.5 billion, Mr. Ruby said.

In 2015, after the price of coal collapsed, the Justice family bought Bluestone back. The Justices paid $5 million plus royalty payments on future coal sales.

Mr. Justice turned to Greensill for loans to rebuild the company, the governor has said, and his family ultimately became one of Greensill's biggest borrowers. Bluestone received financing over a three-year period starting in 2018. Many of the loans were backed by "prospective receivables" connected to sales that had yet to be generated, The Wall Street Journal earlier reported, citing court documents.

The loans Greensill made to Mr. Justice and others were packaged into notes and bought by Credit Suisse investment funds. When Greensill collapsed in March 2021, Credit Suisse froze $10 billion of those investor funds. The money Credit Suisse recovers from Mr. Justice's companies is going toward paying back the investors in the funds.

Mr. Justice and his family had made personal guarantees on the loans, the Journal reported earlier. In 2021, Mr. Justice described what he owed as "a burden on our family beyond belief."

A rebound in coal prices has lifted Bluestone's fortunes and made what it owns more attractive to buyers, though it is yet to be determined how much Bluestone would be worth in a sale.

Potential bidders for Bluestone's operations could include private-equity firms or coal producers, the latter of which have money to spend after coal prices surged in the wake of Russia's invasion of Ukraine.

As of Feb. 7, Credit Suisse has returned about $6.8 billion to investors in the Greensill-linked funds, according to the bank, and has about $600 million in cash. The bank has filed 18 insurance claims related to Bluestone and other borrowers.

—*Ben Dummett contributed to this article.*

Write to Julie Steinberg at julie.steinberg@wsj.com

*Appeared in the March 15, 2023, print edition as 'West Virginia's Governor Puts Family Coal Business Up for Sale'.*