# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

| | |
|---|---|
| NEW LONDON TOBACCO MARKET, INC.<br>and FIVEMILE ENERGY, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>KENTUCKY FUEL CORPORATION, and<br>JAMES C. JUSTICE COMPANIES, INC.<br><br>    Defendants. | No. 6:12-CV-00091-GFVT-HAI |

**[Proposed] ORDER GRANTING PLAINTIFFS'
MOTION FOR STATUS CONFERENCE AND FOR EXPEDITED CONSIDERATION**

Upon consideration of the Plaintiffs' Motion for Status Conference and for Expedited Consideration and for good cause shown, the Motion is GRANTED. Accordingly, the Court ORDERS as follows:

A telephonic conference is scheduled for _____, April __, 2023, commencing at _____ to discuss the scheduling of a show cause hearing and such prehearing matters as may be appropriate. To join the teleconference, the parties are DIRECTED to call ||||||||||| |||||||||||||||||||||||||||||| |||| ||||||||||||||||||||||||||||, to enter |||||||||||| ||||||||||| |||||||||||||||| (followed by "#"), and, when requested, enter |||||| |||||||||||||||| ||||||||||| ||||||||||| (followed by "#"). The Clerk is DIRECTED to file this redacted Order in the record and to forward a copy of the unredacted Order to counsel via facsimile.

It is so ORDERED this __ day of _____, 2023.

_____
United States District Judge

THIS ORDER PREPARED BY:

*/s/ John A. Lucas*
*John A. Lucas (011198)
*W. Edward Shipe (023887)
**BROCK SHIPE KLENK PLC**
265 Brookview Centre Way, Suite 604
Knoxville, Tennessee 37919
865-338-9700
jlucas@bskplc.com
eshipe@bskplc.com
*\*admitted pro hac vice*