IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**NEW LONDON TOBACCO MARKET, INC.**,
and **FIVEMILE ENERGY, LLC**,

    *Plaintiffs*,

v.                                                                                              Case No. 6:12-CV-91-GFVT-HAI

**KENTUCKY FUEL CORPORATION**, and
**JAMES C. JUSTICE COMPANIES, INC.**,

    *Defendants.*

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR STATUS CONFERENCE AND FOR EXPEDITED CONSIDERATION

With respect to the motion of Plaintiffs New London Tobacco Market, Inc., and Fivemile Energy, LLC, to conduct a telephonic status conference in advance of setting a date for any show-cause hearing and for expedited consideration thereof, *see* ECF No. 699, Defendants Kentucky Fuel Corporation and James C. Justice Companies, Inc., by counsel, respond without being deemed to have acceded to Plaintiffs' prefatory representations or arguments, stating solely that they agree to the relief sought in the Motion for Status Conference, *i.e.*, a telephonic status conference. as set forth in the motion's Conclusion.  For the purposes of this response, Defendants adopt Plaintiffs' proposed Order, *see* ECF No. 699-2, enclosed with the motion.

    DATED this 7th day of April, 2023.

Respectfully submitted,

By Counsel:

*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB #10752)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone:     (304) 345-1234
Facsimile:      (304) 342-1105
sruby@cdkrlaw.com
***Counsel for Defendants Kentucky Fuel Corporation and James C. Justice Companies, Inc.***