IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**NEW LONDON TOBACCO MARKET, INC.**,
and **FIVEMILE ENERGY, LLC**,

    *Plaintiffs*,

v.                                                 Case No. 6:12-CV-91-GFVT-HAI

**KENTUCKY FUEL CORPORATION**, and
**JAMES C. JUSTICE COMPANIES, INC.**,

    *Defendants.*

## DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S RECOMMENDED DISPOSITION AND ORDER

In accordance with Rule 7.1(b) of the Joint Local Rules of Civil Practice, Defendants Kentucky Fuel Corporation and James C. Justice Companies, Inc., by counsel, move the Court for entry of an Order enlarging the time within which any party may serve and file objections to the dispositive rulings, proposed findings, and recommendations for determination set forth in the magistrate judge's Recommended Disposition & Order ("Order") entered March 28, 2023. *See* ECF No. 697. Defendants seek to extend by ten days, until April 21, 2023, the latest date by which they must file their objections to the forty-page Order, which would otherwise be due on April 11, 2023. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). Defendants have conferred with counsel for Plaintiffs New London Tobacco Market, Inc., and Fivemile Energy, LLC, with the result that the undersigned is authorized to state that Plaintiffs do not oppose this motion or the proposed ten-day enlargement.

DATED this 7th day of April, 2023.

Respectfully submitted,

By Counsel:

*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB #10752)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone:    (304) 345-1234
Facsimile:     (304) 342-1105
sruby@cdkrlaw.com
***Counsel for Defendants Kentucky Fuel Corporation and James C. Justice Companies, Inc.***