IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| NEW LONDON TOBACCO MARKET, INC. and FIVEMILE ENERGY, LLC | ) ) ) | No. 6:12-CV-00091-GFVT-HAI |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| KENTUCKY FUEL CORPORATION, and JAMES C. JUSTICE COMPANIES, INC. | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR STATUS CONFERENCE BASED UPON NEWLY DISCOVERED DEVELOPMENTS AND FOR EXPEDITED CONSIDERATION**

On March 31, 2023, Plaintiffs filed a Motion for Status Conference and for Expedited Consideration, D.E. 699 (the "Motion" or "Motion for Status Conference"). Defendants do not oppose that Motion. D.E. 701. That Motion was based upon the need to reduce Plaintiffs' claims to final judgment, given that the Sixth Circuit's August 2022 remand (D.E. 645) affirmed portions of the original judgment that will result in a judgment against the Defendants of at least $18,182,396.57, plus interest and attorneys' fees, even if all open issues that were remanded for further proceedings were to be decided in Defendants' favor. D.E. 673-1. **That amount is uncontested.** Nevertheless, absent a final judgment, Plaintiffs cannot enforce this substantial claim in the present posture of this case.

The immediate original cause for the filing of the Motion for Status Conference was a *Wall Street Journal* report that the Justice family is attempting to sell their very profitable "family's coal business." D.E. 699-1. The combination of that potential sale and all the fraudulent

1

conveyances that the Defendants had hidden from Plaintiffs, but which have been (partially) uncovered (*see* D.E. 699 at 6), creates a need for prompt action to protect Plaintiffs' rights.

We have now learned of a new development that creates an even greater need for prompt action. Last Friday, James C. Justice, II, issued a press release in which he disclosed that the Justice family was attempting to settle litigation with Carter Bank with a payment of "an immediate cash payment of more than $250 million." Mr. Justice also said that they proposed to give Carter Bank collateral valued at $325 million to secure four Carter Bank loans totaling $57 million. *See* Exhibit 1 hereto.

In recent months these same companies have been representing to this Court that they were so poverty stricken that they could not pay off much smaller amounts awarded by the Court to the Plaintiffs. *See* D.E. 590 (claiming inability to pay $1,041,496.57 judgment for fees and that they supposedly had taken all reasonable steps to try to pay, which was necessary to any contempt defense); D.E. 693 (claiming "no ability to pay" $316,094.45 in fees and expenses awarded[1]); D.E. 637 (claiming an inability to pay $137,213.54 in fees as agreed and ordered, that was finally paid late "with considerable difficulty").

These representations to the Court stand in stark contrast to Mr. Justice's recent press release where, among other things, he proposes to over-secure Carter Bank with $325 million of new collateral.

Plaintiffs have been trying to collect what is owed to them since 2012. As the Justice Vice President of Finance has testified, creditors who get paid are those whom Mr. Justice *wants* to pay:

---

[1] Just to put it in perspective, this amount that the Justices presently are claiming they have "no ability to pay" is one-tenth of a percent of the amount that they propose to pay Carter Bank.

2

He approves every penny that goes out the door. A timely stratus conference will assist both the Court and the parties in coming up with an efficient and timely path to resolve this matter.

For these reasons and the reasons previously stated in the Motion for Status Conference, the Plaintiffs respectfully request that the Court schedule a telephonic status conference at the earliest practicable time.

| | |
|---|---|
| */s/ Scott M. Webster* | */s/ John A. Lucas* |
| Scott M. Webster | *John A. Lucas (011198) |
| **TOOMS, DUNAWAY & WEBSTER** | *W. Edward Shipe (023887) |
| 1306 West Fifth Street, Suite 200 | **BROCK SHIPE KLENK PLC** |
| P.O. Box 905 | 265 Brookview Centre Way, Suite 604 |
| London, Kentucky 40743 | Knoxville, Tennessee 37919 |
| 606-864-4145 | 865-338-9700 |
| swebster@toomsdunaway.com | jlucas@bskplc.com |
| | eshipe@bskplc.com |
| | ***admitted pro hac vice** |

**Counsel for Plaintiffs**

3