**EXHIBIT 1**



FOR IMMEDIATE RELEASE
April 21, 2023

### JUSTICE COMPANIES ANNOUNCE SIGNIFICANT LENDING DISPUTE WITH CARTER BANK & TRUST

*Unable to reach agreement with bank despite plan for $250 million immediate cash loan payment and complete payoff in months*

ROANOKE, VA. -- Jay Justice, President and CEO of the Justice companies, today announced that the Justice family is involved in a significant lending dispute with Carter Bank & Trust, a Martinsville, Virginia-based lender. The Justice companies have been unable to reach agreement with the bank despite having secured a refinancing opportunity that would pay Carter Bank $250 million in immediate cash and provide a path to completely pay off the companies' Carter Bank loans within months.

As explained in a previous civil complaint that the Justice Companies were forced to file against Carter Bank and which the bank later settled, the companies have made efforts to pay off their Carter Bank loans only to have the bank block them, in an apparent attempt to continue extracting interest payments from the Justices. The most recent impasse appears to result from the same pattern of obstructive conduct by the bank.

The Justice businesses' current refinancing plan would retire seven of the eleven loans they hold with Carter Bank and result in an immediate cash payment of more than $250 million to the bank. The businesses' remaining four Carter Bank loans, totaling approximately $57 million, would be secured by collateral appraised at more than $325 million. The Justice plan includes the sale or refinancing of assets that would completely retire the remaining Carter Bank loans within four months.

Carter Bank, however, currently enjoys more than $20 million a year in interest revenue from the Justice businesses. When the Justice loans are paid off, that revenue stream will be eliminated, and, as explained in the Justice companies' previous court filings against Carter Bank, the bank refuses to seriously discuss such payoff proposals. After the Justice companies developed their current payoff plan, the bank responded with an improper court filing in Martinsville, Virginia Circuit Court, apparently in a last-ditch effort to retain a revenue stream that routinely accounts for a large portion of the bank's revenue.

"Our companies' refinancing plan would immediately pay off several of our loans with Carter Bank and set the stage to quickly eliminate all the remaining loans," said Mr. Justice, "but the bank has blocked those efforts, instead seeking to stop us from refinancing our loans with other lenders. The inability to reach agreement with the bank is astonishing, particularly in the current

business climate for small banks, which should make a $250 million payoff exceptionally attractive to the bank, its shareholders, and its depositors. Unfortunately, the bank's predatory behavior will now obligate us to aggressively protect our legal interests."

"Our family enjoyed a rock-solid lending relationship with Carter Bank for more than 20 years, when the bank was under the leadership of its founder, the legendary Virginia banker Worth Carter," Justice continued. "It is truly regrettable that since Mr. Carter's death in 2017, the bank's current management has consistently chosen to act in bad faith in their dealings with the bank's largest borrower—even as we have paid the bank more than $580 million in principal reduction and more than $100 million in interest during that six-year span."

"The Justice family will demonstrate that the bank's new court filing is nothing more than an illegal attempt to stop us from working with other lenders," Justice said. "It is unimaginable that a bank would deny a customer the ability to pay off a loan."

# # #