IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| NEW LONDON TOBACCO MARKET, INC. and FIVEMILE ENERGY, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>KENTUCKY FUEL CORPORATION, and JAMES C. JUSTICE COMPANIES, INC.<br><br>    Defendants. | No. 6:12-CV-00091-GFVT-HAI |

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

The undersigned counsel, John A. Lucas, pursuant to Local Rule 83.6, respectfully moves the Court for an Order allowing him to withdraw as counsel of record in this case. In support of this Motion, Mr. Lucas states as follows:

- No trial date is currently set, and there is no pending hearing on a motion for judgment or dismissal;
- Mr. Lucas' withdrawal is necessitated by reasons of health;
- Mr. Shipe and Mr. Lucas are with the same legal or professional association;
- Mr. Shipe is already counsel of record for Plaintiffs in this case; and
- The clients have consented to the requested withdrawal and substitution.

[Signatures on next page]

1

/s/ John A. Lucas
*John A. Lucas (011198)
*W. Edward Shipe (023887)
**BROCK SHIPE KLENK PLC**
265 Brookview Centre Way, Suite 604
Knoxville, Tennessee 37919
865-338-9700
jlucas@bskplc.com
eshipe@bskplc.com
**Counsel for Plaintiffs**
*admitted pro hac vice

AGREED AND APPROVED:

New London Tobacco Market, Inc.

By: /s/ *[signature]*

Five Mile Energy, LLC

By: /s/ *[signature]*