UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| NEW LONDON TOBACCO MARKET, INC., *et al*, <br><br> Plaintiffs, <br><br> V. <br><br> KENTUCKY FUEL CORPORATION, *et al*, <br><br> Defendants. | Civil No. 6:12-cv-00091-GFVT-HAI <br><br> **AMENDED JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Upon review of the record, the Court has become aware that an amended judgment was not entered contemporaneously with the Memorandum Opinion and Order at R. 714. Accordingly, and in accordance with the Order entered at [**R. 714**], and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is **ENTERED** in favor of the Plaintiffs;

2. This is a **FINAL** and **APPEALABLE ORDER**, there is no just cause for delay.

This the 3rd day of July 2024.

Gregory F. Van Tatenhove
United States District Judge