UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| NEW LONDON TOBACCO MARKET, INC., and FIVEMILE ENERGY, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | No. 6:12-CV-91-GFVT-HAI |
| v. | ) ) ) | ORDER |
| KENTUCKY FUEL CORPORATION and JAMES C. JUSTICE COMPANIES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

District Judge Van Tatenhove has entered a contempt order that applies daily monetary sanctions against Jay Justice and Stephen Ball until full compliance is achieved with the Court's April 16, 2021 Discovery Order (D.E. 505).  D.E. 744.  To facilitate this compliance, **IT IS HEREBY ORDERED THAT**, on or before **Friday, August 30, 2024**, Defendants **SHALL FILE** a status report on the progress of this compliance.

This the 29th day of July, 2024.

Signed By:
Hanly A. Ingram
United States Magistrate Judge