EDKy426 (Rev. 09/91) Affidavit for Order of Garnishment (Non-wage)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
at LONDON

# AFFIDAVIT FOR ORDER OF GARNISHMENT (NON-WAGE)

Judgment Creditor: NEW LONDON TOBACCO MARKET, INC. and FIVEMILE ENERGY, LLC

Judgment Debtor: KENTUCKY FUEL CORPORATION and JAMES C. JUSTICE COMPANIES, INC.

Case Name and No. 6:12-cv-00091-GFVT

Garnishee: James C. Justice, III

Name and Address of Judgment Creditor's Attorney
Scott M. Webster
P.O. Box 905
London, Kentucky 40743

Amount Due: Court Costs: $34,832,568 plus interest, attorneys fees, expenses, and costs as set forth in Exhibit A.

The undersigned affiant states that he is counsel for the Judgment Creditor and states as follows:

1. The above named Judgment Debtor(s) are not now, nor have they been at any time during the pendency of this action, in the active military service of the United States of America.
2. The date of the judgment and the amount due thereon (subject to any credits due for any sums currently being processed) are: as set out in Exhibit A.
3. The following are indebted to said Judgment Debtor(s):

James C. Justice, III
302 S. Jefferson Street, Suite 500
Roanoke, Virginia 24011-1710

WHEREFORE: The Judgment Creditor prays for garnishment against the Judgment Debtor(s); that the Garnishee(s) named herein be made parties to this action, and that they be required to answer the garnishment(s) issued hereunder; and for its costs.

Scott M. Webster
Affiant

Subscribed and sworn to before me by the above affiant this 5th day of August 20 24.

My Commission expires: 02/08/2027

Notary Public, State at Large

WILLIAM HOUSTON NOLAN
NOTARY PUBLIC
STATE AT LARGE
KENTUCKY
COMMISSION # KYNP64394
MY COMMISSION EXPIRES 02/08/2027

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CASE NO.: 6:12-cv-00091-GFVT

NEW LONDON TOBACCO MARKET, INC.
and FIVEMILE ENERGY, LLC — PLAINTIFFS

V.

KENTUCKY FUEL CORPORATION and
JAMES C. JUSTICE COMPANIES, INC. — DEFENDANTS

---

EXHIBIT A TO AFFIDAVIT FOR ORDER OF GARNISHMENT (NON-WAGE)

---

JUDGMENT DEBTORS: KENTUCKY FUEL CORPORATION and JAMES C. JUSTICE COMPANIES, INC.

JUDGMENT CREDITORS: NEW LONDON TOBACCO MARKET, INC. and FIVEMILE ENERGY, LLC

JUDGMENT AMOUNT: $34,832,568.00 in principal amount plus interest, attorneys fees, expenses and costs as set forth below

JUDGMENT DATE: JULY 3, 2024

The Court awarded the following amounts:

For Count I, as of June 26, 2019, Defendants owed a principal amount of $600,000. These amounts have interest compounded annually at 8% through April 24, 2020.

For Count II, Defendants owe a principal amount of $16,990,900, plus pre-judgement interest compounded annually at 8% interest, beginning May 1, 2012 through April 24, 2020.

Under Count V, Defendants owe a principal amount of $20,000 representing four elements of $5,000 each. This award includes 8% interest compounded annually beginning

October 14, 2011 for the first $5,000; interest beginning October 4, 2012 for the second $5,000; interest beginning November 22, 2013 for the third $5,000; and interest beginning April 28, 2016 for the fourth $5,000 with interest compounded annually. Defendants owe $2,123,355 in attorneys' fees and related expenses and costs, awarded on April 24, 2020, July 9, 2024, and July 3, 2024.

Judgment was entered July 3, 2024. Pursuant to 28 U.S.C. 1961, the rate of interest used in calculating the amount of post judgment interest on the principal amount of a judgment entered on that date is 0.21%, from April 24, 2020.

EDKy426 (Rev. 09/91) Order of Garnishment (Non-wage)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
at LONDON

**ORDER OF GARNISHMENT (NON-WAGE)**

Judgment Creditor: NEW LONDON TOBACCO MARKET, INC. and FIVEMILE ENERGY, LLC

**Garnishee's Date of Receipt**

Judgment Debtor: KENTUCKY FUEL CORPORATION and JAMES C. JUSTICE COMPANIES, INC.

Case Name and No.
6:12-cv-00091-GFVT

**Garnishee:** James C. Justice, III

Amount Due:
Court Costs: $34,832,568 plus interest, attorneys fees, expenses, and costs as set forth in Exhibit A.

