# U.S. District Court

## Kentucky Eastern - London

Receipt Date: Oct 15, 2024 2:07PM

Carey, Douglas, Kessler, and Ruby, PLLC  
707 Virginia Street, Ease, Suite 901  
Charleston, WV 25301

| Rcpt. No: 600001371 | | Trans. Date: Oct 15, 2024 2:07PM | | | Cashier ID: #JP |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 118 | Sanctions/Contempt of court Fines | 6:12-CV-091<br>**FBO**: James (Jay) Justice, III and Stephen Ball | 1 | 30500.00 | 30500.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #5617 | 10/14/2024 | | $30,500.00 |
| | | | Total Due Prior to Payment: | | $30,500.00 |
| | | | Total Tendered: | | $30,500.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.