IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**NEW LONDON TOBACCO MARKET, INC.**,
and **FIVEMILE ENERGY, LLC**,

    *Plaintiffs*,

v.                                             Case No. 6:12-CV-91-GFVT-HAI

**KENTUCKY FUEL CORPORATION**, and
**JAMES C. JUSTICE COMPANIES, INC.**,

    *Defendants*.

## DEFENDANTS' NOTICE OF INTENT TO RESPOND TO PLAINTIFFS' SECOND POST-JUDGMENT INTERROGATORIES

Defendants Kentucky Fuel Corporation and James C. Justice Companies, Inc., hereby provide notice of their intent to formally respond by May 28, 2025, to the new questions set forth in Plaintiffs' briefing (Dkt. 783) concerning Defendants' compliance with the Court's April 16, 2021 Order (Dkt. 505), which were not set forth in Plaintiffs' initial post-judgment discovery responses. In an abundance of caution, Defendants interpret Plaintiffs' questions as new post-judgment interrogatories not subject to the Court's contempt Orders of July 26, 2024 (Dkt. 744), and February 10, 2025 (Dkt. 778). Those two Orders related to putative deficiencies in Defendants' initial post-judgment discovery responses.

KENTUCKY FUEL CORPORATION
JAMES C. JUSTICE COMPANIES, INC.

By Counsel:

*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB #10752)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone:     (304) 345-1234
Facsimile:     (304) 342-1105
sruby@cdkrlaw.com
**Counsel for Defendants**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 14, 2025, the foregoing ***Defendants' Notice of Intent to Respond to Plaintiffs' Second Post-Judgment Interrogatories*** was served upon counsel of record electronically.

                                            */s/ Steven R. Ruby*
                                            Steven R. Ruby (WVSB #10752)