**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

**CASE REASSIGNMENT ORDER**

Pursuant to General Order 26-14(6), upon agreement of the Judges, and effective as of the date of entry of this Order, it is hereby **ORDERED** that the following civil cases, currently assigned to the undersigned be **REASSIGNED** as follows:

**Judge S. Chad Meredith:**

5:24-cv-164: Everidge et al v. Combined Transport Inc. et al

6:21-cv-101: HBKY, LLC v. Elk River Exports, LLC et al

6:22-cv-132: HBKY, LLC v. Cuz Coal Company, LLC et al

**Judge Karen K. Caldwell:**

3:22-cv-10: Davis v. Sig Sauer, Inc.

3:23-cv-28: David v. Franklin County, Kentucky et al

5:23-cv-345: Tew et al v. MCML Limited

**Judge Claria Horn Boom:**

3:23-cv-7: Commonwealth of Kentucky v. United States Environmental Protection Agency et al

3:24-cv-22: Doss v. Instant Brands, LLC et al

3:24-cv-69: Kentucky et al v. U.S. Securities and Exchange Commission et al

**Judge Robert E. Wier:**

3:22-cv-16: Cooperrider et al v. Woods et al

3:22-cv-66: O'Brien et al v. Commonwealth of Kentucky Cabinet for Health and Family Services et al

3:23-cv-59: Welch v. Plappert

3:23-cv-86: O'Bannon v. RMM Holdings Inc. et al

3:24-cv-62: Harrod v. Franklin County et al

3:24-cv-70: Layport et al v. Clark et al

3:24-cv-71: Martin v. Maverick Express Carriers, LLC et al

3:25-cv-1: Custom Septic Solutions, LLC et al v. Hydrodynamic Solutions, Inc. et al

3:25-cv-15: Snell v. State Farm Fire and Casualty Company

3:25-cv-33: Johnson v. Jackson et al

3:25-cv-48: Whalen v. SSA

3:25-cv-58: Richwood on the River, LLC v. Owners Insurance Company

3:26-cv-2: McCoy v. Monro, Inc.

3:26-cv-10: Croxson et al v. Wilson et al

3:26-cv-15: Gilbert v. BCG Equities, LLC

3:26-cv-17: Davis v. Ashcraft et al

3:26-cv-25: Harrod v. Frankfort Independent Schools

3:26-cv-29: Board of Trustees of the Kentucky Laborers District Council Health & Welfare Trust Fund et al v. Scruggs Construction, Inc.

3:26-cv-36: Institutional Shareholder Services v. Coleman

3:26-cv-38: Teresa K. Sharp Estate et al v. Ashcraft et al

5:13-cv-405: Modern Holdings, LLC et al v. Corning Inc. et al

5:19-cv-182: Modern Holdings, LLC et al v. Corning Inc. et al

5:23-cv-229: Kelsey v. Lexington-Fayette Urban County Government et al.

5:24-cv-106: Paschall v. SuperAmerica Group, Inc. et al

5:24-cv-161: Puff-N-Buzz Smoke Shop, LLC v. KY Development 10, LLC et al

5:24-cv-224: Goldey v. Puckett et al

5:24-cv-314: Veloudis et al v. Rock Ridge Insurance Company et al

5:25-cv-24: USA v. $247,756.21 in US Currency et al

5:25-cv-136: Woodall v. Equifax Information Services, LLC et al

5:25-cv-141: Velocity Automotive, LLC v. Auto-Owners Insurance Company

5:25-cv-216: Crump v. Claiborne Farm, LLC

5:25-cv-328: McNamara v. USA

5:25-cv-370: Golden v. Rod Hatfield Chrysler Dodge Jeep Ram, LLC

5:26-cv-51: Chenault v. AT&T, Inc. et al

5:26-cv-86: Pantoja Flores v. Castillo et al

5:26-cv-149: Zurich American Insurance Company v. Hunter-Quinn Properties, LLC et al

6:12-cv-91: New London Tobacco Market, Inc. et al. v. Kentucky Fuel Corporation et al

6:17-cv-245: New London Tobacco Market, Inc. et al. v. James C. Justice Companies, Inc. et al

6:25-cv-94: 453 Laurel Rd Holdings, LLC v. State Farm Fire & Casualty Company

6:25-cv-149: Brock et al v. Tulum Logistics, LLC et al

6:25-cv-188: Schweizer v. Rowley Living Trust et al

6:25-cv-225: Robinson v. Memorial Hospital, Inc. et al

6:26-cv-56: Pittman v. 3C Correctional Care et al

6:26-cv-138: USA v. Garland et al

6:26-cv-140: Miller v. SSA

6:26-cv-162: Spencer et al. v. American Economy Insurance Company


This the 10th day of July, 2026.


Gregory F. Van Tatenhove
United States District Judge