IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**NEW LONDON TOBACCO MARKET, INC.**,
and **FIVEMILE ENERGY, LLC**,

*Plaintiffs*,

v. Case No. 6:12-CV-91-REW-HAI

**KENTUCKY FUEL CORPORATION**, and
**JAMES C. JUSTICE COMPANIES, INC.**,

*Defendants.*

## NOTICE OF APPEAL

Notice is given that Defendants Kentucky Fuel Corporation and James C. Justice Companies, Inc., appeal to the United States Court of Appeals for the Sixth Circuit from the July 10, 2026 final Order of the district court [D.E. 848] and all interlocutory rulings and orders, including but not limited to the following:

| DATE | D.E. | PLEADING | DESCRIPTION |
|---|---|---|---|
| 04/16/2021 | 505 | Order | Granting in Part Plaintiffs' Motion to Compel [D.E. 245] |
| 03/11/2022 | 562 | Order | Granting Plaintiffs' Request for Attorney Fees [D.E. 533] |
| 03/23/2022 | 565 | Order | Granting in Part Plaintiffs' Motion for Sanctions, etc. [D.E. 510, 512] |
| 06/13/2022 | 623 | Order | Granting Plaintiffs' Motion for Attorney Fees, etc. [D.E. 609] |
| 12/16/2022 | 675 | Order | Magistrate Judge Order Awarding Plaintiffs Attorney Fees and Expenses [D.E. 674] |

| | | | |
|---|---|---|---|
| 03/28/2023 | 697 | Recommended Disposition & Order | Granting in Part Plaintiffs' Renewed Motion for Contempt and Sanctions [D.E. 673], etc. |
| 03/28/2023 | 698 | Memorandum Opinion & Order | Granting Plaintiffs' Motion to Show Cause [D.E. 634] |
| 08/30/2023 | 715 | Memorandum Opinion & Order | Overruling Defendants' Objections to D.E. 565, etc. |
| 09/26/2023 | 723 | Order | Adopting Magistrate Judge's Order [D.E. 675] Awarding Plaintiffs Attorney Fees and Expenses |
| 10/30/2023 | 729 | Recommended Disposition | Awarding Plaintiffs Attorney Fees and Expenses |
| 07/09/2024 | 742 | Order | Adopting Magistrate Judge's Order [D.E. 729] Awarding Plaintiffs Attorney Fees and Expenses |
| 07/26/2024 | 744 | Opinion & Order | Adopting in Part Magistrate Judge's Recommended Disposition and Order [D.E.697] |
| 08/21/2024 | 759 | Recommended Disposition & Order | Granting in Part Plaintiffs' Motion to Show Cause [D.E. 728], etc. |
| 12/06/2024 | 776 | Recommended Disposition & Order | Awarding Fees and Expenses |
| 02/10/2025 | 778 | Memorandum Opinion & Order | Adopting in Part Magistrate Judge's Recommended Disposition and Order [D.E.759], etc. |
| 02/10/2025 | 779 | Order | Overruling Defendants' Objections [D.E. 777], Adopting Magistrate Judge's Recommendation [D.E. 776], and Granting Plaintiffs' Motion for Attorney Fees [D.E. 743] |

DATED: August 10, 2026

Respectfully submitted,

KENTUCKY FUEL CORPORATION
JAMES C. JUSTICE COMPANIES, INC.

By Counsel:

*/s/ Steven R. Ruby*

Steven R. Ruby (WVSB #10752)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
Charleston, WV 25301
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
sruby@cdkrlaw.com
***Counsel for Defendants***

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 10, 2026, the foregoing ***Notice of Appeal*** was served upon counsel of record electronically.

*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB #10752)