IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**NEW LONDON TOBACCO MARKET, INC.**,
and **FIVEMILE ENERGY, LLC**,

*Plaintiffs*,

v. Case No. 6:12-CV-91-REW-HAI

**KENTUCKY FUEL CORPORATION**, and
**JAMES C. JUSTICE COMPANIES, INC.**,

*Defendants.*

## NOTICE OF APPEAL

Notice is given that James C. Justice III and Stephen Ball appeal to the United States Court of Appeals for the Sixth Circuit from the July 10, 2026 final Order of the district court [D.E. 848] imposing discovery sanctions against them, together with all interlocutory rulings and orders, including but not limited to the following:

| DATE | D.E. | PLEADING | DESCRIPTION |
|---|---|---|---|
| 03/28/2023 | 697 | Recommended Disposition & Order | Granting in Part Plaintiffs' Renewed Motion for Contempt and Sanctions [D.E. 673], etc. |
| 07/26/2024 | 744 | Opinion & Order | Adopting in Part Magistrate Judge's Recommended Disposition and Order [D.E.697] |
| 08/21/2024 | 759 | Recommended Disposition & Order | Granting in Part Plaintiffs' Motion to Show Cause [D.E. 728], etc. |
| 02/10/2025 | 778 | Memorandum Opinion & Order | Adopting in Part Magistrate Judge's Recommended Disposition and Order [D.E.759], etc. |

DATED: August 10, 2026

Respectfully submitted,

JAMES C. JUSTICE III
STEPHEN BALL

By Counsel:

*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB #10752)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
Charleston, WV 25301
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
sruby@cdkrlaw.com
***Counsel for Defendants***

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned counsel hereby certifies that on August 10, 2026, the foregoing ***Notice of Appeal*** was served upon counsel of record electronically.

*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB #10752)