Name and Address of Judgment Creditor's Attorney

Scott M. Webster
P.O. Box 905
London, Kentucky 40743

THE UNITED STATES OF AMERICA:

To the **Garnishee**:

If you hold property belonging to, or are indebted to, the judgment debtor named above, you are hereby ORDERED to hold and safely keep all of the property of the Judgment Debtor necessary to satisfy the amount due plus court costs as shown above. You are RESTRAINED from paying to the Judgment Debtor, or to anyone for him, money or property in your possession belonging to him or in which he has any interest.

INSTRUCTIONS

You Are Hereby Summoned and Required to Do the Following:

(1) Fill in the **Garnishee's Date of Receipt** in the space provided above on all copies;

(2) Hold and safely keep any funds or property due the Judgment Debtor to the extent of the Amount Due above plus Court Costs until further Order of the Court or as directed below;

(3) Promptly attempt to notify the Judgment Debtor by mailing a copy of this Order to his last known address or by delivering it to him;

(4) If after the expiration of **fourteen (14) days** from your receipt of this Order and there has been no further notice from the Court, then do the following:

(a) Using the form provided, Answer as Garnishee within **twenty (20) days** of the receipt of this Order; and

(b) Forward to the Attorney named below your Answer; and,

(c) Send the original of your Answer to the Court.

Date: ________________

ROBERT R. CARR, CLERK

By: ______________________ D.C.

IMPORTANT LEGAL NOTICE TO JUDGMENT DEBTOR

Money or property belonging to you has been subjected to a garnishment under a judgment entered against you in this case. Some funds may be exempt from garnishment, including Social Security benefits, workers compensation benefits, unemployment insurance benefits, AFDC, and some other types of governmental benefit payments; however, you must claim and prove any applicable exemption. If you can show that the property garnished by this Order consists of exempt funds, then you may immediately request a hearing in the court listed above by filing a sworn written request with the Clerk of the Court within ten (10) days of the Garnishee's Date of Receipt noted above. **Note:** The Clerk does not have forms for you to use and cannot give you legal advice.

Distribution: Original to Court, Copy to Judgment Creditor's Attorney, Copy to Garnishee (sent by Judgement Creditor's Attorney)

EDKy426 (Rev. 09/91) Affidavit and Answer of Garnishee (Non-wage)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
at LONDON

AFFIDAVIT AND ANSWER OF GARNISHEE

Judgment Creditor: NEW LONDON TOBACCO MARKET, INC. and FIVEMILE ENERGY, LLC

**Garnishee's Date of Receipt**

Judgment Debtor: KENTUCKY FUEL CORPORATION and JAMES C. JUSTICE COMPANIES, INC.

Case Name and No.
6:12-cv-00091-GFVT

**Garnishee:** James C. Justice, III

Amount Due:
Court Costs: $34,832,568 plus interest, attorneys fees, expenses, and costs as set forth in Exhibit A.

Name and Address of Judgment Creditor's Attorney
Scott M. Webster
P.O. Box 905
London, Kentucky 40743

The Affiant, after being first duly sworn, states as follows:

1. The name of the Judgment Debtor is ______________________________
2. At the time of the service of the Order of Garnishment (Non-wage), the Garnishee herein is indebted to the Judgment Debtor or holds money belonging to the Judgment Debtor in the amount of $______________.
3. Other property belonging to the Judgment Debtor and held by me is as follows (If none, put "none"):
______________________________
______________________________
______________________________
4. I, or I on behalf of the Garnishee herein, state that there is no other money, property, or other evidence of debt in my possession that belongs to the Judgment Debtor.
5. I, or I on behalf of the Garnishee, have forwarded to the **Judgment Creditor's Attorney** the amount of money so held by me to the extent of the amount due plus costs as shown on the reverse. THE AMOUNT FORWARDED IS: $______________________________
6. If I, or I on behalf of the Garnishee, hold property (listed above) other than money which I am unable to forward, I hereby disclose (in Paragraph 3 above) such property and will hold and safely keep such property pending further orders of the Court.
7. In addition, I have sent the original of this Answer to the Court, a copy to the **Judgment Creditor's Attorney** and a copy or the Order of Garnishment (Non-wage) and of this Answer to the **Judgment Debtor**.

GARNISHEE

By: ______________________________
Signature of Affiant
Position (If Applicable): ______________

Subscribed and sworn to before me by the above Affiant this___ day of __________, 20_____

My Commission Expires: ____________

______________________________
Notary Public, State at Large

INSTRUCTIONS

1. After receiving the Order of Garnishment (Non-wage), promptly send a copy of it to the Judgment Debtor.
2. After 14 days from **Garnishee's Date of Receipt**, but within 20 days from **Garnishee's Date of Receipt,** mail the original of this Answer to the Court, a copy to the Judgment Creditor's Attorney and a copy to the Judgment Debtor.
3. Retain a copy of the Order and this Answer for your records.